ORIGINAL

FILED
NOV 13 2006
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

06-770 C

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Seymour and Jay Winuk, as Co-Administrators of the Estate of Glenn Winuk, Deceased

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Andrew J. Maloney III
Firm Name: Kreindler & Kreindler LLP
Post Office Box:
Street Address: 100 Park Avenue
City-State-Zip: New York, New York 10017
Telephone & Facsimile Numbers: 212-867-8181 and 212-972-9432

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☒ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 2 8
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. failure of the Bureau of Justice Assistance to award benefits under PSOB Act 42 USC 3796

Agency Identification Code: D O J
See attached sheet for three-digit codes.

Amount Claimed: $295,195.00
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☒ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.