IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEYMOUR AND JAY WINNUK, AS CO-ADMINISTRATORS TO THE ESTATE OF GLENN WINNUCK, DECEASED | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-770C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Claudia Burke as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

CLAUDIA BURKE
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor,
1100 L Street, N.W.

Dated: DECEMBER 19, 2006

s/ Claudia Burke
CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 353-9063
Fax: (202) 514-7965

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 19th day of December, I filed electronically this "NOTICE OF APPEARANCE", service of which will be electronically delivered to:

Andrew J. Maloney, III
Kreindler & Kreindler, LLP
100 Park Avenue
New York, NY 10017
(212) 687-8181

s/ Claudia Burke