# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**SEYMOUR AND JAY WINUK,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-770**
**Filed: December 21, 2006**

## O R D E R

As previously discussed with the parties, the court **SCHEDULES** a status conference in the above-captioned case for **Wednesday, January 17, 2007, at 10:30 a.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20006. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (212) 687-8181, and defendant's counsel at (202) 353-9063. The parties will be prepared to discuss future proceedings in this case.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**