IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEYMOUR AND JAY WINUK, AS CO-ADMINISTRATORS TO THE ESTATE OF GLENN WINUK, DECEASED, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-770C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 33-day enlargement of time, to and including February 20, 2007, within which to file its response to the complaint. Our response is currently due on January 12, 2007. This is defendant's first request for an enlargement of time for this purpose. The undersigned has contacted counsel for plaintiffs who has stated that plaintiffs consent to this motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Department of Justice, Bureau of Justice Assistance ("BJA"), as required by 28 U.S.C. § 520. Agency counsel has stated that the BJA is working diligently to complete the litigation report and that it will be provided to the undersigned as soon as possible. Additionally, because this case involves a Public Safety Officers' Benefits Program

decision, the BJA must compile the administrative record. Counsel for the agency has informed the undersigned that the BJA will require additional time within which to compile the administrative record. The additional time is also necessary to allow sufficient time for agency counsel to complete the litigation report and record and for counsel to review the litigation report and the administrative record and prepare the Government's response to the complaint.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/Claudia Burke
CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-9063
fax: (202) 514-7965

January 5, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 5th day of January, 2007, a copy of the foregoing motion for enlargement, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Andrew J. Maloney, III
Kreindler & Kreindler, LLP
100 Park Avenue
New York, NY 10017
(212) 687-8181

s/ Claudia Burke