# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**SEYMOUR AND JAY WINUK,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-770C**
**Filed: January 9, 2007**

## O R D E R

The court is in receipt of the defendant's January 5, 2007 unopposed motion for an enlargement of time to file its response to plaintiff's complaint. The court **GRANTS** the defendant's request. The defendant shall file its response to plaintiff's complaint on or before **Wednesday, February 21, 2007**. To accommodate the revised schedule, the court also **RESCHEDULES** the status conference currently scheduled for January 17, 2007 to **Thursday, February 22, 2007, at 10:30 a.m. E.S.T.**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (212) 687-8181, and defendant's counsel at (202) 353-9063. The parties should be prepared to discuss future proceedings in this case.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**