**NO. 06-770C (Judge Horn)**

**IN THE UNITED STATES COURT OF THE FEDERAL CLAIMS**

**SEYMOUR and JAY WINUK,**
**as Co-Administrators to the**
**ESTATE OF GLENN WINUK,**
**Deceased,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

# DEFENDANT'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD

**Respectfully submitted,**

**PETER D. KEISLER**
**Assistant Attorney General**

**JEANNE E. DAVIDSON**
**Acting Director**

**FRANKLIN E. WHITE, JR.**
**Assistant Director**

**CLAUDIA BURKE**
**Trial Attorney**
**Commercial Litigation Branch**
**Civil Division**
**Department of Justice**
**Attn: Classification Unit**
**8th Floor, 1100 L St., N.W.**
**Washington, DC 20530**
**Tele: (202) 616-0856**
**Fax: (202) 514-7969**

**Of Counsel:**
**RAFAEL A. MADAN**
**General Counsel**

**JASON P. COOLEY**
**Attorney Advisor**
**Office of the General Counsel**
**Office of Justice Programs**
**Department of Justice**
**810 7th Street, N.W.**
**Washington, D.C. 20531**

**February 21, 2007**

**Attorneys for Defendant**

TABLE OF CONTENTS

DEFENDANT'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD. . . . . . . . . . 1

STATEMENT OF THE CASE. . . . . . . . . . 1

STATEMENT OF FACTS AND COURSE OF PROCEEDINGS. . . . . . . . . . 2

ISSUE PRESENTED. . . . . . . . . . 6

SUMMARY OF THE ARGUMENT. . . . . . . . . . 7

ARGUMENT. . . . . . . . . . 7

I. Standard Of Review. . . . . . . . . . 7

II. The BJA's Decision Substantially Complies With The Statute And Implementing Regulations, Is Not Arbitrary Or Capricious, And Is Supported By Substantial Evidence. . . . . . . . . . 8

A. The BJA Correctly Held That No Public Agency Certified, As Contemplated By Public Law 107-37, That Mr. Winuk Was An Active Firefighter Or EMT Killed In The Line Of Duty. . . . . . . . . . 8

B. The BJA Correctly Held That Mr. Winuk Was Not A Public Safety Officer. . . . . . . . . . 10

C. The BJA Correctly Held That Mr. Winuk Did Not Die In The Line Of Duty. . . . . . . . . . 14

III. The Caption Should Be Reformed. . . . . . . . . . 16

CONCLUSION. . . . . . . . . . 17

# TABLE OF AUTHORITIES

**CASES:** **PAGES:**

Cartwright v. United States,
16 Cl. Ct. 238, 240 (1989). . . . . . . . . . 12

Chacon v. United States,
48 F.3d 508 (Fed. Cir. 1995). . . . . . . . . . passim

City of Wheeling v. United States,
20 Cl. Ct. 659, 666 (1990),
aff'd, 928 F.2d 410 (Fed. Cir. 1991). . . . . . . . . . 7

Demutiis v. United States,
48 Fed. Cl. 81 (2000),
aff'd as modified, 291 F.3d 1373 (2002). . . . . . . . . . 8

Demutiis v. United States,
291 F.3d 1373 (Fed. Cir. 2002). . . . . . . . . . 11, 16

Durco v. United States,
14 Cl. Ct. 424, 427 (1988). . . . . . . . . . 8

Hawkins v. United States,
469 F.3d 993 (Fed. Cir. 2006). . . . . . . . . . 8

LaBarre v. United States,
72 Fed. Cl. 111 (2006). . . . . . . . . . 14

Messick ex. rel. Estate of Kangas v. United States,
70 Fed. Cl. 319 (2006). . . . . . . . . . 12

One Feather v. United States,
61 Fed. Cl. 619 (2004). . . . . . . . . . 7

Porter v. United States,
64 Fed. Cl. 143 (2005),
aff'd without op., 176 Fed. Appx. 111 (Fed. Cir. 2006). . . . . . . . . . 7

Yanco v. United States,
258 F.3d 1356 (Fed. Cir. 2001). . . . . . . . . . 8

**STATUTES:**

42 U.S.C. § 3796. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

42 U.S.C. § 3796(a). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

42 U.S.C. § 3796b(8) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

42 U.S.C. § 3796c-1.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

42 U.S.C. § 3796c(a). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

**REGULATIONS:**

28 C.F.R. § 32.2(c)(2). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 15

28 C.F.R. § 32.4. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

28 C.F.R. § 32.5. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

28 C.F.R. § 32.5(f). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

28 C.F.R. §§ 32.19 to .20. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

28 C.F.R. § 32.24(h). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

28 C.F.R. § 32.55. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17