IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEYMOUR and JAY WINUK,<br>as Co-Administrators to the<br>ESTATE OF GLENN WINUK,<br>Deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-770C<br>(Judge Horn) |

DEFENDANT'S MOTION FOR LEAVE TO FILE
THE ADMINISTRATIVE RECORD ON CD-ROM

Pursuant to General Order No. 42A of the United States Court of Federal Claims, defendant, the United States, respectfully requests leave to file the administrative record on CD-ROM. The Administrative record contains approximately 400 pages and is, therefore, too large to be scanned and filed in an efficient manner particularly since the CM/ECF system can only accept approximately 10-15 pages of scanned material in any one file. For this reason, we respectfully request that the Court allow us to file the administrative record on CD-ROM.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

Of Counsel:
RAFAEL A. MADAN
General Counsel

JASON P. COOLEY
Attorney Advisor
Office of the General Counsel
Office of Justice Programs
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531

February 21, 2007

s/ Claudia Burke
CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 353-9063
Fax: (202) 514-7965

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 21st day of February, 2007, a copy of the foregoing "DEFENDANT'S MOTION TO FILE THE ADMINISTRATIVE RECORD ON CD-ROM," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke