# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

SEYMOUR AND JAY WINUK,

Plaintiffs,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * *

**No. 06-770**
**Filed: February 22, 2007**

## O R D E R

The court held a status conference in the above-captioned case on February 22, 2007, with the parties appearing by telephone. As discussed with the parties at the conference, defendant's February 21, 2007 motion to file the administrative record on CD-ROM is **DENIED**. Defendant shall file the administrative record electronically, and by close of business on **Thursday, February 22, 2007**, also shall provide chambers with a single, hard copy of the administrative record. On or before **Wednesday, February 28, 2007**, plaintiffs shall review the administrative record and provide a short notice that the record is correct, or shall indicate any problems identified. Also on or before **Wednesday, February 28, 2007**, plaintiffs shall reform the caption of the complaint in an amended complaint. On or before **Monday, March 5, 2007**, if any problems with the administrative record were identified, the parties shall file a short, joint notice indicating resolution of the problems, or the status of any lingering problems.

Also as discussed at the February 22, 2007 conference, on or before **Thursday, March 1, 2007, at 12:00 p.m.**, the parties shall file a joint stipulation of facts. The joint stipulation of facts should be thorough and comprehensive, and shall cite to specific volumes, tabs, and pages in the administrative record. On or before **Thursday, March 1, 2007**, the parties shall file a joint statement of issues of law, to focus the issues being briefed by the parties. On or before **Wednesday, March 28, 2007**, defendant shall file a list of the BJA cases whose decisional documents have been sought by plaintiffs. On or before **Wednesday, March 28, 2007**, decisional documents at every level, sought by plaintiffs, which defendant believes should not be provided to plaintiffs, shall be provided to chambers for in camera review, accompanied by a legal rationale for withholding the documents from plaintiffs. If there are no decisional documents withheld from plaintiffs, on or before **Wednesday, March 28, 2007**, the parties shall so indicate in a brief joint filing. On or before **Monday, March 26, 2007**, plaintiffs shall file their combined cross-motion and response to the defendant's motion for judgment upon the administrative record. On or before **Thursday, April 12, 2007**, defendant shall file its reply. On or before **Monday, April 30, 2007**, plaintiffs shall file their reply.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**