IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEYMOUR and JAY WINUK,<br>as Co-Administrators to the<br>ESTATE OF GLENN WINUK,<br>Deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-770C<br>(Judge Horn) |

INDEX TO ADMINISTRATIVE RECORD


| Tab | Document |
|---|---|
| 1. | Claim for Death Benefits Pursuant to the September 11, 2001 Terrorist Attacks |
| 2. | Public Safety Officers' Benefits Act Claim Determination |
| 3. | Hearing Officer Claim Determination |
| 4. | Final Agency Determination |
| 5. | July 20, 2004, Letter from BJA Official Eileen M. Garry to David Marmann |
| 6. | July 20, 2004, Letter from BJA Official Eileen M. Garry to Seymour and Elaine Winuk |
| 7. | Report of Public Safety Officer's Death from the Jericho Fire District, signed by Chairman David Marmann |
| 8. | March 31, 2004, Letter from Marge Blais to BJA Official Eileen Garry |
| 9. | December 18, 2003, Letter from Jay S. Winuk to BJA Official Michael Guerriere |
| 10. | Amended Certificate of Death for Glenn J. Winuk |
| 11. | Certificate of Birth for Glenn J. Winuk |
| 12. | May 1, 2002, Letter from Jericho Fire Chief John E. Lottes to Jay Winuk |

13. March 31, 2002, Letter from Jericho Fire Chief John Lottes to Carol Cavicchio

14. Affidavit by Employer Verifying that Glenn J. Winuk Was Present at the World Trade Center on September 11, 2001, signed by William J. Honan.

15. November 28, 2001, Letter from Rudolph W. Guiliani to attendees of the memorial service hosted by Hofstra University

16. July 18, 2002, Letter from Rep. Peter T. King to FDNY Commissioner Nicholas Scoppetta

17. January 26, 2003, Letter from Chairman of the National EMS Memorial, Kevin L. Dillard, to Captain Lisa Gloffke, FDNY

18. May 23, 2002, Letter from Chief of the International Association of Fire Chiefs Volunteer & Combination Officers Section, Michael D. Chiaramonte, to The Family of Glenn J. Winuk

19. Basic Life AD&D Enrollment Form

20. Certificate of Qualification noting that Glenn Winuk was elected Commissioner of the Jericho Fire District on May 16, 1996.

21. A Nation Challenged (New York Times Article)

22. Humanitarian Fund Named After Hero (news article)

23. Urban H.A.R.T., Inc. Certificate of Completion for Glenn Winuk

24. Missing Person Poster for Glenn Winuk

25. April 19, 2004, Letter (faxed) from Marge Blais to DOJ Official Eileen Garry

26. February 4, 2004, Letter from Jay S. Winuk to Eileen M. Garry, with attachment (Letters of Administration)

27. June 3, 2002, Letter from Jay S. Winuk to FDNY Commissioner Nicholas Scoppetta

28. April 2, 2002, Letter from FDNY Chief Daniel A. Nigro to Jay S. Winuk

29. Volunteering His Service, One More Time (Newsday article)

30. Glen Winuk, 40, Lawyer, Firefighter (Newsday article)

31. November 8, 2001, Letter from Rep. Peter T. King to Mr. And Mrs. Seymour Winuk

32. October 24, 2001, Letter from Rudolph W. Giuliani to Mr. and Mrs. Winuk, Jay and Jeff

33. June 12, 1996, Letter from Town Clerk Fanny L. Corsentino to Jericho Fire District Clerk Myra Kennedy

34. May 24, 2002, Certification from FDNY Commissioner Nicholas Scoppetta to BJA Official Richard Nedelkoff, certifying six FDNY public safety officers consistent with P.L. 107-37

35. Document deleted as attorney-client privileged (December 23, 2003 email from PSOB Specialist Eric Martin to BJA Official Michael Guerriere, with copy to Attorney-Advisor Rosemary Cavanagh Carradini)

36. No document–intentionally left blank

37. September 14, 2005, Final additions to hearing record (faxed) from Hearing Officer Daniel L. Skoler to PSOB Specialist Felicia Logan-Epps

38. August 26, 2005, Email from Andrew J. Maloney III to Hearing Officer Daniel L. Skoler, attaching New York Comptroller decision.

39. September 9, 2005, Email from Andrew J, Maloney III to Hearing Officer Daniel L. Skoler, attaching letter from Captain Lisa Gloffke and information about the National EMS Memorial.

40. Appeal Hearing Transcript with Exhibits (below)

    40a. April 7, 2005, Letter from Andrew J. Maloney to Daniel L. Skoler

    40b. April 7, 2005, Letter from Robert Biancanello to Daniel L. Skoler

    40c. Photographs of Daniel L. Skoler

    40d. Affidavit of Joseph Sanders regarding the recovery of the body of Glenn Winuk

    40e. April 5, 2005, Letter from Joe Mlynarczyk

    40f. American Heart Association Heartsaver Plus Program Certificate for Glenn Winuk

    40g. Selected provisions from NY State Emergency Medical Services Code, Part 800

40h. NY General Municipal Law §209-i.

