IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEYMOUR and JAY WINUK,<br>as Co-Administrators to the<br>ESTATE OF GLENN WINUK,<br>Deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-770C<br>(Judge Horn) |

CERTIFICATION OF THE ADMINISTRATIVE RECORD

I certify that this is the official record of the PSOB Claim 01-911-0421, Glenn Winuk, and constitutes the entire administrative record, excluding those documents that are privileged, pursuant to Court of Federal Claims Rule 52.1.

H. J. Janke

Hope Janke
Director, PSOB Office
Bureau of Justice Assistance
Office of Justice Programs
Department of Justice

Dated: 2/21/07