OMB NO. 1121-0024
EXPIRES: 5/31/2002

U.S. DEPARTMENT OF JUSTICE
OFFICE OF JUSTICE PROGRAMS
BUREAU OF JUSTICE ASSISTANCE
PUBLIC SAFETY OFFICERS' BENEFITS PROGRAM
WASHINGTON, D.C. 20531

# CLAIM FOR DEATH BENEFITS PURSUANT TO THE SEPTEMBER 11, 2001 TERRORIST ATTACKS

FOR DOJ USE ONLY

CASE # ______________

DATE RECEIVED ______________

This form should be filed by a surviving spouse, child/children, and/or parent(s) of the deceased public safety officer. This claim may be prepared by someone on behalf of these individuals. If you are filing on behalf of others, you must attach evidence of your authority to do so. PLEASE PRINT PLAINLY OR TYPE

| 1. NAME AND RANK OF OFFICER *(Last, First, Middle)* | 2. SOCIAL SECURITY NO. | 3. DATE OF DEATH |
|---|---|---|
| WINUK, GLENN J. | 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 | 9/11/01 |

4. NAME AND ADDRESS OF PUBLIC SAFETY AGENCY, ORGANIZATION OR UNIT IN WHOSE SERVICE DEATH OCCURRED *(include zip code)*

JERICHO FIRE DEPARTMENT
424 NORTH BROADWAY
JERICHO, NY 11753

**INSTRUCTIONS: To ensure payment to all eligible individuals, attach valid documentation (such as notarized, certified, or attested to documents) regarding marriage, divorce, separation decrees, death certificates, birth certificates, adoption papers, custody agreements, or other evidence of parent-child relationships, as appropriate for any claimant in Parts I, II, and/or III.**

## PART I INFORMATION ON SURVIVING SPOUSE

| 5. Name *(Last, First, Middle)* | 6. SOCIAL SECURITY NO. |
|---|---|
| | |

| 7. MAILING ADDRESS *(include zip code)* | 8. MARITAL STATUS AT TIME OF OFFICER'S DEATH |
|---|---|
| | ☐ SINGLE ☐ MARRIED ☐ SEPARATED ☐ DIVORCED ☐ OTHER<br>PLACE OF MARRIAGE AND/OR DIVORCE *(City and State)* |

| 9. DO YOU HAVE REASON TO BELIEVE THAT THE OFFICER WAS MARRIED AT ANY TIME TO ANYONE ELSE? | 10. DO YOU HAVE REASON TO BELIEVE THAT THE OFFICER HAD CHILDREN FROM A PREVIOUS MARRIAGE OR RELATIONSHIP? |
|---|---|
| ☐ YES ☐ NO ☐ UNKNOWN | ☐ YES ☐ NO |

## PART II INFORMATION ON CHILDREN

If the officer was survived by a natural, out-of-wedlock, adopted, posthumous child, or stepchild (or children) at the time of death, complete this part. All surviving children should be listed regardless of age or dependency status at the time of the officer's death.

| NAME [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| | | | |

| ADDRESS *(If different from Item 7, above)* | PARENT OR LEGAL GUARDIAN NAME & SOCIAL SECURITY NO. |
|---|---|
| | |

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| | | | |

| ADDRESS *(If different from Item 7, above)* | PARENT OR LEGAL GUARDIAN NAME & SOCIAL SECURITY NO. |
|---|---|
| | |


(continued on the reverse)

[illegible]

ADDRESS *(If different from item 7, above)*

PARENT OR LEGAL GUARDIAN NAME & SOCIAL SECURITY NO.

[illegible]

ADDRESS *(If different from item 7, above)*

PARENT OR LEGAL GUARDIAN NAME & SOCIAL SECURITY NO.

[illegible]

ADDRESS *(If different from item 7, above)*

PARENT OR LEGAL GUARDIAN NAME & SOCIAL SECURITY NO.

Please attach a separate sheet if there are more children.

*If address for Parent or Guardian is different than #7 on previous page, please insert here.

**PART III INFORMATION ON SURVIVING PARENTS**

If at the time of death the officer was not survived by a spouse or children but was survived by a parent or parents, this part should be completed. Attach a certified copy of the officer's birth certificate or other evidence of parent-child relationship as appropriate.

**CLAIMANT(S) IN THE CIRCUMSTANCE OF NO SURVIVING SPOUSE OR CHILDREN**

| 12. NAME *(Last, First, Middle)* | SOCIAL SECURITY NUMBER | MAILING ADDRESS *(including zip code)* |
|---|---|---|
| WINUK, SEYMOUR | 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 | 165 N. MARGINAL ROAD JERICHO, NY 11753 |
| WINUK, ELAINE | 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 | 165 N. MARGINAL ROAD JERICHO, NY 11753 |

This form will be used by the Department of Justice to determine eligibility of a claimant for paying death benefits. The information may be disclosed to Federal, State, and local agencies to verify eligibility for benefits. We must have Social Security Numbers to process payments.

I hereby make claim for benefits for myself as, or on behalf of (spouse, child/children or other eligible claimants) listed above, under the Omnibus Crime Control and Safe Streets Act of 1968, as amended (42 U.S.C. 3796), as a result of the death of the above named public safety officer, who sustained fatal injury in the line of duty. Every statement and information set forth above is true to the best of my knowledge and belief.

A false answer to any question in this Statement may be grounds for non-payment of benefits and may be punishable by fine or imprisonment (U.S. Code, Title 18, Sec. 1001). All the information you give will be considered in reviewing the claim and is subject to investigation.

SIGNATURE OF CLAIMANT OR AUTHORIZED REPRESENTATIVE *(If representative, provide claimant's affidavit granting power of attorney)* Elaine Winuk [signature]

DATE 12-17-03

PHONE NO. *(Include area code)* 516-433 9198

E-MAIL *(If available)*

**Public Reporting Burden**

**Paperwork Reduction Act Notice.** Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete and file this application is 15 minutes per application. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Public Safety Officers' Benefits Program, Bureau of Justice Assistance, 810 7th Street, NW, Washington, D.C. 20532 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20530.

OJP ADMIN FORM 3650/5A (9/01)