U.S. Department of Justice

Office of Justice Programs

*Bureau of Justice Assistance*

*Washington, D.C. 20531*

**PUBLIC SAFETY OFFICERS' BENEFITS ACT CLAIM DETERMINATION**

**Case Number:** 01-911-0421

**Full Name:** Glenn J. Winuk

**Title:** Attorney; Associate Non-active Member of the Jericho Fire Department

**Department/Agency:** Jericho Fire Department

**City, State, Zip Code:** Jericho, New York 11753

**Case Summary:** On Tuesday, September 11, 2001, shortly before 9:00 a.m., American Airline Flight 11 crashed into the north tower of the World Trade Center and burst into flames. Fifteen minutes later, a second plane, United Flight 175, crashed into the south tower. The impact of both crashes caused the World Trade Centers to collapse. According to witness statements, Glenn Winuk, an attorney at a law firm located 1 block from the World Trade Center, a former fireman and EMT with the Jericho NY Fire Department, helped evacuate the occupants of his office building. Mr.Winuk then borrowed EMS equipment and ran eastward towards the World Trade Center. Mr. Winuk's remains were later found at Two World Center.

| Survivors: | Name | Relationship | Date of Birth |
|---|---|---|---|
| | Seymour Winuk | Father | N/A |
| | Elaine Winuk | Mother | N/A |

**Determination:** Based on the Report of Public Safety Officer's Death and an analysis of the evidence presented in this case, the Bureau of Justice Assistance (BJA) has determined that the death of Glenn Winuk **is not covered** under the Omnibus Crime Control and Safe Streets Act of 1968, title I, part L, subpart 1, as amended, (Public Safety Officers' Benefits (PSOB) Act, 42 U.S.C. § 3796, *et seq.*) and 28 C.F.R. Part 32.

The Public Safety Officers' Benefits (PSOB) Act defines the term "public safety officer" as "an individual serving a pubic agency in an official capacity, with or without compensation, as law enforcement officer, as a firefighter, as a chaplain, or as a member of a rescue squad or ambulance crew...." 42 U.S.C. § 3796b(8). The PSOB Act provides that the term firefighter "includes an individual serving as an officially recognized or designated member of a legally-organized volunteer fire department and an officially recognized or designated public employee member of a rescue squad or ambulance crew." 42 U.S.C. § 3796b(4).

The PSOB claims for those public safety officers who died in the terrorist attack on September 11, 2001 are governed by the USA PATRIOT Act of 2001 ("PATRIOT Act") (P.L. 107-56, 115 Stat. 272). The PATRIOT Act provides for an expedited process to accommodate the potentially large volumes of claims that could arise in the event of a terrorist attack. Section 611(a) of the Act provides that BJA will process claims based on a public agency's certification that a public safety officer employed by such agency was killed in the line of duty in connection with a terrorist attack.

The evidence presented in this claim does not include a certification that Mr. Winuk was a public safety officer employed by any of the agencies that responded to the September 11, 2001 terrorist attack. In a letter to Jay Winuk, the decedent's brother, dated March 31, 2002, Chief John Lottes of the Jericho Fire Department asserted that Mr. Winuk's death should be recognized as having died "in the line of duty." Chief Lottes contended that although Mr. Winuk worked in New York City as an attorney, he continued to assist the Jericho Fire Department by responding to "emergency alarms on weekends" and that "he was consistently among the most responsive of all our members." In a second letter to Jay Winuk, dated May 1, 2002, Chief Lottes points to a NY law that provides authority for volunteer firemen to respond to emergencies outside of their jurisdictions and opines that Mr. Winuk "was acting as a *bona fide* agent of the Jericho Fire Department, acting directly on its behalf, while assisting FDNY with rescue and emergency scene operations in the South Tower of the World Trade Center." While Chief Lottes' letters to Jay Winuk assert certain propositions and provide some information, they do not qualify as a certification, as required by the PATRIOT Act, that Mr. Winuk was a public safety officer employed by the Jericho Fire Department who died in the line of duty on September 11, 2001.

While the chief of the Fire Department of New York (FDNY) clearly recognized and applauded Mr. Winuk's heroic assistance at the World Trade Center 9/11 tragedy, he also did not certify that Mr. Winuk acted as a public safety officer serving the FDNY. On the contrary, he stated that Mr. Winuk was not a member of the FDNY and was not acting pursuant to the direction of the FDNY on that day. *See Letter to Jay Winuk from Chief Daniel A. Nigro*, 4/2/02.

The information in the claim form submitted to the PSOB Office indicates that Mr. Winuk was not a volunteer member but an "associate non-active member" of the Jericho Fire Department. According to the documentation of the Jericho Fire Department, associate members do not have the authority "to take part in firematic activity." *Letter to Eileen Garry, BJA, from Marge Blais, Jericho Fire Department,* facsimile copy dated on 4/19/04.

The PSOB Act was not intended to cover all persons who, like Mr. Winuk, act with heroic generosity to preserve the life and safety of others. The PSOB Act is clearly limited to coverage of those individuals who have the authority to act as "public safety officers" either as law enforcement officers, firefighters, public employee members of ambulance or rescue squads, or, under certain conditions, as disaster relief workers employed by or working in cooperation with the Federal Emergency Management Agency. *See* 42 U.S.C. § 3796b(8). Accordingly, based on the evidence presented, and absent a certification by a public agency to the contrary, we have concluded that Mr. Winuk was not, and did not have the authority to act as, a "public safety officer" within the meaning of the PSOB Act at the time of his tragic death.

Prepared by:

Eileen M. Garry
Deputy Director

7/19/04
Date

Concurrence:

Office Of General Counsel

7/20/04
Date

Hope D. Janke
Director, Public Safety Officers' Benefits Program

7/20/04
Date