U.S. Department of Justice

COPY

Office of Justice Programs

*Bureau of Justice Assistance*

*Washington, D.C. 20531*

JUL 20 2004

David Marmann
Chairman
Jericho Fire District
424 N. Broadway
Jericho, New York 11753

Dear Chairman Marmann:

This letter constitutes official approval notification of the denial of benefits claim which resulted from the claim submitted by Seymour and Elaine Winuk, the parents of Associate Non-active Member Glenn J. Winuk. The determination was made in accordance with the Public Safety Officers' Benefits Act (42 U.S.C. 3796).

I have enclosed a copy of my letter to Seymour and Elaine Winuk with specific information on the reason for the denial of benefits.

We mourn the loss of Associate Non-active Member Winuk and we extend our condolences to you and his surviving colleagues whose daily lives have been disrupted by the September 11th terrorist attack on America. While the PSOB Act requires that the claim be denied, it is in no way meant to diminish Mr. Winuk's efforts on that day.

If you need any additional information, please feel free to contact this office at (202) 307-0635 or toll free at 1- (888) 744-6513.

Sincerely,

Eileen M. Garry

Eileen M. Garry
Deputy Director