U.S. Department of Justice

Office of Justice Programs

*Bureau of Justice Assistance*

---

*Washington, D.C. 20531*

Seymour and Elaine Winuk
165 N. Marginal Road
Jericho, New York 11753

JUL 20 2004

Dear Mr. And Mrs. Winuk:

I am sending you this letter to inform you that the Bureau of Justice Assistance of the U.S. Department of Justice has disapproved the claim for benefits you filed under the Public Safety Officers' Benefits (PSOB) Act (42, U.S.C. 3796) following the death of your son, Associate Non-Active Member Glenn Winuk.

The PSOB Act defines the term "public safety officer" as 'An individual serving a public agency in an official capacity, with or without compensation, as a law enforcement officer, as a firefighter, as a chaplain, or as a member of a rescue squad or ambulance crew..." 42 U.S.C. 3796b(8).

The PSOB claims for those public safety officers who died in the terrorist attack on September 11, 2001 are governed by the US PATRIOT Act of 2001. This Act provides for an expedited process to accommodate the potentially large volume of claims that could arise in event of a terrorist attack. Section 611(a) of the Act provides that BJA will process claims based on a public agency's certification that a public safety officer employed by such agency was killed in the line of duty in connection with a terrorist attack.

Unfortunately, the evidence presented in this claim does not include a certification that Mr. Winuk was a public safety officer employed by any of the agencies that responded to the September 11, 2001 terrorist attack.

We are saddened by the loss of Mr. Winuk. We extend our condolences to you and your family, and all other survivors whose lives have been forever changed by the September 11th terrorist attack on America. The denial of benefits is in no way meant to diminish Mr. Winuk's efforts on that day.

Sincerely,

Eileen M. Garry

Eileen M. Garry
Deputy Director