DAVID J. MARMANN
Chairman

ROBERT BIANCANELLO
Vice Chairman

DAVE MUNAFO

LAWRENCE E. BACHTELER, Jr.

MICHAEL J. MILNER

# JERICHO FIRE DISTRICT

424 NORTH BROADWAY
JERICHO, NEW YORK 11753-2105
(516) 931-3546 Fax: 931-2385

BETTY SIMON
Treasurer

MARGE BLAIS
Secretary

JOHN J. O'BRIEN
District Supervisor

OUR FAX 202-514-5956

March 31, 2004

Eileen Garry
Deputy Justice Director
Bureau of Justice Assistance
810 7th St., N.W.
Washington, D.C. 20531

Re: Glenn Winuk

Dear Deputy Justice Director Garry,

Enclosed is a Report of Public Safety Officer's Death form for the deceased Glenn Winuk.

I trust you will find all in order.

Sincerely,

Marge Blais

Marge Blais
District Secretary