WINUK COMMUNICATIONS
PUBLIC RELATIONS

December 18, 2003

Mr. Michael Guerriere
Chief, Payments Branch
Bureau of Justice Assistance
Department of Justice
810 Seventh Street NW
Washington, DC 20531

Dear Mr. Guerriere:

I submit the attached completed and signed Public Safety Officers Benefit Claim for Death Benefits form on behalf of my parents, Seymour and Elaine Winuk, for the loss of my brother, firefighter and EMT Glenn J. Winuk. Glenn was murdered on September 11, 2001, while serving in a rescue capacity at Ground Zero in New York City.

Attached also are copies of Glenn's Death Certificate and Birth Certificate, along with documentation of his rescue activities that day. Glenn did not carry life insurance. He served for 19 years as a firefighter and EMT in the Jericho Fire Department on Long Island. He rose to the rank of lieutenant and served as Commissioner of the Jericho Fire District. My brother had been cited many times for his acts of bravery throughout his firefighting career, which included rushing to the scene to render aid in 1993 when terrorists bombed the World Trade Center and at the Avianca plane crash on Long Island in 1990.

The Jericho Fire Department and other departments were called to duty on September 11 through the New York State Office of Fire Prevention and Control (please see enclosed letter of May 1, 2002, from the Jericho Fire Chief).

Just after the Towers were hit on 9/11, Glenn, a partner in the nearby law firm Holland & Knight LLP, first helped evacuate tenants of his office building at 195 Broadway, about a block away from Ground Zero. He then identified himself as a rescue professional to other rescue workers on the scene, borrowed a mask, gloves and First Response medic bag from them and, as everyone else from his office building rightly headed away from the disaster, Glenn ran toward it, down Dey Street. He perished as the South Tower fell minutes later. Glenn's remains were recovered, medic bag by his side, protective gloves on his hands, rescue credentials in his wallet, at about 2AM, Wednesday, March 20. His remains, carried from the scene with Fire Department honors, were found just feet away from those of the NYPD's heroic Moira Smith.

25 Brian Court • Carmel, New York 10512
Tel 845.277.1160 • Fax 845.277.1168

On September 11, Glenn ran to Ground Zero not as a New York attorney but as a fireman and EMT rescue worker. There is no question that he died on September 11, 2001, in an emergency situation performing the duties associated with that training and experience. By all thoughtful accounts, Glenn died in the line of duty. Please consider the following:

**Jericho Fire Chief John Lottes**, in his letters of March 31 and May 1, 2002, states that **"Glenn Winuk should be recognized by all as having been 'lost in the line of duty'** while acting as a rescuer **representing the Jericho Fire Department"** and that Glenn was acting as an "agent of the JFD, acting directly on its behalf, **while assisting FDNY with rescue and emergency scene operations in the South Tower of the World Trade Center."**

The **National EMS Service**, which honors "those who gave so that others may live," memorialized and honored my brother in a special service in May 2003. Glenn was officially nominated for that honor by an FDNY captain.

**Mayor Giuliani**, in a letter dated November 28, 2001, recognized former JFD Lieutenant Glenn Winuk for his "sacrifice and bravery . . .I join you in paying special tribute to (him)."

**Chief Michael D. Chiaramonte** of the International Association of Fire Chiefs notes in his letter of May 23, 2002, that "we mourn the loss of our brother Glenn . . . Glenn will never be forgotten and the American Fire Service will memorialize his death forever. Glenn was a true brother."

**Congressman Peter King,** in a letter to FDNY Commissioner Scoppetta, said "I believe that Glenn J. Winuk should be accorded the same status as other rescue workers who paid the ultimate price for freedom on September 11. His heroics have earned him that honor . . . and his parents should receive the same support and recognition as other rescue personnel who perished that day."

The **Twin Towers Fund,** established by **Mayor Giuliani, FDNY Commissioner Thomas Von Essen** and others to provide aid to the families of 9/11 rescue workers, recognized Glenn's heroic actions, expressing "deep appreciation for the heroic sacrifice made by your family," and provided my parents with some financial aid.

A highly-trained EMT and fireman, Glenn risked his life on September 11, as he had hundreds of times before, to save others. He acted quickly and without regard for his own life, only for those in trouble whom he could help. Glenn had the training to help and he was in a position to do so. In fact, Glenn was specifically certified in building collapse rescue training (see enclosed certificate). He may indeed have saved many lives on September 11, but he personally paid the ultimate price. His actions are no less heroic than other firemen lost that day, his sacrifice as great as any.

Thank you for your consideration of Glenn's case and this application for the PSOB on behalf of my parents. Please advise as to any other information I can provide. Thank you.

Sincerely,

Jay S. Winuk

CC: John Lottes
Chief, Jericho Fire Department

Elaine and Seymour Winuk

Eileen Garry
Department of Justice ✓

U.S. Congressman Peter King