# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

APPROVED FOR FILING BY COMM'R OF HEALTH APR 29 2002 Deputy City Registrar

Y199597

## AMENDED CERTIFICATE OF DEATH

Certificate No. 156-01-049373

ORIGINAL FILED
Oct 22, 2001
DATE FILED

1. NAME OF DECEASED (Type or print): Glenn (First Name) J (Middle Name) Winuk (Last Name)

### MEDICAL CERTIFICATE OF DEATH (To be filled in by the O.C.M.E.)

| | |
|---|---|
| 2. PLACE OF DEATH | NEW YORK CITY; 2a. BOROUGH: Manhattan |
| 2b. Name of hospital or other facility (if not facility, street address) | World Trade Center |
| 2c. If in Hospital or Other Facility | 1 ☐ DOA 2 ☐ Emerg. 3 ☐ Outpatient 4 ☐ Inpatient |
| 2d. If inpatient, date of current admission | Month / Day / Year |
| 3. DATE AND HOUR OF DEATH OR FOUND DEAD — 3a. (Month) (Day) (Year) | September 11, 2001 |
| 3b. Hour | ☒ AM ☐ PM |
| 4. SEX | MALE |
| 5. APPROXIMATE AGE | 40 Years |

6. DEATH WAS CAUSED BY: Enter only one cause per line — INTERVAL BETWEEN ONSET AND DEATH

PART 1
a. Immediate cause: Blunt Trauma
b. Due to or as a consequence of:
c. Due to or as a consequence of:

PART 2 d. Other significant conditions contributing to death but not resulting in the underlying cause given in part 1

| | |
|---|---|
| 7a. INJURY DATE (Month) (Day) (Year) | September 11, 2001 |
| 7b. TIME | ☒ AM ☐ PM |
| 7c. AT WORK | 1 ☒ Yes 2 ☐ No |
| 7d. PLACE OF INJURY: At home, Farm, Street, etc. | Office Building |
| 7e. LOCATION | World Trade Center |
| 7f. HOW INJURY OCCURRED | Citizen Rushing To Assist Killed in World Trade Center Disaster |
| 8. Manner of Death | ☐ Pending Further Study ☒ Homicide ☐ Natural ☐ Suicide ☐ Accident ☐ Undetermined |
| 9. Autopsy | ☐ Yes ☐ No Autopsy Pursuant to Law ☒ No Autopsy |
| 10. On the basis of examination and/or investigation, in my opinion, death occurred due to the causes and manner as stated. | Certifier Signature: [signature] M.D. Date: March 20, 2002. Name (Print): Karen Turi, M.D. Medical Examiner |
| 11. M.E. Case No. | DM0116937 |
| 12a. Date Pronounced Dead (Month) (Day) (Year) (if different from 3a) | |
| 12b. Time | ☐ AM ☐ PM |

### PERSONAL PARTICULARS (To be filled in by Funeral Director, or in case of City Burial by O.C.M.E.)

| | |
|---|---|
| 13. Usual Residence a. State | NY |
| 13b. County | New York |
| 13c. City, Town, or Location | New York |
| 13d. Street & House No. / Zip / Apt. No. | 20 Park Avenue 10016 14D |
| 13e. Inside City Limits of 13c. | ☒ Yes ☐ No |
| 14. Served in U.S. Armed Forces | ☒ No ☐ Yes Specify Years From To |
| 15. Marital Status (Check One) | ☒ Never married ☐ Widowed ☐ Married or separated ☐ Divorced |
| 16. Name of Surviving Spouse (If wife, give maiden name) | |
| 17. Date of Birth of Decedent (Month) (Day) (Year) | 05/06/1961 |
| 18. Age at last birthday | 40 |
| If under 1 year | mos. days |
| If less than 1 day | hours mins |
| 19. Social Security No. | 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 |
| 20a. Usual Occupation (Kind of work done during most of working lifetime. Do not enter retired) | Attorney |
| 20b. Kind of business or industry | Law Firm |
| 21. Birthplace (City & State or Foreign Country) | Brooklyn, NY |
| 22. Education (Specify only highest grade completed) | Elementary/Secondary (0-12): ; College (1-4 or 5+): 5 |
| 23. Other name(s) by which decedent was known | |
| 24. NAME OF FATHER OF DECEDENT | Seymour Winuk |
| 25. MAIDEN NAME OF MOTHER OF DECEDENT | Elaine Sendrovitz |
| 26a. NAME OF INFORMANT | Jay S. Winuk |
| 26b. RELATIONSHIP TO DECEASED | Brother |
| 26c. ADDRESS (CITY) (STATE) (ZIP) | 25 Brian Court, Carmel, NY 10512 |
| 27a. NAME OF CEMETERY OR CREMATORY | MONTEFIORE CEMETERY |
| 27b. LOCATION (City, Town, State and Country) | SPRINGFIELD, QNS, NY |
| 27c. DATE OF BURIAL OR CREMATION | MARCH 26, 2002 |
| 28a. FUNERAL ESTABLISHMENT | PARKSIDE MEMORIAL CHAPEL |
| 28b. ADDRESS | 98-60 QNS BLVD REGO PARK, NY 11374 |

VR16(1/94) (9/01) VITAL RECORDS DEPARTMENT OF HEALTH THE CITY OF NEW YORK

This is to certify that the foregoing is a true copy of a record on file in the Department of Health. The Department of Health does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Steven P. Schwartz, Ph.D., City Registrar

Do not accept this transcript unless it bears the security features listed on back. Reproduction or alteration of this transcript is prohibited by §3.21 of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

DATE ISSUED APRIL 30, 2002. DOCUMENT No. E297740

The City of New York

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE