# Certificate of Birth

[illegible] -9 AM 10 36

Certificate No. 156-61-319708

1. Full name (Type or Print) Glenn Jonathan Wnuk
First name Middle name Last name

2. Sex Male

3. Number of children born of this pregnancy 1

4. Date of birth May 5 1961

5. Hour [illegible]

6. PLACE OF BIRTH
(a) NEW YORK CITY (b) Borough Brooklyn
(c) Name of Hospital or Institution Jewish Hospital
(d) If not in hospital, street address No.

7. USUAL RESIDENCE OF MOTHER
(a) State New York
(b) Co. Kings (c) City or Town Brooklyn
(d) No. 1177 E. 56th Street

8. Father Full name Seymour Wnuk

9. Age at time of this birth 30 (years)

10. Birthplace (City or place and State or country) Brooklyn New York

11. Usual Occupation Engineer

12. Kind of business or industry Electronics

13. Mother Full maiden name Elaine Sandrovitz

14. Age at time of this birth 30 (years)

15. Birthplace (City or place and State or country) Brooklyn New York

16. Total number of children born [illegible] 2

17. Number of children born [illegible] 2

I hereby certify that this child was born alive at the place and on the date stated above, and that all the facts stated in this certificate and report of birth are true to the best of my knowledge, information and belief.

Date of Report 5-8-61

(Signed) [signature]

Name of Signer [signature]

Address [signature]

Given name added from supplemental report
Date
Bureau Registrar

Print here the mailing address of mother. Copy of this certificate will be mailed to her when it is filed with the Department of Health.

Name Mrs. S. Wnuk
Address 1177 E. 56th Street
City Brooklyn State N.Y.

BUREAU OF RECORDS AND STATISTICS DEPARTMENT OF HEALTH THE CITY OF NEW YORK

August 29, 1974

CITY OF NEW YORK BUREAU OF VITAL RECORDS DEPARTMENT OF HEALTH

This is to certify that the following is a true copy of a record on file in the Department of Health. The Department of Health does not certify to the truth of the statements made thereon [illegible]

[illegible] REPRODUCTION OR ALTERATIONS ARE PROHIBITED BY LAW. [signature] City Registrar