# JERICHO FIRE DEPARTMENT

424 NORTH BROADWAY
JERICHO, NEW YORK 11753-2105
(516) 931-3546 Fax: (516) 931-3521

JOHN E. LOTTES
*Chief Of Department*

RICHARD G. SANDIFORD, JR.
*First Assistant Chief*

JEFFREY J. STAWKOWSKI
*Second Assistant Chief*

STACEY J. AGOSTA
*Secretary*

ARTHUR J. KROLL
*Treasurer*


May 1, 2002

Mr. Jay Winuk
Winuk Communications
25 Brian Court
Carmel, NY 10512

RE: Your inquiry about September 11, 2001 Mutual Aid Response from the Jericho Fire Department.

Dear Mr. Winuk,

Following your telephone call, I contacted Assistant Chief Fire Marshal John Livingston (Nassau County Fire Marshal's Office) regarding mutual aid pacts with the Fire Department of the City of New York (FDNY). Assistant Fire Marshal Livingston related the following facts to me:

1) There has never been a formal mutual aid agreement with FDNY and any other outside agency, including the Jericho Fire Department.
2) On September 11, 2001 FDNY, through the New York State Office of Fire Prevention and Control (NYSOFPC) requested fire and emergency medical service assistance from all of the surrounding counties, including Nassau and Suffolk Counties on Long Island.
3) The Jericho Fire Department responded to New York City and units were assigned to various locations: an ambulance went to a staging area at Shea Stadium, an engine was assigned to cover a FDNY fire station in Queens, and the heavy rescue unit went to "Ground Zero."
4) Manpower and apparatus from the Jericho Fire Department continued to respond and operate at the recovery site until Thursday September 13, 2001, the NYSOFPC terminated the mutual aid request on behalf of FDNY.

Assistant Fire Marshal Livingston also referred me to State Law regarding responders who volunteered their assistance directly to FDNY. New York State General Municipal Law §209-(i) states "Whenever a volunteer fireman is within this state, but outside the area regularly served by the fire company or fire department of which he is a member and has knowledge of a fire or other emergency at or near the place where he is for the time being, such volunteer fireman may report to the officer in command of the paid or volunteer fire company or one of the paid or volunteer fire department …engaged in the handling of any such fire or other emergency and, on an individual basis, offer his services to assist such fire company or fire department. After his services are so accepted, the volunteer fireman shall then be entitled to all powers, rights, privileges and immunities granted by law to volunteer fireman during the time such services are rendered, in the same manner and the same extent as if he were a member of the …fire department which he is assisting…. Any such commanding officer shall have power, in his discretion, to so accept the services of a volunteer fireman."

*Proudly Serving Our Community Since 1933*

According to witness accounts about your brother Glenn's last actions, it is apparent to me that this section of State Law is certainly applicable. This fact is also supported by the circumstances present at the discovery of his body (wearing medical gloves, possessing a trauma bag, carrying his Jericho Fire Department Identification card). In my opinion, Glenn was acting as a *bona fide* agent of the Jericho Fire Department, acting directly on its behalf, while assisting FDNY with rescue and emergency scene operations in the South Tower of the World Trade Center.

Additionally, Assistant Fire Marshal Livingston also referenced *posse commitatus* (perhaps Glenn was "deputized" by a New York City Police Officer to assist at the scene). However, it is likely that anyone who may have done this also perished, it would be difficult to support (or refute) this type of claim.

Jay, I am glad that I have been able to provide this assistance to you and your family (as it has also been part of my "healing journey"). Please continue to contact me should any other assistance be needed. You and your family remain in my prayers.

Sincerely,

John E. Lottes
Chief

JEL/jl

CC: Jericho Fire Department