# JERICHO FIRE DEPARTMENT

**424 NORTH BROADWAY**
**JERICHO, NEW YORK 11753-2105**
**(516) 931-3546 Fax: (516) 931-3521**

**JOHN E. LOTTES**
*Chief Of Department*

**RICHARD G. SANDIFORD, JR.**
*First Assistant Chief*

**JEFFREY J. STAWKOWSKI**
*Second Assistant Chief*

**STACEY J. AGOSTA**
*Secretary*

**ARTHUR J. KROLL**
*Treasurer*


March 31, 2002

Ms. Carolyn Cavicchio, Deputy Director
Twin Towers Fund
575 Fifth Avenue, 2nd Floor Atrium
New York, NY 10017

Dear Ms. Cavicchio:

The family of the late Glenn J. Winuk advised me that you were looking for a letter verifying Glenn's service in the Jericho Fire Department. While I am greatly saddened by Glenn's death on September 11, I am pleased to participate in any effort to make sure that he is properly recognized for his heroic rescue efforts on that tragic day.

Glenn served as a member of the Jericho Fire Department in various capacities for more than two decades, beginning in 1979. He was a remarkably dedicated servant to the community and remained an active firefighter here long after moving from Jericho to Manhattan. In fact, though a busy attorney in NYC, Glenn regularly returned to Jericho, continuing to respond to emergency alarms on weekends and was consistently among the most responsive of all our members.

At an earlier point in his firefighting career, Glenn served as Lieutenant of Guardian Engine Company Two. He also was elected to the prestigious and important position of Fire Commissioner of the Jericho Fire District. Glenn had certifications in many facets of emergency response (including building collapse rescue) and was also a New York State EMT throughout much of his tenure as a Jericho firefighter. I can provide details about his specific certifications if that is of value to you.

As Chief of the Jericho Fire Department and as someone familiar with Glenn's actions on September 11 and his firefighting career, my view is that Glenn Winuk should be recognized by all as having been lost "in the line of duty" while acting as a rescuer representing the Jericho Fire Department. Anything short of this recognition would be a disservice to his courage, training and selflessness. Glenn was a highly capable firefighting professional and a caring and dedicated member of the community. He gave his life to save others. The firefighters, EMS workers and other recovery workers at Ground Zero certainly recognized his "rescuer" status and heroism by giving him full fireman honors as they carried his remains from the site. It is my sincere hope that you and others in a position to weigh such matters will do the same.

Thank you for your interest in my views on this matter. I am available to provide you with any other information that you may need in making your decision.

Sincerely,

COPY

John Lottes, Chief
Jericho Fire Department

*Proudly Serving Our Community Since 1933*