# AFFIDAVIT BY EMPLOYER VERIFYING THAT GLENN J. WINUK WAS PRESENT AT THE WORLD TRADE CENTER ON SEPTEMBER 11, 2001

STATE OF NEW YORK )
ss.:
COUNTY OF NEW YORK )

I, William J. Honan, being duly sworn, state as follows:

1. I am the Executive Partner of the New York office of a national law firm, Holland & Knight LLP ("Firm"), with offices at 195 Broadway. I am familiar with the records of the Firm and the events described in this Affidavit.

2. On September 11, 2001, the Firm was doing business at 195 Broadway, New York, New York 10007. Our building is adjacent to the World Trade Center complex.

3. Glenn J. Winuk, whose date of birth is May 5, 1961 and whose social security number is 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, was a partner of the Firm.

4. Mr. Winuk was within the World Trade Center complex at the time of the collapse of Two World Trade Center. The basis of my belief is as follows:

- Mr. Winuk was an experienced volunteer fireman.
- Mr. Winuk was seen by Ray Roa, one of my colleagues, in the lobby of our building, donning EMS equipment and then running eastward on Dey Street towards the World Trade Center at about 9:30 a.m. on September 11, 2001.

- Mr. Winuk's remains were discovered in the wreckage at Two World Center on March 20, 2002 at 2:00 am and were positively identified from dental records.

William J. Honan
~~Executive~~ Partner
Holland & Knight LLP

Sworn to me this
13th day of May, 2002.

Wallis Beth Karpf
Notary Public

WALLIS BETH KARPF
Notary Public, State of New York
No. 01KA6047092
Qualified in New York County
Commission Expires August 28, 2002

NYC1 #419243 v1