NOV 30 2001

THE CITY OF NEW YORK
OFFICE OF THE MAYOR
NEW YORK, N.Y. 10007

November 28, 2001

Dear Friends:

I extend warmest greetings to everyone attending today's memorial service hosted by Hofstra University.

On this special occasion you pay tribute to the 20 members of the Hofstra University family who were lost in the World Trade Center terrorist attacks. As we reflect on those tragic events, we also recognize the strength and determination that all New Yorkers have shown during these trying times.

Today you also endow scholarships in the names of Glenn Wilkinson, New York Fire Department Lieutenant; Neil Levin, Port Authority Executive Director; Glenn J. Winuk, former Lieutenant of the Jericho Fire Department; and Joseph G. Hunter, Firefighter from the New York Fire Department's Squad 288. I join you in paying special tribute to these men; these scholarships will forever honor their sacrifice and bravery. I also recognize Hofstra University President Stuart Rabinowitz and the entire Hofstra family for making this loving tribute a reality.

Please accept my wishes for a memorable event.

Sincerely,

Rudolph W. Giuliani
Mayor