PETER T. KING
Member of Congress
Third District New York

436 Cannon House Office Building
Washington, DC 20515–3203
(202) 225–7896

1003 Park Boulevard
Massapequa Park, NY 11762
(516) 541–4225

pete.king@mail.house.gov
www.house.gov/peteking

# Congress of the United States
## House of Representatives
Washington, DC 20515–3203

Financial Services Committee

Chairman
Domestic Monetary Policy, Technology, and Economic Growth Subcommittee

International Relations Committee

July 18, 2002

Commissioner Nicholas Scoppetta
Fire Department of the City of New York
9 Metrotech Center
Brooklyn, New York 11201-3857

Re: Glenn J. Winuk

Dear Commissioner Scoppetta:

Enclosed for your consideration is a letter from Jay S. Winuk, brother of the late Glenn J. Winuk who perished while trying to save others on September 11th.

As you will note in the letter, Glenn served for 19 years as a volunteer firefighter and EMT in the Jericho Fire Department on Long Island. He was a partner in the law firm Holland & Knight LLP and on September 11th helped to evacuate tenants of his office building at 195 Broadway. He then identified himself as a rescue professional to other rescue workers, was outfitted with a mask, gloves and medic bag and went to render assistance in the South Tower. His remains were recovered on March 20th, medic bag at his side and protective gloves on his hands.

I believe that Glenn J. Winuk should be accorded the same status as other rescue workers who paid the ultimate price for freedom on September 11th. His heroics have earned him that honor and I feel that his next of kin -- his parents – should receive the same support and recognition as other rescue personnel who perished that day. I urge you to give this matter your full consideration.

Sincerely,

PETER T. KING
Member of Congress

PTK/cr

cc: Jay S. Winuk



PRINTED ON RECYCLED PAPER