*"The Ultimate Sacrifice"*

**NATIONAL EMS MEMORIAL SERVICE**

January 26, 2003

Captain Lisa Gloffke
FDNY EMS Battalion #57
131 Throop Ave
Brooklyn, NY 11206

Dear Lisa:

Thank you very much for sending in the nomination on Glenn Jonathan Winuk. We are pleased to inform you that this nomination was approved for recognition at the Eleventh Annual National EMS Memorial Service.

The service will be held in Roanoke, Virginia, on May 24, 2003 at 7:00PM. Enclosed please find a brochure describing the service. More details, including an agenda and hotel information, will be mailed to you as soon as we have this finalized.

Meanwhile, we need 4-5 different photos of Glenn **as soon as possible** for use in the video production at the service; also an agency patch. We could also use video tape clips (home movies, news stories, etc) along with the photos. Please also let us know as soon as possible the name of the agency Glenn was with.

Again, thank you for submitting this nomination. If we can be of further assistance to you, do not hesitate to let us know.

Sincerely,

Kevin L. Dillard

Kevin L. Dillard, Chairman

kld/seb
enclosure

cc: Jay Winuk
cc: Seymour & Elaine Winuk

*P.O. Box 279, Oilville, Virginia 23129-0279*
*(804) 749-8191 • FAX (804) 749-8910*
http://nemsms.org • e-mail: nemsms@aol.com