# International Association of Fire Chiefs
## Volunteer & Combination Officers Section

May 23, 2002

Jericho Public Schools
Cedar Swamp Road
Jericho, New York 11753

To The Family Of Glenn J. Winuk:

On behalf of the International Association of Fire Chiefs Volunteer & Combination Officers Section, I would like to express our condolences to you on the loss of Glenn. September 11th was a day we, as Americans, will never forget. As firefighters we lost many members of our family that day and we morn the loss of our brother Glenn. Glenn's devotion to the fire service as a volunteer firefighter demonstrated his special devotion to life. It has been said that there is no greater commitment then that which is in the heart of a volunteer. It has been a trying time for all Americans but to those, like you, this tragedy brought excruciating personal grief. I hope it is a comfort to know that the American Fire Service understands your pain and vows not to forget this tremendous horror and that we will make America safer and securer because of this massacre. This will be done in the memory of our brother firefighters as well as the innocent victims of this atrocity. Rest assured that Glenn will never be forgotten and that the American Fire Service will memorialize his death forever. Please remember that Glenn was a true brother and that you will remain always as a permanent part of the American Fire Service Family.

Sincerely yours,

Chief Michael D. Chiaramonte
Chairman