Declined

# Holland & Knight
## Basic Life & AD&D Enrollment Form

Name GLENN WINUK 05 / 05 / 61 Sex ☒ M ☐ F
Birthdate

Social Security Number 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

Basic Annual Earnings $ 140K

Beneficiary(s) Name(s)

| * | First | M.I. | Last | Relationship | D.O.B. |
|---|---|---|---|---|---|
| | | | | | / / |
| | | | ENTERED BY MA | | / / |
| | | | OCT 20 1998 | | / / |

* Multiple beneficiaries will be considered equal unless designated as: Primary (1) or Secondary (2)

☐ I hereby request the insurance to which I am or may become entitled under the Group Policy and authorize deductions, (if applicable) from my earnings towards the cost of insurance (sign below).

☒ I do not wish to ~~be insured (sign below)~~. have life insurance under the Holland & Knight program, at this time. Gjp

Date signed 10 / 07 / 98 Signature of applicant [signature]

PB

# Holland & Knight
Declined

## Supplemental Life & AD&D Enrollment Form

Name GLENN J. WINUK 05 / 05 / 61 Sex ☒ M ☐ F
Birthdate

Social Security Number 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

Basic Annual Earnings $

Beneficiary(s) Name(s)

| * | First | M.I. | Last | Relationship | D.O.B. |
|---|---|---|---|---|---|
| | | | | | / / |
| | | | | | / / |
| | | | ENTERED BY MA | | / / |

* Multiple beneficiaries will be considered equal unless designated as: Primary (1) or Secondary (2)

OCT 20 1998

Benefit Selection Benefit Amount $ ____________

- ☐ 1 x Basic Annual Earnings, rounded down to the nearest $25,000
- ☐ 2 x Basic Annual Earnings, rounded down to the nearest $25,000
- ☐ 3 x Basic Annual Earnings, rounded down to the nearest $25,000
- ☐ $15,000

☐ I hereby request the insurance to which I am or may become entitled under the Group Policy and authorize deductions from my earnings towards the cost of insurance (sign below).

☒ I do not wish to ~~be insured (sign below)~~. have life insurance under the Holland & Knight program at this time.

Date signed 10 / 07 / 98 Signature of applicant [signature]