Town of Oyster Bay

# Certificate of Qualification

JERICHO FIRE DISTRICT

Glenn J. Winuk of Jericho

has been elected Commissioner

in and for the District on the 16th day of May 19 96

for term commencing May 16 19 96 and ending December 31, 19 96

has qualified by filing constitutional and statutory oath as required under the applicable law.

In Witness Whereof, I have hereunto set my hand and affixed the official seal of the Town of Oyster Bay, this 18th day of June 19 96

Fanny L. Corsentino

*Town Clerk*

LITHO IN U.S.