# A Nation Challenged

L+++ B1

SUNDAY, SEPTEMBER 30, 2001

The New York Times


**GLENN WINUK**

## Sprinting Toward Danger



As a boy, his dream was to be a firefighter, a hero. As a man, Glenn Winuk became a prominent Manhattan lawyer, but he used his lifelong interest in fighting fires as a volunteer in his hometown, Jericho, N.Y. He was so committed, such a natural, the town named him fire commissioner.

So on Sept. 11, Mr. Winuk, 40, did what he, as a firefighter, had been trained to do. First, he escorted people from his law firm, Holland & Knight, a block and a half from the trade center. He was last seen headed for the towers. "If I had been there with him that day, I wouldn't have been able to stop him from trying to help," said Mr. Winuk's older brother, Jay. "Even though he became a lawyer, my brother always saw himself as a firefighter. It was a passion for him, the chance to help someone."

When terrorists bombed the World Trade Center in 1993, Mr. Winuk, still dressed in a suit, rushed to help, too. "If it has to be that he did not survive this time," Jay Winuk said, "then in our eyes, he went down being an American hero. We're proud of him."