# Humanitarian Fund Named After Hero

To honor a fallen hero, and to assist the ctims of the September 11 tragedy, The olland & Knight Charitable Foundation, c., and family members of Glenn J. 'inuk recently established the Glenn J. 'inuk Humanitarian Fund. A former fire ommissioner of the Jericho Fire epartment, graduate of Hofstra Law :hool and partner in the law firm of olland & Knight LLP, Winuk lost his e trying to heroically save others at the orld Trade Center.

Initial grants from the charitable fund .ll establish a scholarship at the State iiversity of New York at Oneonta, inuk's undergraduate alma mater, and ay also benefit families of fallen fire- ;hters. Winuk was last seen on the orning of the attacks donning simple protective gear and heading to the World Trade Center complex just prior to the collapse of the towers.

Friends and colleagues have already donated more than $50,000 to the fund. "Through the dual roles of professional firefighter and attorney, Glenn lived his life to help and serve others," said Steve Uhlfelder, chairman of the Holland & Knight Charitable Foundation. "He represented the best of what Holland & Knight can be in the community. It is fitting that his final actions inspired this humanitarian fund so that he can continue to be associated with selflessness and compassion."

"From childhood through adulthood, Glenn was passionate about firefighting and helping others," said his brother Jay S. Winuk. "We're hopeful that Glenn's heroic actions will inspire people to be courageous in their hearts and generous in their care for others. We've established this fund so that others may benefit from Glenn's fine character."


Glenn J. Winuk

Winuk worked at the firm's office at 195 Broadway and focused his practice in construction litigation. He was a member of the American Bar Association. He served as a volunteer firefighter for 20 years and received his JD in 1987 from Hofstra University.

Contributions may be sent to: The Holland & Knight Charitable Foundation, Inc., P.O. Box 2877, Tampa, FL 33601-2877. Reference The Glenn J. Winuk Humanitarian Fund.