# Urban H.A.R.T., Inc.

## Certificate of Completion

COPY

32 Hour Building Collapse Rescue Training

September 28, 29 and October 5, 6, 1996

## Glenn Winuk

Jericho Fire District

John K. Parker, Vice President
Urban H.A.R.T., Inc.