# MISSING PERSON



# Glenn Winuk

## Volunteer Firefighter

## (May have joined the effort of FDNY Ladder Company 10)

| | | | |
|---|---|---|---|
| **Height:** | 5'10" | **Glasses:** | Wire rim |
| **Weight:** | Approx. 190 lbs. (stocky build) | **Age:** | 40 |
| **Eye Color:** | Brown | **Dentures:** | None |
| **Hair:** | Black and gray,<br>thinning at forehead and back of head | | |
| **Clothes:** | Gray Italian business suit, white shirt,<br>but may have changed into firefighting gear | | |
| **Jewelry:** | "Ebel" brand watch (stainless steel strap with black face) | | |
| **Identifying Features:** | Stocky build; very broad shoulders; medium amount of body hair; no tatoos | | |
| **Contact Information:** | If you have any information regarding this person, please call Holland & Knight immediately at:<br>**1-888-688-8500** (24 hours). | | |

**Last Seen:** 9:25 a.m., Tuesday, September 11, 2001 in New York City at 195 Broadway