DAVID J. MARMANN
Chairman

ROBERT BIANCANELLO
Vice Chairman

DAVE MUNAFO

LAWRENCE E. BACHTELER, Jr.

MICHAEL J. MILNER

# JERICHO FIRE DISTRICT

424 NORTH BROADWAY
JERICHO, NEW YORK 11753-2105
(516) 931-3546 Fax: 931-2385

BETTY SIMON
Treasurer

MARGE BLAIS
Secretary

JOHN J. O'BRIEN
District Supervisor

## Fax Transmission

Date: 4/19/04

To: Ms. E. Garry

Phone:
Fax: 202-514-5956

From: Marge Blais
District Secretary

Phone: (516) 931-3546 Ext. 227
Fax: (516) 931-2385

Number of pages (including cover sheet): 2

---

Message:

DAVID J. MARMANN
Chairman

ROBERT BIANCANELLO
Vice Chairman

DAVE MUNAFO

LAWRENCE E. BACHTELER, Jr.

MICHAEL J. MILNER

# JERICHO FIRE DISTRICT

424 NORTH BROADWAY
JERICHO, NEW YORK 11753-2105
(516) 931-3546 Fax: 931-2385

BETTY SIMON
Treasurer

MARGE BLAIS
Secretary

JOHN J. O'BRIEN
District Supervisor

Eileen Garry
Deputy Justice Director
Bureau of Justice Assistance
810 7th St., N.W.
Washington, D.C. 20531

Re: Glenn Winuk

Dear Ms. Garry,

To follow is the definition of "associate member" status according to the By-Laws of the Jericho Fire Department.

Any member may, after completing fifteen (15) years of service in the Jericho Fire Department, apply for Associate Membership.

Associate members will be entitled to attend all meetings, but will not be entitled to a vote on any propositions, business functions, budget allocations, election of Department Officers. They will be notified of this by mail by the Department Secretary. They will have use of the Ernie Page Room and the TV room.

Associate members will not be allowed to take part in any firematic activity, such as riding fire apparatus, attending fire schools or participating in parades.

Associate members will be presented with a suitable pin donating their Associate membership.

Sincerely,

Marge Blais

Marge Blais
District Secretary