WINUK COMMUNICATIONS

PUBLIC RELATIONS

February 4, 2004

Ms. Eileen M. Garry
Associate Deputy Director
Bureau of Justice Assistance
U.S. Department of Justice
810 Seventh Street NW
Washington, DC 20531

Dear Ms. Garry:

This letter serves to verify that my late brother, Glenn J. Winuk, did not have a current life insurance policy at the time of his death at the World Trade Center on September 11, 2001. I am the co-administrator of Glenn's estate, and know of no policy in effect via Holland & Knight LLP, the law firm at which he was a partner; the Jericho Fire Department, of which he had been a member; or any policy that Glenn personally kept.

Glenn was never married, never had any children, and his parents are his legal next of kin.

Attached is a copy of the letter of administration verifying my role as co-administrator of Glenn's estate. Please contact me with any questions. Thank you.

Sincerely,

Jay S. Winuk

CC: Seymour Winuk

25 Brian Court • Carmel, New York 10512
Tel 845.277.1160 • Fax 845.277.1168

# Surrogate's Court
# No 139158 of the County of New York

CERTIFICATE OF LETTERS OF ADMINISTRATION
The People of the State of New York

Index# 2001-4118

To all to whom these presents shall come or may concern,

Know Ye, that we, having inspected the records of our Surrogate's Court in and for the County of New York, do find that on November 20, 2001 by said court, LETTERS OF ADMINISTRATION on the goods, chattels, and credits of Glenn J. Winuk , deceased, late of the County of New York were granted unto Seymour Winuk, Jay S. Winuk and that it does not appear by said records that letters have been revoked.

**RESTRICTIONS** These letters authorize the collection only of a total of $250000.00 dollars. Any collection above that amount must be authorized by further order of the Surrogate. These letters with respect to the cause of action are limited to the power to prosecute and confer no power to compromise the action, collect any settlement or enforce any judgment until further order of the court.

In Testimony Whereof, we have caused the Seal of the Surrogate's Court of the County of New York to be hereunto affixed.

WITNESS, Honorable Eve Preminger, a Surrogate of the County of New York, this 21st Day of November, 2001.

Jane Passenant

Jane Passenant

Clerk of the Surrogate's Court



* THIS CERTIFICATE IS NOT VALID WITHOUT A RAISED SEAL OF THE COURT *