WINUK COMMUNICATIONS
PUBLIC RELATIONS

RECEIVED

June 3, 2002

Mr. Nicholas Scoppetta
Commissioner
New York Fire Department
9 Metrotech Center
Brooklyn, NY 11201-3857

Dear Commissioner Scoppetta:

I have spoken with Deputy Chief Arthur Parrinello and he suggested I contact you about my late brother Glenn J. Winuk, a career volunteer firefighter, EMT and partner in a large international law firm. Glenn lost his life trying to save others on September 11. I write to you, with copies to Mayor Bloomberg and other government officials, to request that you **1)** officially recognize my brother as having been lost "in the line of duty" and **2)** that he and my parents be accorded all the rights, benefits and honors appropriate for those rescuers and families with such status.

Glenn served for 19 years as a volunteer firefighter and EMT in the Jericho Fire Department on Long Island. He rose to the rank of lieutenant and served a term as Commissioner of the Jericho Fire District. My brother had been cited many times for his acts of bravery throughout his firefighting career, which included rushing to the scene to render aid in 1993 when terrorists bombed the World Trade Center and at the Avianca plane crash on Long Island in 1990.

Just after the Towers were hit on 9-11, Glenn, a partner in the law firm Holland & Knight LLP, first helped evacuate tenants of his office building at 195 Broadway, about a block away from Ground Zero. He then identified himself as a rescue professional to other rescue workers on the scene, borrowed a mask, gloves and First Response medic bag from them and, as everyone else from his office building rightly headed away from the disaster, Glenn ran toward it, down Dey Street. He perished as the South Tower fell minutes later. Glenn's remains were recovered, medic bag by his side, protective gloves on his hands, at about 2AM, Wednesday, March 20. His remains, carried from the scene with Fire Dept. honors, were found just feet away from those of the NYPD's heroic Moira Smith.

On September 11, Glenn ran to Ground Zero not as a prominent New York attorney but as a volunteer fireman and EMT worker. It's apparent to his family that because Glenn was not a uniformed New York City fireman and no longer on active duty at Jericho, he

-more-

25 Brian Court • Carmel, New York 10512
Tel 845.277.1160 • Fax 845.277.1168

is not yet classified as being lost in the line of duty, and thus he has not been formally recognized by any of the official city, state or federal organizations that are chartered with honoring lost firemen.

We did, however, recently receive a kind letter from Chief Nigro (enclosed) that does acknowledge my brother's rescue effort and his qualifications. And, while mayor, Mr. Giuliani twice acknowledged my brother's heroism in letters (enclosed).

We are grateful for these letters, but we are respectfully seeking more substantive recognition of my brother's sacrifice. A trained EMT and fireman, Glenn risked his life to save others. He acted quickly and without regard for his own life, only for those in trouble whom he could help. It was not Glenn's official responsibility to put his life on the line for others that terrible day. But he had the training to help and he was in a position to do so. In fact, Glenn was specifically trained in building collapse rescue (see enclosed certificate). He may indeed have saved many lives on September 11, but he personally paid the ultimate price. His actions are no less heroic than other firemen lost that day, his sacrifice as great as any.

On behalf of Glenn's family, I ask that the Fire Department of New York, and subsequently the City of New York, the State of New York and the U.S. Government, please consider:

1) any and all means to properly recognize my brother's heroic actions, including honor rolls, medals, proclamations, certificates, etc., and
2) that my parents, as Glenn's next of kin, be provided compensation and services equitable to those other families of rescue workers that are receiving support from the City, the State, the Fire Department, and other official organizations weighing such matters.

While I recognize that Glenn was not a member of the FDNY, he was a 19-year fire department veteran who worked and lived in New York City and he did sacrifice his life to participate in the rescue efforts of NYC rescue workers. I urge you to review the enclosed letters from Jericho Fire Chief John Lottes, who makes a case for recognizing Glenn's "in the line of duty" status. Chief Lottes addresses the issue of mutual aid provided on September 11 and verifies Glenn's years of service as a firefighter and EMT. Chief Lottes is available to speak with you directly.

I have also enclosed an affidavit from Holland & Knight LLP, the law firm at which Glenn was a partner, verifying my brother's actions on September 11, and other documents that illustrate his actions on 9-11 and service as a fireman.

-more-

Thank you for your consideration, and for all that you and the Department are doing for all New Yorkers during these challenging times. I look forward to hearing from you at your earliest convenience.

Sincerely,

Jay S. Winuk

CC: The Honorable Michael Bloomberg
Mayor of the City of New York

New York Governor George Pataki
Eliot Spitzer, New York Attorney General

U.S. Senator Hillary Rodham Clinton
U.S. Senator Charles Schumer

Congressman Peter T. King
Congresswoman Carolyn Maloney

William J. Honan III
Executive Partner, Holland & Knight LLP

John Lottes
Chief, Jericho Fire Department

FDNY Chief Daniel A. Nigro
FDNY Dep. Chief Arthur Parrinello

Christine Lee
New York Fire Department

Ilene Geary
U.S. Department of Justice

Nassau County Executive Thomas Suozzi