The City of New York

FIRE DEPARTMENT
9 METROTECH CENTER BROOKLYN, N.Y. 11201-3857

RECEIVED

DANIEL A. NIGRO
*Chief of Department*
Office of the Chief of Department

Room 7W-4
(718) 999-2010

April 2, 2002

Jay S. Winuk
25 Brian Court
Carmel, NY 10512

Dear Jay:

We have just learned, for the first time, that your brother, Glenn, was recently found at the World Trade Center with all indications that he had gone there on September 11th to lend assistance as an EMT.

Although he was not a member of this Department and was not acting pursuant to this Department's direction that day, the Department nevertheless is honored to write this letter in recognition of his heroic efforts.

On behalf of the entire New York City Fire Department, our thoughts and prayers are with you and your family during this very difficult time.

Sincerely,

Daniel A Nigro

DANIEL A. NIGRO
Chief of Department

DAN:ld
WINUK