---------------------
Glenn Winuk, 40, Lawyer, Firefighter
---------------------

By Tom McGinty
STAFF WRITER/NEWSDAY

October 20, 2001

The Manhattan office of Holland & Knight will hold a memorial service next week for Glenn Winuk, a partner in the law firm who perished in the World Trade Center attack.

Winuk, a Jericho native and former member of that community's volunteer fire department, was last seen by his colleagues heading toward the Twin Towers from Holland & Knight's Broadway office shortly after the two airliners struck the building.

Witnesses said Winuk, 40, took gloves and a mask from passing firefighters and headed toward the disaster scene, just a block and a half away.

A week after the disaster, when Winuk's family was still holding on to the slender hope that he was alive, his brother, Jay, explained what motivated Glenn.

"He worked hard to be an attorney and a partner in a good law firm," Jay Winuk said. "But his passion, his real passion, is firefighting. From the time we were in grade school, sharing a bedroom together, this was his thing."

Winuk was a member of the Jericho Fire Department for 20 years and had reached the rank of lieutenant. He received his undergraduate degree from SUNY Oneonta and attended law school at Hofstra University. He lived in Manhattan and had worked at Holland & Knight for 13 years.

In addition to his brother, who lives in Mahopac, Winuk is survived by his parents, Elaine and Seymour Winuk of Jericho, and another brother, Jeff, of Salem, S.C.

Winuk's family held a service Sunday at the Jericho Jewish Center that was attended by more than 600 people.

Holland & Knight's nonsectarian memorial service will be held at 2 p.m. Wednesday at Congregation Kehilath Jeshurun. The synagogue is located at 125 E. 85th St. (between Lexington and Park Avenues).

Copyright (c) 2001, Newsday, Inc. This article originally appeared at:
http://www.newsday.com/news/obituaries/ny-liwinu20q2424487oct20.story

Visit Newsday online at http://www.newsday.com