PETER T. KING
Member of Congress
Third District, New York

436 CANNON BUILDING
WASHINGTON, DC 20515-3203
(202) 225-7896

1003 PARK BOULEVARD
MASSAPEQUA PARK, NY 11762
(516) 541-4225

pete.king@mail.house.gov
www.house.gov/peteking

# Congress of the United States
## House of Representatives
Washington, DC 20515-3203

FINANCIAL SERVICES COMMITTEE

CHAIRMAN
DOMESTIC MONETARY
POLICY, TECHNOLOGY,
AND ECONOMIC GROWTH
SUBCOMMITTEE

INTERNATIONAL RELATIONS
COMMITTEE

November 8, 2001

Mr. and Mrs. Seymour Winuk
165 N Marginal Road
Jericho, New York 11753

Dear Mr. and Mrs. Winuk:

None of us will ever forget where we were or what we were doing when we first heard the tragic news of the terrorist attack on the World Trade Center on the morning of September 11th. Our lives will never be the same again. The suffering is particularly painful for someone such as you who lost a loved one on that terrible day.

It is the courage and determination of those who died and those who survived them which have rallied our nation as never before. Because of that spirit America will win the war against international terrorism and continue to be the beacon of freedom and democracy. That is why I am proud to send you this flag which was flown over our nation's Capitol in memory of your son, Glenn.

Be assured that in the trying days which lie ahead you will be in my thoughts and prayers. Please do not hesitate to contact me if you believe I can be of any assistance to you.

Sincerely,

Pete King

PETER T. KING
Member of Congress

PTK/cr

PRINTED ON RECYCLED PAPER