THE CITY OF NEW YORK
OFFICE OF THE MAYOR
NEW YORK, N.Y. 10007

October 24, 2001

Dear Mr.& Mrs. Winuk, Jay and Jeff:

On behalf of all New Yorkers, I offer my deepest condolences for the terrible loss you suffered on September 11. You are not alone in your time of sadness. Our City mourns with you.

All of the victims of this unprovoked act of war were innocent. All were heroes. Everyday, the people who worked in the World Trade Center were engaged in the quiet heroism of supporting their families, pursuing their dreams, and playing their own meaningful part in a diverse and free society.

Our loved ones would not want us to lose our appreciation for the gift of life. So it is up to us to move forward with courage in their memory. Your loss is shared by a family of 8 million New Yorkers, and I speak for them when I say that we will never forget your beloved son and brother, Glenn. He will occupy a permanent place in our hearts and in our history.

Thank you, and God bless you.

Rudolph W. Giuliani
Mayor