Fanny L. Corsentino
Town Clerk

(516) 624-6333
Fax: (516) 624-6331

TOWN OF OYSTER BAY
OFFICE OF THE TOWN CLERK
TOWN HALL
54 AUDREY AVENUE
OYSTER BAY, NEW YORK 11771-1592

June 12, 1996

Jericho Fire District
North Broadway
Jericho, NY 11753

Attn: Myra Kennedy
District Clerk

Dear Ms. Kennedy:

Reference is made to your letter of May 17, 1996, notifying us that Arthur Kroll has resigned as Fire Commissioner of the Jericho Fire District as of April 15, 1996. Also noted in your letter is the appointment of Glenn V. Winuk as Fire Commissioner of the Jericho Fire District effective May 16, 1996.

A copy of your letter will be made part of the official file.

Sincerely,

Fanny L. Corsentino

FANNY L. CORSENTINO
Town Clerk

FLC:jk