The City of New York

FIRE DEPARTMENT
9 METROTECH CENTER BROOKLYN, N.Y. 11201-3857

NICHOLAS SCOPPETTA
*Fire Commissioner*

Suite 8W-6

May 24, 2002

The Honorable Richard Nedelkoff
Director
Bureau of Justice Assistant
Washington, DC 20531

Dear Director Nedelkoff:

Pursuant to P.L. 107-37, signed by the President on September 18, 2001, to provide for the expedited payment of certain benefits for a public safety officer who died as a direct and proximate result of a traumatic injury sustained in the line of duty as described in section 1201(a) of the Omnibus Crime Control and Safe Streets Act of 1968 of 1968 (42 U.S.C. 3796(A) in connection with the terrorist attacks of September 11, 2001, I am hereby certifying that the following public safety officers listed on the attachment, were killed in the line of duty, and their deaths resulted from traumatic injuries.

Please coordinate with Christine Lee, of my staff, for matters relating to this process. She can be reached at (718) 999-1951.

Thank you for your assistance with this matter.

Sincerely,

Nicholas Scoppetta
Fire Commissioner

Enc.

Attachment to Certification Letter for Payment of Benefits Pursuant to P.L. 107-37

| LAST NAME | FIRST NAME | TITLE | Ssn | BIRTH DATE |
|---|---|---|---|---|
| BOISSEAU | LAWRENCE | Fire Safety Director | 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 | 11/28/64 |
| FITZSIMONS | RICHARD | Fire Safety Director | 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 | 12/28/43 |
| HAYES | PHILIP | Fire Safety Director | 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 | 03/03/34 |
| MAYO | ROBERT | Fire Safety Director | 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 | 02/14/55 |
| WREN | WILLIAM | Fire Safety Director | 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 | 08/12/40 |
| CORRIGAN | JAMES | Fire Safety Director | 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 | 02/21/41 |