# Intentionally left blank