U.S. Department of Justice

Office of Justice Programs

Office of the General Counsel

*Washington, D.C. 20531*

January 10, 2006

**Via facsimile**
**(516) 798-3566**

Joseph F. Frank, Esquire
Jericho Fire District Legal Counsel

Dear Mr. Frank:

Jericho Fire District Chairman Robert Biancanello wrote an April 7, 2005, letter (re: Glenn Winuk) to Daniel L. Skoler, an Office of Justice Programs' ("OJP") hearing officer for the Public Safety Officers' Benefits ("PSOB") Program. Chairman Biancanello, in that document, identified you as legal counsel for the Fire District and thus the attorney with whom to correspond in connection with that letter. Further to that direction, I write to you in your official capacity seeking greater understanding of the Jericho Fire Department's rules and procedures, and Mr. Glenn Winuk's relationship to the Fire Department.

As a general matter,

(1) is an associate member of the Jericho Fire Department, an active or inactive member for purposes of Section 3 of New York's Volunteer Firefighters' Benefit Law?

(2) is an associate member of the Jericho Fire Department who is a state certified EMT an active member, within the meaning of Section 3 of New York's Volunteer Firefighters' Benefit Law, of the Jericho Fire Department by virtue of that certification?

(3) is an associate member of the Jericho Fire Department who is a state certified EMT subject to being called by the Jericho Fire Department to respond to a fire or medical emergency by virtue of such associate membership?

(4) does associate membership, which, according to the Jericho Fire Department By-laws, restricts the associate member's authority to participate in fire-related activities (as such a member), also restrict the authority of the associate member to participate in emergency-medical-related activities on behalf of the Jericho Fire Department (as such a member)?

(5) are an associate member's privileges, duties, or obligations in relation to the Jericho Fire Department affected legally in any way by whether that member is a state certified EMT?

As you know, Mr. Winuk heroically rushed to the World Trade Center on September 11, 2001, and gave his life in his attempt to rescue others. Chairman Biancanello has advised that Mr. Winuk was an associate member of the Jericho Fire Department, having changed his membership status from active due to his residence outside of the Jericho Fire District. At that time, on September 11, 2001, did the Jericho Fire Department consider –

(1) Mr. Winuk to be an active or inactive member of the Jericho Fire Department within the meaning of Section 3 of New York's Volunteer Firefighters' Benefit Law?

(2) Mr. Winuk to be subject to being called by the Jericho Fire Department to respond to a fire or medical emergency by virtue of the membership he had?

(3) Mr. Winuk to be responding on behalf of the Jericho Fire Department, when he responded to the World Trade Center attacks?

Although I am aware that New York enacted legislation in 2005 that declared that Mr. Winuk "shall be deemed to have been an active member of the Jericho volunteer fire department," in the three preceding questions I ask that you advise how the Jericho Fire Department considered Mr. Winuk's status at the time his life was tragically taken (*i.e.*, without regard for the 2005 legislation).

I appreciate your consideration of, and response to, the foregoing questions. Your response will aid OJP's consideration of a pending claim under the PSOB Act. Please contact me at (202) 353-8780 if I may answer any questions related to this letter.

Sincerely,

Jason P. Cooley
Attorney-Advisor