**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

*Washington, D.C. 20531*

January 20, 2006

**Via facsimile**
**(516) 798-3566**

Joseph F. Frank, Esquire
General Counsel to the Board of Jericho Fire Commissioners
5550 Merrick Road
Suite 301
Massapequa, NY 11758

Dear Mr. Frank:

Thank you for your letter of January 10, 2006, responding to my letter of that same date. The information that you provided, along with the other information that has been gathered and supplied, will be considered by OJP as it continues to examine every issue presented by the claim related to Mr. Glenn Winuk. As other questions arise, I hope that I may contact you again for assistance.

Sincerely,

Jason P. Cooley
Attorney-Advisor