**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

---

*Washington, D.C. 20531*

June 14, 2006

**Via facsimile**
**(518) 402-0985**

Daniel Clayton
Bureau of Emergency Medical Services
New York State Department of Health

Dear Mr. Clayton:

Please verify when Glenn J. Winuk (DOB: May 5, 1961; SSN: 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) last received certification from the Bureau of Emergency Medical Services at any level (CFR, EMT, or AEMT); and when any such certification(s) expired.

I appreciate your providing this information. Please contact me at (202) 353-8780 if I may answer any questions related to this request.

Sincerely,

Jason P. Cooley
Attorney-Advisor