STATE OF NEW YORK
DEPARTMENT OF HEALTH

433 River Street, Suite 303 Troy, New York 12180-2299

Antonia C. Novello, M.D., M.P.H., Dr.P.H.
*Commissioner*

Dennis P. Whalen
*Executive Deputy Commissioner*

# Memorandum

To: U.S. Department of Justice c/o Jason Cooley
From: Daniel J. Clayton, Senior EMC Representative
Date: 06/14/06
Re: Glenn J. Winuk

Please allow this memorandum to serve as verification that Mr. Glenn J. Winuk (EMS ID 018572, DOB 05/05/1961, SSN 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) was certified as an EMT-Basic from 03/31/1981 through 03/31/1984 and then again from 03/31/1985 through 03/31/1988. Please note that our files indicate that Mr. Winuk is deceased. If you require anything further, please contact me at 518-402-0996 ext 1 prompt 4. Thank you.

Bureau of EMS
433 River St Ste 303
Troy NY 12180
518-402-0996 ext 1
518-402-0985 (fax)
djc08@health.state.ny.us