Case 1:06-cv-00770-MBH Document 12-43 Filed 02/22/2007 Page 1 of 2



# Carl L. Marcellino

5th Senate District





# SENATOR MARCELLINO'S BILL FOR FORGOTTEN 9/11 HERO

**Signed into Law by Governor Pataki**

**Thursday, September 8, 2005**




Senator Carl L. Marcellino (R, Syosset) today announced that Governor George E. Pataki has signed into law S.3764 that will give active status in the Jericho Volunteer Fire Department to Glenn J. Winuk who was killed in action on September 11, 2001.

rnor Pataki said, "With this law we pt - - in a small way, to demonstrate the deep respect and admiration that the grateful people of New York have for heroes like Glenn Winuk. His bravery, service, and dedication on that terrible day saved the lives of many, and must never be forgotten."

"Very often when we speak of 9/11 now, it has to do with honoring the memory of the horrendous attacks, however, there are things that still need to be done for the victims and their families of that day. This law is one of them. This law ensures that Mr. Winuk is recognized as a hero by New York State. This is not about benefits, it is about honoring a hero who gave his life on one of the darkest days in American History," said Senator Marcellino.

Glenn Winuk died on September 11, 2001 while participating in the rescue efforts at the World Trade Center. Glenn served the Jericho Volunteer Fire Department for over 19 years as a firefighter and Emergency Medical Technician. On the day of the attacks he ran from his Manhattan law office to Ground Zero, explained his experience and expertise and was outfitted with a mask, gloves and a medical bag and bravely went to work to help victims in the South Tower. Glenn was killed when the South Tower fell. His remains were found six months later, medical bag at his side, and his protective gear still on his hands and face.

"At the time of his death, Glenn was an associate member of the Jericho Volunteer Fire Department and not an active member. Unfortunately, without active duty status, Glenn cannot be properly recognized for his commitment, sacrifice and bravery. The Chief of the Jericho Volunteer Fire Department, the National EMS service, the Twin Towers Fund and the New York City Fire Commissioner all consider Glenn to have been lost in the line of duty, this bill ensures that status for Glenn," said Senator Marcellino.

The bill was carried in the Assembly by Assemblyman Charles Lavine who said, "Today we honor a man who had a heightened sense of responsibility on a day unprecedented in the history of the United States of America. September 11, 2001 Glenn J. Winuk

rose to the occasion bravely going forward, thinking only of those in danger. Reaching the South Tower as one of the first rescuers, he valiantly gave his life to save others."

"Glenn was an accomplished attorney, but his lifelong passion was being a firefighter and EMT," said his brother, Jay S. Winuk. "Whenever danger surfaced, Glenn was readily on the scene, and he had the training and smarts to make a real difference on countless occasions. Glenn's qualifications and the true valor he demonstrated on September 11 deserve official recognition, and our family is grateful to Governor Pataki, Senator Marcellino and Assemblyman Levine for actively stepping forward to ensure Glenn's proper place among those many brave rescuers who gave all in the face of monumental danger and loss."

"Glenn J. Winuk was a true hero and I'm pleased to see a law enacted which ensures his proper recognition. Thanks, in large part, to the effort of Senator Marcellino, Glenn will be forever remembered for his heroic sacrifice in the line of duty. Glenn embodied the highest ideals of America. He paid the ultimate price serving his fellow citizens in their time of need. This law will serve as reminder to all residents of his sacrifice. Glenn spent nearly two decades as a volunteer firefighter/EMT with the Jericho Fire Department. He cared about this country, his friends, the community and everyone with whom he came in contact. This law is an important way of showing how much we cared about him," said Town of Oyster Bay Supervisor John Venditto.