KREINDLER & KREINDLER LLP
100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

Harry E. Kreindler (1919-1984)
Lee S. Kreindler (1949-2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Andrew J. Maloney, III
Daniel O. Rose
Gretchen M. Nelson*
Stuart R. Fraenkel*

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Mark I. Labaton*
Counsel

Susan A. Friery, M.D.♦
Brendan S. Maher
Susan D. Bainnson
Vincent I. Parrett
William O. Angelley
Michael R. Sherwin+
Hilary B. Taylor°

California Office
707 Wilshire Boulevard
Suite 5070
Los Angeles, CA 90017-3613
(213) 622-6469
Fax: (213) 622-6019

*Admitted in CA only
♦Admitted in MA & DC only
+Admitted in OH only
°Admitted in CA & LA only

January 12, 2006

<u>**Via Federal Express**</u>
Hope D. Janke
Director, Public Safety Officers' Benefits Office
U.S. Department of Justice
Office of Justice Programs
Bureau of Justice Assistance
Washington, DC 20531

**Re: Glenn J. Winuk; PSOB Claim No. 01-911-414**
**Review by the BJA Director**

Dear Ms. Janke:

I am taking this opportunity to write to you in support of the September 10, 2005 decision by hearing examiner Daniel Skoler that found in favor of granting a PSOB award to Glenn Winuk.

Mr. Skoler provided a very detailed analysis and explanation of why the initial denial of this claim should be vacated and I will not repeat all that he has already covered and all that I and the Winuk family have submitted in support.

I would however, like to make a few points that should be highlighted in addition to the very specific facts in Mr. Winuk's case.

Part of any review of any case must take into account those precedents established in cases that have gone before it. Indeed, there are not only several prior cases which liberally evaluate the factual predicates of the PSOB Act, but there are at least three 9/11 cases that bear

an important backdrop. I submitted information regarding three retired New York City firemen who were not on active duty nor associated with a public safety organization. Nonetheless, given their training experience and former affiliation with the FDNY, they volunteered to help during the calamity and paid the ultimate price.

Governor Pataki signed legislation restoring them to "active" status after they were killed and they were granted PSOB Act recognition and awards.

Similarly, due in part to the initial underlying denial in the Winuk case, Governor Pataki and the New York legislature restored Mr. Winuk to "active" status under New York law.

While New York law may not be directly binding on the Federal Government, federal cases usually look to local law for definition and guidance on statutory interpretation. Indeed, the PSOB Act envisions this in deference to the public safety entities that are local by their very nature. The prior PSOB recognition granted to the three retired FDNY firemen, while not binding, is certainly persuasive in evaluating Mr. Winuk's case in a fair and consistent light.

We believe even without the act of the New York legislature and Governor Pataki, Mr. Winuk's case still warrants PSOB Act recognition for many of the reasons stated in Mr. Skoler's September 10, 2005 decision, and those we presented below.

Your cover letter identified the USA Patriot Act and queries whether it has an effect here. It does. If there was any doubt that prior to September 11, 2001 the PSOB Act should be liberally granted, after 9/11 the Patriot Act hammered home the need to honor those who sacrificed their lives for others in the line of duty - particularly in responding to a terrorist attack. The Patriot Act not only encourages a liberal analysis but also mandates that it be done quickly. Our rescue workers are on the front lines of our response to a terrorist attack, some of which may involve multiple strikes that are specifically designed to kill or injure those who respond to the initial attack.

I am happy to discuss this case with you at any time. Please let me know if there is any more specific information you require to affirm Mr. Skoler's opinion.

Very truly yours,

KREINDLER & KREINDLER LLP

By [signature]
Andrew J. Maloney III

AJM/gm
cc: Jay Winuk