KREINDLER & KREINDLER LLP
100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

Harry E. Kreindler (1919-1984)
Lee S. Kreindler (1949-2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Andrew J. Maloney, III
Daniel O. Rose
Gretchen M. Nelson*
Stuart R. Fraenkel*

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Mark I. Labaton*
Counsel

Susan A. Friery, M.D.•
Brendan S. Maher
Susan D. Bainnson
Vincent I. Parrett
William O. Angelley
Michael R. Sherwin+
Hilary B. Taylor°

California Office
707 Wilshire Boulevard
Suite 5070
Los Angeles, CA 90017-3613
(213) 622-6469
Fax: (213) 622-6019

*Admitted in CA only
•Admitted in MA & DC only
+Admitted in OH only
°Admitted in CA & LA only

March 3, 2006

**Via Priority Mail**
Ms. Hope D. Janke, Director
Public Safety Officers' Benefits Office
U.S. Department of Justice
Office of Justice Programs
Bureau of Justice Assistance
Washington, DC 20531

Re: Glenn J. Winuk; PSOB Claim No. 01-911-414

Dear Director Janke:

Enclosed is a color copy of a photograph recently received by the Winuk family from the New York Police Department ("NYPD") and New York City Medical Examiner's Office.

The photograph depicts the EMT bag that was found next to Glenn Winuk's body when his remains were recovered from ground zero several months after the September 11 terrorist attacks. We (and your office) were advised of this when Mr. Winuk's remains were recovered. We did not, however, have a photograph until now.

Mr. Winuk's brother Jay recently found a receipt for his deceased brother's watch and he sent it to the NYPD, who matched the serial number to the watch and other personal effects. (*See* attached article from the *New York Post*, February 2006). It was then that they also provided the enclosed photograph of Glenn's EMT bag. Also enclosed are the documents on the chain of custody for the watch and EMT bag.

We felt the photograph, and its direct link to Glenn, was important for you to have and consider, as it is yet another witness corroborating what Glenn was doing when he was killed and his ID and badge show who he was going it for.

As you know, your office was sent a thorough report by Department of Justice Hearing Examiner, Daniel Skoler, on or about September 10, 2005. Mr. Skolar considered that Glenn Winuk was not only a hero, but that he was acting as an EMT under color of authority for the Jericho Fire Department in his capacity as a trained, qualified and *current* EMT volunteer and was therefore entitled to PSOB recognition and benefits.

Over five months have passed since Mr. Skolar's decision was forwarded to your office. We encourage you to finish your review of that report and other material you feel appropriate, and issue a decision for this very deserving American hero.

If you have any questions or problems, please do not hesitate to call me.

Very truly yours,

KREINDLER & KREINDLER LLP

By [signature]
Andrew J. Maloney, III

AJM/cs
Enclosures

cc: Mr. Jay Winuk

182914
v1