**Janke, Hope D.**

| | |
|---|---|
| **From:** | GMasterson@kreindler.com |
| **nt:** | Wednesday, May 17, 2006 10:49 AM |
| **:** | Janke, Hope D. |
| **ubject:** | Glenn J. Winuk: PSOB Claim No. 01-911-414 |

IR5020_FAX-Excha
nge-05162006-1...

Dear Ms. Janke,

Thank you for leaving your email address and fax number. As I said in my voicemail to you, Andrew Maloney was having a problem sending you the letter on the Winuk matter last evening. I have since learned that he was having a problem with his computer and that was the delay in getting the letter to you.

Thanks again for the information. Attached is the letter Mr. Maloney asked me to forward to you.

Genie Masterson
Assistant to Andrew J. Maloney III
Kreindler & Kreindler LLP
100 Park Avenue
New York, NY 10017
(212) 973-3461

-----Original Message-----
rom: Scanuser
nt: Tuesday, May 16, 2006 5:41 PM
: Genie Masterson
Subject: Scanned document from Scanuser

<<IR5020_FAX-Exchange-05162006-174054.pdf>>

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDERAPPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Kreindler & Kreindler immediately by telephone at 212-687-8181 and delete this message from your system.