# JERICHO Volunteer FIRE DEPARTMENT

Home

ABOUT THE JFD

Fire District
Chiefs
Officers
Apparatus and Stations
Department History
Call Statistics

NEWS & EVENTS

Recent News
Upcoming Events
Recruitment
Fund Drive
Photos

INFORMATION

Fire Prevention
Emergency Phone #'s
Links

424 N. Broadway
Jericho, NY 11753

Non-Emergency #
(516) 931-3546

## Become a Firefighter or Medical Technician.



We are always looking for new members to join our growing family!

The Jericho Fire Department will provide you with training, with equipment and with the unparalleled satisfaction of knowing you have participated in saving lives.

The experience you gain as a JFD team member will benefit you, your family, your friends, your neighbors, your co-workers, for the rest of your life.

Emergency Medical Technician is a state certification course that teaches the members the basics of life support techniques. Volunteers learn how to take vital signs, properly stabilize patients and treat traumatic injuries as part of the curriculum. Members wishing to be EMS-Only volunteers need not become fireifghters..

**Basic Requirements:**

- You must be at least 18 years of age.
- You must be in relatively good physical health.
- You must have no prior arson arrests or convictions as well as no felony convictions.
- You must pass a full medical examination provided at no cost to you.
- You must pass an extensive background investigation.



Making a commitment to serve as a volunteer firefighter and/or emergency medical technician is not a decision to be taken lightly. Once you understand what is involved, we hope you will find that you are able to make the commitment necessary to contribute to

In C
EME
(516) 9