KREINDLER & KREINDLER LLP
100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

Harry E. Kreindler (1919-1984)
Lee S. Kreindler (1949-2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Andrew J. Maloney, III
Daniel O. Rose
Gretchen M. Nelson*
Stuart R. Fraenkel*

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Mark I. Labaton*
Counsel

Susan A. Friery, M.D.♦
Brendan S. Maher
Susan D. Bainnson
Vincent I. Parrett
William O. Angelley
Michael R. Sherwin+
Hilary B. Taylor°

California Office
707 Wilshire Boulevard
Suite 5070
Los Angeles, CA 90017-3613
(213) 622-6469
Fax: (213) 622-6019

*Admitted in CA only
♦Admitted in MA & DC only
+Admitted in OH only
°Admitted in CA & LA only

July 7, 2006

**VIA FACSIMILE/E-MAIL**

RECEIVED 7-11-06

Ms. Hope D. Janke, Director
Public Safety Officers' Benefits Office
U.S. Department of Justice
Office of Justice Programs
Bureau of Justice Assistance
Washington, DC 20531

Re: **Glenn J. Winuk; PSOB Claim No. 01-911-414**

Dear Director Janke:

Thank you for forwarding me the June 14, 2006 correspondence from the New York State Department of Health concerning Mr. Winuk.

It is not at all surprising to see that on September 11, 2001, Mr. Winuk was not current as an EMT Basic, Level Two Responder, as he was for at least 6 years in the 1980s. Level Two required a significant amount of training and was necessary, pursuant to State law, for him to be attached to an ambulance crew. In the 1990s, Glenn cut back some on his training and number of hours on call to meet the demands at his law firm in Manhattan.

The New York State Department of Health has a State Emergency Medical Services Code (submitted as Exhibit 7 in the hearing before DOJ Examiner Dan Skoler). That Code describes all five (5) EMS levels, starting with Level One - the Certified First Responder ("CFR"). Level One is the easiest certification level to obtain and maintain. It provides for training and

RECEIVED 7-11-06

proficiency in patient assessment and vital signs; cardiopulmonary resuscitation ("CPR"); basic airway management and oxygen therapy; basic hemorrhage control; spine stabilization and emergency childbirth.

The State of New York offers courses and corresponding certifications for all five levels in the EMS system. There are, however, several other organizations that offer training courses and certifications for Level One - First Responders, *i.e.*, American Red Cross, American Heart Association and the National Safety Counsel. These nationally recognized organizations are often the selected training organizations for First Responders - Level One for fire departments rather than the courses given by the State. In order to achieve a higher level certification and work as part of an ambulance crew, a rescue worker would be required to take a State sponsored course, pass the tests and become registered with the State, as Glenn had been at points during the course of his long career as a rescuer and firefighter.

Certified First Responders however, do not typically respond from an ambulance; they respond from a fire truck, a personal vehicle or, as in Glenn's case, on foot.

Glenn received training from the American Heart Association and was current on September 11, 2001 for CPR and basic first aid similar to the CFR Level One criteria, but not registered with the State of New York Department of Heath, nor was he required to be.

It is no coincidence that Glenn received his most recent training from a certified instructor who was also a member of the Jericho Fire Department, Joe Mlynarczyk. Mr. Mlynarczyk also taught the course at the Jericho Fire House. In fact, Glenn successfully recruited Mr. Mlynarczyk to provide the formal training at his law office so that some of his colleagues could participate and learn (*See Exhibits 5 and 6 to Skoler hearing)*.

Accordingly, the June 14 letter from the Department of Health is irrelevant, except to prove that at one time, Glenn had the higher certification necessary to be attached to an ambulance crew and perform expanded triage techniques. There is no dispute that Glenn was current and certified[1] by a nationally recognized first aid-CPR organization and qualified to perform limited triage duties at the World Trade Center on the morning of September 11, 2001.

In viewing and examining licensing, certifications, active versus associate status, the Federal Government is <u>required</u> to look to State law for its meaning and application. In doing so

---

1 Notwithstanding the 2005 New York State legislation making Glenn Winuk an "active" member of the Jericho Fire Department on September 11, 2001.

here, the Justice Department need only review the New York State legislation passed and signed into law by Governor Pataki specific to Glenn making him an "active" rescue worker who died in the line of duty representing the Jericho Fire Department on September 11, 2001.

Please advise us of the legal authority that entitles the Justice Department to ignore State law on these substantive issues that necessarily are incorporated by the Federal PSOBA.

Respectfully submitted,

KREINDLER & KREINDLER LLP

By [signature]
Andrew J. Maloney III

AJM/cs

7-11-06

188107
v1