**Janke, Hope D.**

**From:** AMaloney@kreindler.com
**Sent:** Wednesday, July 12, 2006 4:33 PM
**To:** Janke, Hope D.
**Subject:** Glenn Winuk

Hope, after speaking to Joe Mlynarczk who gave Glenn the CPR course shortly before 9/11, I wanted to make a small factual correction in my letter of last week. Mr. Mlynarczk was a member of both the FDNY and the Jericho Fire Dept. at the time he provided the first aid/CPR instruction to Glenn and others, but he did not teach the course at the Jericho Fire House. He taught the course at the Nassau County Fire Training Center nearby. He did however teach the course to Jericho volunteers and volunteer and professional firefighters from all over Nassau County.

I believe this is a distinction without a difference, but upon learning it, I wanted the factual representation to be accurate.

Mr. Mlynarczk also reminded me that Glenn acted as rescue worker on other occasions in the 1990s in responding to calamites in Manhattan, like the subway fire bombing. His assistance was welcomed and appreciated by the FDNY and NYPD and of course at the Avianca plane crash near Cover Neck, NY outside the Jericho District. Some of these external responses were both before and after his membership went from active to associate member.

Mr. Mlnarczk made clear had Glenn arrived on emergency scene in Jericho in his own car or by foot to perform EMS first responder functions, he would have been welcomed as one of them, even as an associate member.

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE