**Janke, Hope D.**

**From:** AMaloney@kreindler.com
**Sent:** Tuesday, June 13, 2006 12:53 PM
**To:** Janke, Hope D.
**Subject:** FW: Firefighters Memorial Wall

Hope, please forward these attached video clips and this e-mail to BJA Director Domingo Herraiz. I attended the ceremony at Ground Zero over the weekend and it was very moving. Several public officials, including Mr. Giuliani asked what is going on with the Dept. of Justice and why have they not recognized Glenn WInuk as a hero and public servant killed in the line of duty on Sept. 11. I have no good answer for them or the Winuk family's disbelief.

I am fully aware of the technical issues involved in the case, and DOJ is fully aware of my response both legally, factually and morally, as well the clear import from Congress that the PSOB statute itself was to be liberally construed. The 9 month holding pattern from DOJ, on top of the 2 year underlying administrative process cannot be defended. If it is DOJ's intent to deny this deserving claim, then it should say so now so that we can then bring the matter to a federal judge. I have done my level best to keep the family from commenting on this issue in the media, but to be honest, I regret giving that advice at this point. I intend to file an action in the federal court here in New York in the near future, but I had hoped it would not be necessary.

Please respond.

Andrew J. Maloney
212-973-3438

http://www.youtube.com/watch?v=scW-SRC2cKs

http://www.youtube.com/watch?v=t9aHYRR6MqU

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF TH