Office of Justice Programs

*Bureau of Justice Assistance*

---

*Washington, D.C. 20531*

Andrew J. Maloney, III
Kreindler & Kreindler, LLP
100 Park Avenue
New York, NY 10017-5590

Re: Glenn J. Winuk; PSOB Claim No. 01-911-415

Dear Mr. Maloney:

As the Director is approaching final conclusion of his determination of this claim, the Office of Justice Programs' Bureau of Justice Assistance (BJA) received the attached memorandum from the State of New York, Department of Health, which was sent in response to an inquiry that I forward to you for comment and response pursuant to 28 C.F.R. § 32.24(h)(1)(ii).

I look forward to your response, if any, within the timeframe indicated in the regulation.

Sincerely,

Hope D. Janke
Director, Public Safety Officers' Benefits Office

Attachment