**Janke, Hope D.**

**From:** AMaloney@kreindler.com
**Sent:** Monday, May 08, 2006 10:04 AM
**To:** Janke, Hope D.
**Subject:** RE: PSOB Appeal: Glenn Winuk

Hope, I read the attached response from Joe Frank the Jericho Fire Dept. attorney, and was quite stunned to see his very cursory and incorrect response to the inquiry by Jason Cooley at the DOJ. He responded the same day he received the letter without a review of the By Laws and NY law. I do not believe he was aware of, let alone reviewed the 11 page decision of hearing examiner Dan Skoler who took several months to review documents and hear testimony that Mr. Frank did not have access to. I will obviously now need to respond with more than a "DOJ has everything it needs" type of response from me today. I hope to send you my response in the next few days.

> -----Original Message-----
> From: Janke, Hope D. [mailto:Hope.D.Janke@usdoj.gov]
> Sent: Friday, May 05, 2006 2:42 PM
> To: Andrew Maloney
> Subject: PSOB Appeal: Glenn Winuk
>
> << File: Letter and Attachments to Attorney Andrew Maloney May 5
> 06.pdf >>

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDERAPPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Kreindler & Kreindler immediately by telephone at 212-687-8181 and delete this message from your system.

**Janke, Hope D.**

| | |
|---|---|
| **From:** | Janke, Hope D. |
| **nt:** | Friday, May 05, 2006 2:42 PM |
| **:** | Andrew J. Maloney III (amaloney@kreindler.com) |
| **Subject:** | PSOB Appeal: Glenn Winuk |

Letter and
ttachments to Atto..