U.S. Department of Justice

Office of Justice Programs

*Bureau of Justice Assistance*

*Washington, D.C. 20531*

Andrew J. Maloney, III
Kreindler & Kreindler, LLP
100 Park Avenue
New York, NY 10017-5590

Re: Glenn J. Winuk; PSOB Claim No. 01-911-415

Dear Mr. Maloney:

Thank you for your letter of January 12, 2006, in support of the hearing officer's decision in favor of Mr. and Mrs. Winuk's claim, and your March 3, 2006, submission. The Public Safety Officers' Benefits (PSOB) Office has received information from Mr. Joseph Frank, whose law firm serves as the general counsel to the Board of Fire Commissioners of the Jericho Fire Department. I have attached Mr. Frank's correspondence to us, as well as the letter to which it responded. I invite you to comment on this correspondence and supply any additional information that you consider relevant to the Bureau of Justice Assistance Director's review of this case. Please submit your response to my attention within 30 days.

Should you have any questions about this case, please do not hesitate to contact Felicia Logan-Epps, PSOB Appeals Specialist, at (202) 514-9513 or toll free at (888) 744-6513.

Sincerely,

Hope D. Janke
Director, Public Safety Officers' Benefits Office

Attachments