U.S. Department of Justice

Office of Justice Programs

*Bureau of Justice Assistance*

*Washington, D.C. 20531*

DEC 16 2005

Andrew J. Maloney, III
Kreindler & Kreindler, LLP
100 Park Avenue
New York, NY 10017-5590

Re: Glenn J. Winuk; PSOB Claim No. 01-911-415
Review by the BJA Director

Dear Mr. Maloney:

Pursuant to 28 C.F.R. § 32.24(h) of the Public Safety Officers' Benefits (PSOB) Act's implementing regulations, the Director of the Bureau of Justice Assistance (BJA) has decided to review the hearing officer's decision approving the claim of Mr. and Mrs. Seymour Winuk. The hearing officer's decision is attached hereto.

In conducting his review, the Director will examine the entire record, which includes the initial claim file and all evidence presented to the hearing officer, and will be soliciting additional factual and legal information related to the two legal issues presented by this claim: (1) whether a USA PATRIOT Act certification has been made on behalf of Glenn Winuk, and (2) whether his tragic death was sustained in the line of duty as a member of the Jericho Fire Department. If you would like to submit additional evidence related to either of these issues or argument as to why the Director should affirm the hearing officer's determination you must do so within thirty days from the date of this letter.

Consistent with the PSOB regulations, the Director will issue the Agency's final determination. See 28 C.F.R. 32.24(h) (2). You will be notified of that decision in writing.

For additional information, please contact Felicia Logan-Epps, PSOB Appeals Specialist, at (202) 514-9513 or toll free at (888) 744-6513.

Sincerely,

Hope D. Janke
Director, Public Safety Officers' Benefits Office