**Janke, Hope D.**

| | |
|---|---|
| **From:** | AMaloney@kreindler.com |
| **Sent:** | Wednesday, August 16, 2006 6:08 PM |
| **To:** | Janke, Hope D. |
| **Subject:** | Glenn Winuk |

IR5020_FAX-Excha
nge-08162006-1...

Hope, I have attached an article in yesterday's NY Daily News about Glenn Winuk's PSOB appeal, as I did not want you or anyone else at DOJ to be blind sided. His case continues to garner support and dis-belief at DOJ's BJA delays.

I was at a press conference earlier today where Jay Winuk spoke about a program he and others are working on called "my Good Deed" encouraging volunteer community service for at least one day on or around Sept. 11 every year to honor the American spirit that rose from the 9/11 ashes. Senator Clinton was there and spoke as did Rep. Peter King, and both were very interested in Glenn's case. I do not know what, if at all, the White House knows about this case, but that will be the next stop.

On my end, as soon as I have a free moment, I plan to file a special proceeding with the Court of Claims to mandamus the DOJ-BJA to act or in the alternative, make a decision de novo since DOJ has failed to act.

I appreciate all your help thus far, and wanted you to have the benefit of knowing where we are heading from here.

Andrew J. Maloney
12-687-8181
<<IR5020_FAX-Exchange-08162006-175454.pdf>>

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDERAPPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Kreindler & Kreindler immediately by telephone at 212-687-8181 and delete this message from your system.