New York Daily News - http://www.nydailynews.com

**Sacrifice denied**
BY ERNIE NASPRETTO
DAILY NEWS POLICE BUREAU
Wednesday, August 16th, 2006

Amid all the elation surrounding Gov. Pataki's decision to sign three bills aimed at covering the health costs of 9/11 responders, Glenn Winuk's family still feels abandoned.

Winuk, 40, was a partner at the Holland & Knight law firm about a block from the World Trade Center.

A 19-year volunteer firefighter, he ran from his office at Broadway and John St. to assist in the rescue effort after the hijacked passenger jets exploded into the twin towers.

But nearly five years later, the U.S. Justice Department still has not acknowledged his volunteer status with the Jericho, L.I., fire department - depriving his parents of about $250,000 in benefits.

"My brother was as much a hero as any first responder that day," said Glenn's older brother Jay Winuk, 48.

"My brother was a very successful lawyer who grabbed a medic bag and literally ran from his Broadway office to the World Trade Center to help injured people. They found his body the following March with that medic bag by his side."

Rep. Peter King, former Mayor Rudy Giuliani and former FDNY Commissioner Thomas Von Essen all have acknowledged Winuk's heroic sacrifice.

King (R-L.I.) said yesterday the Justice Department's inaction "defies common sense."

"Very simply, Glenn Winuk is a hero and his bravery deserves to be recognized," said King, who has written two letters on Winuk's behalf to Attorney General Alberto Gonzales.

Winuk was single and had no children. Any federal compensation would go to his parents, Elaine and Seymour, who are in their mid-70s, his brother said.

But more important, Jay Winuk said, the Justice Department's acknowledgment of his brother's courageous actions "would bring national recognition for my brother."

A Justice Department spokesman said only, "We don't comment on pending legal matters."

The Jericho Fire Department's board of commissioners say there is no doubt surrounding Glenn Winuk's status as a volunteer member.

"Glenn Winuk should be recognized by all as having been lost in the line of duty while acting as a rescuer representing the Jericho Fire Department," the board said in a statement.

Pataki agrees Winuk is deserving of recognition. A year ago, the governor signed a bill stating Winuk "was an active member of the Jericho Fire Department" and his family "shall be eligible for all benefits."

The laws signed Monday by Pataki provide full line-of-duty death benefits to surviving family members of 9/11 rescuers and allow Ground Zero workers covered by workers' compensation to reapply despite an expired two-year deadline.

The legislation also permits workers who retired with regular city pensions to reapply for an "accident disability" pension, boosting their benefits.

The signing followed a series of Daily News editorials highlighting the steep barriers often facing 9/11 rescuers in search of medical care.

In June, an FDNY memorial wall at Engine 10/Ladder 10 near Ground Zero was unveiled by Winuk's law firm. The bas-relief wall lists the 343 members of the FDNY killed on 9/11. A separate plaque commemorates Winuk's sacrifice.

"My brother was a true American hero," Jay Winuk said. "The U.S. Department of Justice adds unimaginable pain to our family's loss."