**Janke, Hope D.**

**From:** AMaloney@kreindler.com
**Sent:** Thursday, August 17, 2006 9:47 AM
**To:** Janke, Hope D.
**Subject:** FW: AP story re: yesterday's press conference

"My Good Deed"

August 16, 2006 - A non-profit group is urging Americans to mark September 11 with volunteer work.

NEW YORK (AP) - Americans could consider marking the fifth anniversary of the 2001 terror attacks by doing good deeds. The nonprofit group, One Day's Pay, today began its annual campaign to link a day of service with the anniversary of the attacks, which killed nearly 3000 people.

The group has launched a Web site, myGoodDeed.org, where people may pledge to perform charitable acts and get lists of worthy causes. Ads promoting the program will run on TV and on Web sites on AOL and MySpace.com.

One Day's Pay announced its efforts on the day that New York officials released more than 16-hundred recordings of dispatchers fielding calls from the World Trade Center.

One Day's Pay president David Paine asked "Which way are we going to remember 9/11?" Group co-founder Jay Winuk, whose brother died at the World Trade Center, said the anniversary of 9-11 shouldn't be about despair.

Two New York politicians, U.S. Senator Hillary Clinton and Congressman Peter King, offered their support to the campaign at a news conference in Manhattan. King said volunteering is a "positive" way to honor the dead. Clinton said she's considering what her good deed will be on September 11 but is considering something that will benefit children.

On the Net: One Day's Pay: http://www.mygooddeed.org/

Copyright 2006 by The Associated Press. All Rights Reserved

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDERAPPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Kreindler & Kreindler immediately by telephone at 212-687-8181 and delete this message from your system.