HILLARY RODHAM CLINTON
NEW YORK
SENATOR

RUSSELL SENATE OFFICE BUILDING
SUITE 476
WASHINGTON, DC 20510-3204
202-224-4451

COMMITTEES:
ARMED SERVICES
ENVIRONMENT AND PUBLIC WORKS
HEALTH, EDUCATION, LABOR, AND PENSIONS
SPECIAL COMMITTEE ON AGING

# United States Senate

WASHINGTON, DC 20510-3204

August 16, 2006

The Honorable Alberto R. Gonzales
Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20503

Dear Mr. Attorney General:

I write to ask that the Department of Justice (DOJ) act without any further delay and find that Glenn J. Winuk is eligible for the Public Safety Officer's Benefit (PSOB). Glenn, who was a decorated volunteer firefighter and Emergency Medical Technician (EMT) with the Jericho volunteer fire department for 19 years, has yet to be recognized by the DOJ for heroically giving his life in the line of duty during the September 11, 2001 terrorist attacks.

As has been reported to you, Glenn rushed to assist in the evacuation of the World Trade Center towers in the immediate aftermath of the attacks. After identifying himself as a rescue professional, Glenn borrowed a mask, gloves, and a medic bag in order to aid in the rescue and evacuation mission. He died courageously when the South Tower fell, his medic bag by his side.

Despite an initial finding by the DOJ in 2004 that Glenn would receive PSOB recognition; the DOJ later denied the Winuk family's application, citing Glenn's status as an associate member in his fire department at the time of his death. To bolster the Winuks' PSOB application, the Board of Commissioners of the Jericho Fire District, where Glenn served the community for almost 20 years as a firefighter and EMT and was himself a former commissioner, formally certified Glenn for PSOB recognition in a letter submitted to the DOJ on April 7, 2005.

Furthermore, on August 2, 2005, Governor George Pataki signed into law a bill passed unanimously by the New York State Legislature, stating that Glenn "shall be deemed to have been an active member of the Jericho volunteer fire department at the time of his death with full active employment status, and the family of Glenn J. Winuk shall be eligible for all benefits, commendations, awards, or any other right or privilege as any other active member of the Jericho volunteer fire department with full active employment status."

In April 2005, Glenn's family presented its case in a formal appeal hearing before a DOJ-appointed hearing officer in New York City. In September 2005, that hearing officer ruled in the Winuk family's favor, recommending to the DOJ that Glenn be recognized as a public safety officer lost in the line of duty. Eleven months have since passed, and the DOJ has neither made a formal ruling nor indicated when one is forthcoming.

PRINTED ON RECYCLED PAPER

The Winuk family deserves a favorable and timely answer from the DOJ on Glenn's PSOB application. Recognition of Glenn's heroism is long overdue, and it is my hope that the DOJ will see fit to award Glenn the same status as the other brave men and women who also sacrificed their lives for others on that tragic day.

Sincerely yours,

Hillary Rodham Clinton

Hillary Rodham Clinton