## Janke, Hope D.

**From:** AMaloney@kreindler.com
**Sent:** Thursday, August 17, 2006 7:14 PM
**o:** Janke, Hope D.
**Subject:** FW: Peter King letter to DOJ

**Importance:** High

GWinuk.pdf (225 KB)

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDERAPPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Kreindler & Kreindler immediately by telephone at 212-687-8181 and delete this message from your system.