**Intentionally left blank**