ROBERT BIANCANELLO
Chairman

DAVE MUNAFO
Vice Chairman

LAWRENCE E. BACHTELER, Jr.

MICHAEL J. MILNER

DAVID J. MARMANN

**JERICHO FIRE DISTRICT**
424 NORTH BROADWAY
JERICHO, NEW YORK 11753-2105
(516) 931-3546 Fax: 931-2385

BETTY SIMON
Treasurer

MARGE BLAIS
District Secretary

JOHN J. O'BRIEN
District Supervisor

April 7, 2005

Daniel L. Skoler
PSOB Hearing Officer
7036 Buxton Terrace
W. Bethesda, MD 20817

Re: Glenn Winuk

Dear Mr. Skoler:

Pursuant to P.L. 107-37, signed by the President on September 18, 2001, to provide for the expedited payment of certain benefits for a public safety officer who died as a direct and proximate result of a traumatic injury sustained in the line of duty as described in Section 1201(a) of the Omnibus Crime Control and Safe Streets Act of 1968 (42 U.S.C. 3796(A)) in connection with the terrorist attacks of September 11, 2001, I am hereby certifying that Glenn Winuk should be considered to have been a public safety officer killed in the line of duty, and his death resulted from traumatic injuries.

At the time of his death, Glenn was an associate member of the Jericho Fire Department, and prior to that had been an active member of the Jericho Fire Department for 19 years. Although his status changed from active member to associate member due to his residence outside the district and annual requirements to maintain his certification to enter a dwelling and fight a structure fire, he was also a state certified EMT. Glenn was able to utilize his EMT skills and experience to render first aid and life stabilization techniques to save people's lives both in Jericho and in New York State. Indeed, we are informed that Glenn was seen running towards the WTC to assist injured persons on the morning of September 11, 2001. We were further informed that his body was recovered from the lobby of the South Tower, a location that was accessible to only rescue workers and injured building occupants (most occupants on floors below the aircraft impact level had already cleared the building). We were further informed that Glenn was found with EMT gloves, stethoscope and first responder's kit.

I can tell you that these accounts remind us of the man that Glenn was and that his spirit lives on in the ranks of the Jericho Fire Department.

We are informed that Glenn continued to maintain his active status as an EMT by participating in the required refresher courses on a bi-annual basis, and was current at the time of

PENGAD 800-631-6989 PLAINTIFF'S EXHIBIT NO. 2 FOR IDENTIFICATION DATE: 4/14/05 RPTR: NS

his death. At his death he was a member of our public service entity in this associate status.

We have reviewed the letter of Thomas Von Essen (who was the New York City Fire Commissioner at the time of this great tragedy) dated October 21, 2004, and it is clear to us that he would have deputized Glenn to act had he been in his presence. We are confident that New York City public safety officers welcomed Glenn's assistance on that fateful day.

Congressman Peter King has shown his support for Glenn by his letter of March 25, 2005 to the Attorney General and a bill has been entered in the New York State Senate in order to have Glenn declared to have been an active public safety officer killed in the line of duty on September 11, 2001.

We would also submit that the Justice Department approved recognition of and payment of PSOB to the families of retired New York City firefighters who died assisting at this tragedy. We do not understand how you can fail to recognize Glenn's contribution and sacrifice when other non-active personnel assisting at the scene were recognized.

We urge you to reconsider the application for recognition of Glenn's contribution. He did not think twice when offered the choice of retreating to safety or risking everything to help his injured neighbors. Our country was created from a volunteer tradition, and it lives on in the memory of Glenn's accomplishments and sacrifice.

Please coordinate with our District legal counsel, Joseph F. Frank, Esq. at (516) 798-1043, for matters relating to this process.

Very truly yours,

Robert Biancanello
Chairman
Board of Fire Commissioners

BOARD OF FIRE COMMISSIONERS
JERICHO FIRE DISTRICT
424 NORTH BROADWAY
JERICHO, N.Y. 11753-2105

MR. A. MALONEY, Esq.
c/o KREINDLER & KREINDLER
100 PARK AVE.
MANHATTAN, N.Y.
10017