

PLAINTIFF'S
EXHIBIT NO. 3
FOR IDENTIFICATION
4/14/05
DATE: RPTR: NS
PENGAD 800-631-6989






237