Affidavit of Joseph Sanders of the EMS-FDNY
Regarding the Recovery of the Body of Glenn Winuk

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

I, Joseph Sanders, being duly sworn under the penalty of perjury, state as follows:

1. I became a Paramedic working for the City of New York in 1992. EMS became part of the FDNY in 1996 and I now serve as Paramedic/Lieutenant for FDNY. In the days, weeks and months after the terrorist attack on the World Trade Center on September 11, 2001, I participated in the rescue and recovery efforts at what came to be known as Ground Zero.

2. After several months of working in the recovery operation which included removal of human remains, I was present in or about March 2002, when a body identified as that of Glenn Winuk was found. His body was located in the area that we determined to be the original lobby of the South Tower, which at the time of the collapse, was being used as a staging area for rescue operations and emergency medical treatment of injured and deceased building tenants. The lobby of Tower Two was quickly secured not long after the planes hit and it is highly unlikely that Mr. Winuk would have been granted access unless it was officially determined by emergency officials or emergency medical care on the scene that he was a qualified rescue worker. Given the massive attack that had taken place, the City of New York needed all the help it could get, particularly from those who were trained in rescue operations or emergency medical care. Indeed, several other rescue workers' bodies were recovered from this same location.

3. I observed Mr. Winuk's body when it was found and saw that he had surgical gloves on, consistent with those worn by qualified rescuers and EMTs, and to the best of my

PENGAD 800-631-6989 PLAINTIFF'S EXHIBIT NO. 4 FOR IDENTIFICATION DATE: 4/14/05 RPTR: NS

recollection, he was wearing or holding a stethoscope. Beside him was a medical bag that is commonly used by first responder emergency medical technicians. It was evident to me and those firefighters with me, that Mr. Winuk was in the process of rendering first aid at the time the building collapsed. We pulled his wallet from his pants pocket and his credentials identified him as Glenn Winuk. Though I do not recall specifically which of his rescue credentials we pulled from his wallet at the moment we found him, it was later confirmed that his wallet did contain a photo id card that identified him as a member of the Jericho Fire Department. I called a contact at the Jericho Fire Department from the scene and he confirmed that Glenn had been missing since September 11, 2001. I told him that we had found Glenn's remains.

4. Pursuant to our custom and practice for fallen rescue workers and public safety officers, we covered Mr. Winuk's body with an American flag and carried him out of the Ground Zero pit as the other FDNY personnel and EMTs on the scene stood at formal attention. The flag was later sent to the Winuk family as a symbolic gesture to recognize Mr. Winuk's heroic actions in dying in the line of duty in an effort to save others. I witnessed and participated in a ceremony at which Mr. Winuk was later officially honored as a public safety officer who died in the line of duty representing the Jericho Fire Department at the National EMS Memorial Service in Roanoke, VA.

Joseph Sanders Lieutenant - FDNY

Sworn to before me this
6th day of April, 2005.

Notary Public

ANDREW J. MALONEY
NOTARY PUBLIC, State of New YORK
No. 31-4953934
Qualified in New York County
Commission Expires October 6, 05