April 5, 2005

To Whom It May Concern:

This is to verify that on November 3, 1999, an American Heart Association CPR course was conducted at the offices of Holland & Knight LLP, 195 Broadway, New York, New York.

Among the attendees of this course was Mr. Glenn J. Winuk. Upon completion of this course, Mr. Winuk was issued an American Heart Association Card . That card number was 1064. That card would expire on 11/30/01.

At that time, I was an American Heart Association Instructor (Instructor ID 159). The course was given in full and it was successfully completed by Mr. Glenn J. Winuk.

Should you have any questions about the above mentioned course, or Mr. Winuk, please feel free to contact me at your earliest convenience.

Joe Mlynarczyk

(904)287-5594

PENGAD 8... PLAINTIFF'S EXHIBIT NO. 5 FOR IDENTIFICATION DATE: 4/14/05 RPTR: NS

NON9924 11/18/99

| Course Number | Student L Nam | Student F Nam | Card Num | Course Date | Course Expi | LeadFNa | LeadLName | Lead ID |
|---|---|---|---|---|---|---|---|---|
| NON9924 | Favuzza | Maria | 1051 | 11/ 1/99 | 11/30/01 | Joe | Mlynarczyk | 159 |
| NON9924 | Friedman | Marjorie | 1052 | 11/ 1/99 | 11/30/01 | Joe | Mlynarczyk | 159 |
| NON9924 | Marvet | Kenneth | 1054 | 11/ 1/99 | 11/30/01 | Joe | Mlynarczyk | 159 |
| NON9924 | Morales | Cecilia | 1049 | 11/ 1/99 | 11/30/01 | Joe | Mlynarczyk | 159 |
| NON9924 | Saskor | Ludwig | 1053 | 11/ 1/99 | 11/30/01 | Joe | Mlynarczyk | 159 |
| NON9924 | Weimer | Joanne | 1050 | 11/ 1/99 | 11/30/01 | Joe | Mlynarczyk | 159 |

NON9925 11/18/99

| Course Number | Student L Nam | Student F Nam | Card Num | Course Date | Course Expirat | LeadFName | LeadLName | Lead ID |
|---|---|---|---|---|---|---|---|---|
| NON9925 | Brown | William | 1060 | 11/ 2/99 | 11/30/01 | Joe | Mlynarczyk | 159 |
| NON9925 | Cowan | Jennifer | 1055 | 11/ 2/99 | 11/30/01 | Joe | Mlynarczyk | 159 |
| NON9925 | Doucet | Dorothy | 1058 | 11/ 2/99 | 11/30/01 | Joe | Mlynarczyk | 159 |
| NON9925 | Feldman | Yael | 1057 | 11/ 2/99 | 11/30/01 | Joe | Mlynarczyk | 159 |
| NON9925 | Ribaudo | Maria | 1056 | 11/ 2/99 | 11/30/01 | Joe | Mlynarczyk | 159 |
| NON9925 | Sayed | Fazl | 1059 | 11/ 2/99 | 11/30/01 | Joe | Mlynarczyk | 159 |

NON9926 11/18/99

| Course Number | Student L Nam | Student F Nam | Card Num | Course Date | Course Expirat | LeadFName | LeadLName | Lead ID |
|---|---|---|---|---|---|---|---|---|
| NON9926 | Alimenti | Rick | 1063 | 11/ 3/99 | 11/30/01 | Joe | Mlynarczyk | 159 |
| NON9926 | Cole | Liz | 1065 | 11/ 3/99 | 11/30/01 | Joe | Mlynarczyk | 159 |
| NON9926 | Vargas | Gina | 1062 | 11/ 3/99 | 11/30/01 | Joe | Mlynarczyk | 159 |
| NON9926 | Winuk | Glenn | 1064 | 11/ 3/99 | 11/30/01 | Joe | Mlynarczyk | 159 |
| NON9926 | Wong | Bessie | 1061 | 11/ 3/99 | 11/30/01 | Joe | Mlynarczyk | 159 |

$1,000 for 16 people

1999

| Name | Soc. Sec # |
| --- | --- |
| Cecilia Morales | [redacted] |
| Jo Ann Weimer | [redacted] |
| Maria Favuzza | [redacted] |
| (marjorie) Kitty Northrop Friedman | [redacted] |
| LUDWIG SASKOR | [redacted] |
| Kenneth W. MARVET | [redacted] |
| Jennifer Cowan | [redacted] |
| Maria Ribaudo | [redacted] |
| Yoel Feldman | [redacted] |
| Dorothy Doucet | [redacted] |
| FAZL SYED | [redacted] |
| WILLIAM C. BROWN | [redacted] |
| Bessie Wong | [redacted] |
| GINA VARGAS. | [redacted] |
| Rick Alinouti | [redacted] |
| Glenn J. Winuk | [redacted] |
| Liz Cole | [redacted] |

Nov. 1st

2ND

3rd

ADDRESS: 195 Broadway NY NY

(917) 848-3465

PLACE: HOLLAND + KNIGHT LLP

718 398.8038

Linda LaMagna
Office Manager

~~718 463 5314~~

D - West 757-1635
J - 679-9028
P - 772-6097
C-R 718-893-0238
818-7644

Ike Goldstein@aol.com

| | |
|---|---|
| Name of AHA Region | NEW YORK CITY |
| Name of Community Training Center | FDNYBOT |
| Training Site Name | Joe Mlynarczyk |
| Instructor's Name | 159 |
| Holder's Signature | |

©1997 American Heart Association 70-0209