# HEARTSAVER PLUS

American Heart Association®
Fighting Heart Disease and Stroke

## Glenn Winuk

has successfully completed the national cognitive and skills evaluations in accordance with the curriculum of the American Heart Association for the Heartsaver Plus Program.

11/3/99 1064 11/30/01

Issue Date Recommended Renewal Date

PLAINTIFF'S EXHIBIT NO. 6 FOR IDENTIFICATION
DATE: 4/14/05 RPTR: NS
PENGAD 800-631-6989