40i. January 26, 2003, Letter from Kevin Dillard to Captain Lisa Groffke

40j. NY State Senate bill granting active duty to status in the Jericho volunteer Fire Department to Glenn Winuk

40k. March 25, 2005, Letter from Peter T. King to Attorney General Alberto Gonzales

40l. March 19, 1990, Letter from Thomas S. Gulotta to Glenn Winuk

40m. Jericho Fire Department Company Rules and Regulations, and Constitution

40n. McKinney's 2002 Session Law News of NY re: Firefighters--World Trade Center–Accidental Death Benefits

40o. October 21, 2004, Letter from Thomas Von Essen to Daniel L. Skoler

40p. April 12, 2005, Letter from Carl L. Marcellino to Daniel L. Skoler

40q. Photographs of Fire Badge

40r. Tier 3 Award to Glenn Winuk

40s. Citation from Nassau County Legislature to Glenn Winuk

40t. Citation from Town of Oyster Bay to Glenn Winuk

41. January 10, 2006, Letter (faxed) from Jason Cooley to Jericho General Counsel Joseph Frank

42. January 10, 2006, Letter (faxed) from Joseph Frank to Jason Cooley

43. January 20, 2006, Letter (faxed) from Jason Cooley to Joseph Frank

44. June 14, 2006, Letter (faxed) from Jason Cooley to Daniel Clayton, Bureau of EMS

45. June 14, 2006, Memorandum from Bureau of EMS to Jason Cooley

46. Press Archive Story from New York State Senator Carl Marcellino's website

47. January 12, 2006, Letter from Andrew J. Maloney III to BJA Official Hope Janke

48. March 3, 2006, Letter from Andrew J. Maloney III to BJA Official Hope Janke

    48a. WTC Case supplemental

    48b. NY Chief Medical Examiner Report of External Inspection

    48c. Photograph of recovered EMT bag

    48d. News Article on Glenn Winuk's recovered watch

49. May 17, 2006, e-mail from Genie Masterson, Assistant to Andrew J. Maloney, III to BJA Official Hope Janke, attaching May 16, 2006, Letter from Andrew J. Maloney III to Hope Janke

50. May 16, 2006, Letter from Andrew J. Maloney III to BJA Official Hope Janke, with attachment

    50a. Recruitment information page from Jericho Volunteer Fire Department website

51. July 7, 2006, Letter from Andrew J. Maloney III to BJA Official Hope Janke

52. July 12, 2006, Email from Andrew J. Maloney III to BJA Official Hope Janke

53. June 13, 2006, Email from Andrew J. Maloney III to BJA Official Hope Janke

54. July 12, 2006, Email from Hope Janke to Andrew J. Maloney III

55. (Undated) Letter from BJA Official Hope Janke to Andrew J. Maloney III, with attachment

    55a. June 14, 2006, Memorandum from Daniel J. Clayton to Jason Cooley

56. May 8, 2006, Email from Andrew J. Maloney III to BJA Official Hope Janke

57. May 5, 2006, Email from BJA Official Hope Janke to Andrew J. Maloney III, with attachments

    57a. Undated letter from BJA Official Hope Janke forwarding letter to and from Joseph Frank

    57b. January 10, 2006, Letter from Jason Cooley to Joseph F. Frank

    57c. January 10, 2006, Letter from Joseph F. Frank to Jason Cooley

58. Document deleted as attorney-client privileged (December 7, 2005, Memorandum from Deputy General Counsel Gregory C. Brady to BJA Director Domingo S. Herraiz)

59. December 16, 2005, Letter from BJA Official Hope Janke to Andrew J. Maloney III, with attachment

    59a. Hearing Officer Claim Determination re: Glenn J. Winuk

60. August 16, 2006, Email from Andrew J. Maloney III to BJA Official Hope Janke, with attachment

    60a. August 16, 2006, New York Daily News Article

61. August 17, 2006, Email from Andrew J. Maloney III to BJA Official Hope Janke

62. August 17, 2006, Email from Andrew J. Maloney III to BJA Official Hope Janke, with attachment

    62a. August 16, 2006, Letter from Hillary Rodham Clinton to Alberto Gonzales

63. August 17, 2006, Email from Andrew J. Maloney III to BJA Official Hope Janke, with attachment

    63a. August 10, 2006, Letter from Peter T. King to Alberto Gonzales

64. Document deleted as attorney-client privileged (November 18, 2005, Memorandum from Deputy General Counsel Gregory C. Brady to BJA Director Domingo Herraiz)