New York State Department of Health
Emergency Medical Services (EMS)

Chapter VI of Title 10 (HEALTH)
of the
Official Compilation of Codes, Rules and Regulations

# STATE EMERGENCY MEDICAL SERVICES CODE

## PART 800

## EMERGENCY MEDICAL SERVICES

**Latest amendments:**
**800.15 regarding AED became effective October 19, 1994**
**800.21 regarding ambulance service policies and reporting**

**became effective November 30, 1994**
**800.20 regarding course curricula, effective July 15, 1998**

**Statutory Authority: Public Health Law, Article 30**

**NEW YORK STATE DEPARTMENT OF HEALTH**
**Emergency Medical Services Program**
**433 River Street**
**Hedley Building, Suite 303**
**Troy, New York 12180-2299**
**Printed - (8/98)**

CHAPTER VI TITLE 10 (HEALTH)

STATE EMERGENCY MEDICAL SERVICES CODE

PART 800

PENGAD 800-631-6989 PLAINTIFF'S EXHIBIT NO. 7 FOR IDENTIFICATION DATE: 4/14/05 RPTR: NS

(a) file a completed application bearing the applicant's original signature in ink with the department on a form provided by the department;

(b) be at least 18 years of age prior to the last day of the month in which he/she is scheduled to take the written certification examination, except that a certified first responder must be at least 16 years of age prior to the last day of the month scheduled to take the written certification examination;

(c) satisfactorily complete the requirements of a state-approved course in emergency medical technology given by a state-approved course sponsor at one of the following levels for which certification is available:

  (1) certified first responder (CFR);
  (2) emergency medical technician-basic (EMT);
  (3) emergency medical technician-defibrillation (EMT-D);
  (4) emergency medical technician-intermediate (EMT-I);
  (5) emergency medical technician-critical care (EMT-CC);
  (6) emergency medical technician-paramedic (EMT-P);
  (7) certified laboratory instructor (CLI); or
  (8) certified instructor coordinator (CIC).

(d) after completion of all course requirements, but within one year thereafter, pass the state practical skills examination, if applicable, for the level at which certification is sought;

(e) within one year after passing the practical skills examination, pass the state written certification examination for the level at which certification is sought except at the certified instructor coordinator level and certified lab instructor level; and

(f) not have any convictions for a crime or crimes related to murder, manslaughter, assault, sexual abuse, theft, robbery, drug abuse, or sale of drugs or currently be under charges for such a crime, unless the department finds that such conviction or charges do not demonstrate a present risk or danger to patients.

## 800.7 REEXAMINATIONS - APPLICANTS FOR INITIAL CERTIFICATION

(a) Candidates who have failed the practical skills examination must complete a refresher or an original certification course for the level of certification sought prior to being admitted to another practical skills examination at the same level of certification. Such candidates may be admitted once to a practical skills examination at a lower level of certification within one year after the last attempt at the level originally sought.

(b) Candidates who have failed the written certification exam after two attempts must complete a refresher or original certification course at the appropriate level prior to being admitted to another written certification exam at the same level of certification. Such candidates may be admitted once to a written certification examination at a lower level of certification, within one year after the last attempt at the level originally sought.

## 800.8 RECERTIFICATION REQUIREMENTS

To qualify for recertification, an applicant shall:

(a) file a completed application bearing the applicant's original signature in ink with the department on a form provided by the department;

(b) possess New York State certification at or above the level at which recertification is sought except as provided in section 800.18 of these regulations;
(c) pass the State practical skills examination for the level at which recertification is sought;
(d) within one year after passing the practical skills examination, pass the state written certification examination for the level at which certification is sought; and
(e) not have any convictions for any crime or crimes related to murder, manslaughter, assault, sexual abuse, theft, robbery, drug abuse, or sale of drugs or currently be under charges for such a crime, unless the department finds that such conviction or charges do not demonstrate a present risk or danger to patients.

## 800.9 CONTINUING EDUCATION

Candidates for recertification may complete a New York State approved original or refresher course at the appropriate level or engage in continuing education activities in order to maintain their knowledge and skills prior to admission to the practical and written certification examinations.

## 800.10 REEXAMINATIONS - APPLICANTS FOR RECERTIFICATION

(a) Candidates who have failed the practical skills examination must complete a refresher or original certification course for the level of certification sought prior to being admitted to another practical skills examination at the same level of certification. Such candidates may be admitted once to a practical skills examination at a lower level of certification within one year after the last attempt at the level of certification originally sought.
(b) Candidates who have failed the written certification exam after two attempts must complete a refresher or original certification course for the level of certification sought prior to being admitted to another written certification exam at the same level of certification. Such candidates may be admitted once to a written certification examination at a lower level of certification within one year after the last attempt at the level of certification initially sought.

## 800.11 ADVANCED EMERGENCY MEDICAL TECHNICIAN CERTIFICATION

(a) A candidate, to qualify for initial certification at any level above emergency medicaltechnician-defibrillation, in addition to meeting the requirements set forth in section 800.6, shall:

(1) have current certification as an emergency medical technician-basic at the time of the written certification examination; and
(2) submit documentation of satisfactory completion of an internship approved by the course sponsor for any course for which an internship is described in the curriculum.

(b) No person certified pursuant to these regulations or required to be certified (see Article 30 of the Public Health Law) shall practice above the level of emergency medical technician-basic except as part of an advanced life support system.

## 800.12 RECIPROCAL CERTIFICATION REQUIREMENTS

(2) under medical control; and
(3) when authorized by and serving with an agency providing emergency medical services which has been approved by the regional emergency medical advisory committee to provide AED level care within the EMS system; and
(4) after completing AED training which meets or exceeds the state minimum AED curriculum.

## 800.16 SUSPENSION OR REVOCATION OF CERTIFICATION

Any certification issued pursuant to this Part may be suspended for a fixed period, revoked or annulled, or the certificate holder may be censured, reprimanded, or fined in accordance with section 12 of the Public Health Law, after a hearing conducted pursuant to section 12-a of the Public Health Law, the department determines that the certificate holder:

(a) has failed to comply with the requirements of section 800.15 of this Part;
(b) has been found guilty of either fraud, deceit, incompetence, patient abuse, theft, or dishonesty in the performance of the certificant's duties and practice;
(c) has been found guilty of fraud or deceit in the procuring of certification;
(d) has been convicted of any crime or crimes related to murder, manslaughter, assault, sexual abuse, theft, robbery, drug abuse or sale of drugs unless the department finds that such conviction or charges do not demonstrate a present risk or danger to patients;
(e) has provided patient care or driven an ambulance or other emergency medical services response vehicle while under the influence of alcohol or any other drug affecting physical coordination or intellectual functions;
(f) has knowingly aided or abetted another in practice as an emergency medical technician who is not certified as such; or
(g) has held him or herself out as being certified at a higher level than actually certified, or has used skills restricted to individuals holding a higher level of certification.

## 800.17 PERIOD OF CERTIFICATION

(a) Expiration of initial certification. A candidate's initial certification shall expire at 11:59 p.m. on the last day of the month 37 months following the month in which the candidate passed the written certification examination.
(b) Expiration of subsequent certifications.

(1) A candidate who completes the requirements of section 800.8 during the last nine months of his or her certification shall have his or her certification extended for an additional thirty-six months;
(2) The certification of a candidate who completes the requirements of section 800.8 at any other time while certified shall expire at 11:59 p.m. on the last day of the month 37 months following the month in which the candidate passed the written certification examination.
(3) The certification of a candidate who recertifies pursuant to section 800.18 shall expire at 11:59 p.m. on the last day of the month 37 months following the month in which the candidate passes the written certification examination.

## 800.18 LAPSED CERTIFICATION

(a) During the twelve months immediately following the expiration of certification, a candidate may recertify by meeting the requirements of section 800.8.
(b) After the first day of the thirteenth month immediately following the expiration of certification, a candidate may recertify by completing the requirements of section 800.8 and by successfully completing a refresher course and corresponding practical skills and written certification examinations at or below the level at which certification was held.

800.19 DEMONSTRATION PROJECTS

(a) Purpose. The State Emergency Medical Services Council may authorize, after review by the appropriate regional emergency medical services council and subject to the approval of the Commissioner, demonstration projects of a limited duration for the purpose of demonstrating either:

(1) new skills not currently practiced by CFRs, EMTs or AEMTs, or
(2) the appropriateness of moving a skill to another level.

(b) Requirements of demonstration projects.

(1) The Commissioner shall specify the duration of the project and the requirements for evaluation of the project.
(2) The State Emergency Medical Services Council shall recommend the training requirements for each project, including the knowledge and skill objectives, subject to the approval of the Commissioner.

800.20 COURSE SPONSORS

(a) Approval of course sponsors.

(1) When applying for original approval or re-approval, every course sponsor shall file a completed application on a form provided by the Department.
(2) Approval of a course sponsor shall be for no more than two years. Approvals shall expire on July 1. One half the approvals of sponsors conductingcourses on the effective date of this part shall expire on the next succeeding July 1 and the other half shall expire on the second succeeding July 1.
(3) Original and renewal sponsorship applications shall be reviewed by the appropriate regional emergency medical services council, which shall forward its recommendation to the department within 45 days of receiving the application. If the regional council is a course sponsor, it shall consider only the capability of the sponsor to meet the requirements of this part. If the regional council is not a course sponsor, it may consider the size of the potential student pool and the impact of an additional sponsor on the ability of existing sponsors to sustain a student body of adequate size. The department, when making a determination with regard to original and renewal sponsorship applications, shall consider the capability of the sponsor to meet the requirements of this part, the size of the potential student pool and the impact of an additional sponsor on the ability of existing sponsors to sustain a student body of adequate size.
(4) The application for approval shall include the names of all certified instructor

coordinators and certified lab instructors who will be providing instructional services.

(b) Course planning. Each course sponsor shall on or before July 1 and January 1 of each year submit to the appropriate regional emergency medical services councils and the department a projected schedule of courses for the next six months, including the course type, tentative dates and locations, and proposed certified instructor coordinators.

(c) All course sponsors shall meet the following requirements:

(1) Administration. Course sponsors shall comply with the following administrative requirements:

(i) The course sponsor shall file applications for courses by the deadline included in a schedule supplied by the Department;

(ii) The course sponsor shall not admit students who do not meet the age requirements for certification in accordance with this Part, or who do not meet the requirements for entry into a refresher course (i.e., previous completion of an original course);

(iii) The course sponsor shall submit student applications, in accordance with a schedule supplied by the department;

(iv) The course sponsor shall certify to the department those students who have met the requirements of the curriculum approved by the department and the State Emergency Medical Services Council.

(2) Equipment and Supplies. Supplies and equipment adequate for the provision of instruction shall be available consistent with the curriculum and sufficient for the number of students enrolled.

(3) Instructional Faculty. Every course except continuing education courses shall have a Certified Instructor Coordinator. Each continuing education course shall be conducted by faculty who have completed an instructor training course, conducted by the Department, for that specific course. The lab faculty of all courses except continuing education courses shall include one or more certified laboratory instructors.

(4) Admission Policies and Procedures. Admission of students shall be made in accordance with clearly defined and published policies of the course sponsor, which shall be available to the department on request. Specific academic, health related, and technical requirements for admission shall also be clearly defined and published. The standards and prerequisites for admission shall be made known to all individuals expressing an interest in enrollment.

(5) Curricula. All emergency medical services training courses that result in state certification shall meet the following minimum standards regarding curricula for the specified certfication level.

(i) Any curriculum for each specified certification level must contain the following minimum course content areas:

(a) Certified First Responder (CFR)

(1) basic adult and pediatric patient assessment, including history taking, physical assessment, and determination of vital signs;

(2) basic cardiopulmonary resuscitation (CPR)

(3) basic airway management and oxygen therapy;

(4) basic hemorrhage control;
(5) manual stabilization of the spine;
(6) spinal immobilization, including application of a rigid extrication collar; and
(7) emergency childbirth.

(b) Emergency Medical Technician - Defibrillation (EMT-D). In addition to the requirements of clause (a) of this subparagrah:

(1) basic management of soft tissue injuries;
(2) basic management of suspected fractures;
(3) basic management of shock and use of medical anti-shock trousers;
(4) basic management of medical and traumatic emergencies, adult and pediatric;
(5) adult automated external defibrillation; and
(6) basic management of behavioral emergencies.

(c) Emergency Medical Technician-Intermediate (EMT-I). In addition to the requirements of clauses (a) and (b) of this subparagraph:

(1) advanced airway management with endotracheal intubation and other definitive airways; and
(2) peripheral intravascular therapy.

(d) Emergency Medical Technician-Critical Care (EMT-CC). In addition to the requirements of clauses (a), (b) and (c) of this subparagraph:

(1) medication administration;
(2) fundamentals of electrocardiogram (EKG) rhythm interpretation and manual defibrillation;
(3) advanced management of life-threatening cardiovascular emergencies;
(4) synchronized cardioversion;
(5) advanced management of respiratory emergencies;
(6) advanced management of endocrine emergencies; and
(7) advanced management of anaphylaxis, poisoning, drug abuse and overdose.

(e) Emergency Medical Technician-Paramedic (EMT-P). In addition to the requirements of clauses (a), (b), and (d) of this subparagraph:

(1) advanced electrocardiogram (EKG) rhythm interpretation;
(2) advanced management of cardiovascular emergencies;
(3) chest decompression;
(4) surgical airways;
(5) transcutaneous pacing;
(6) advanced management of central nervous system emergencies;
(7) advanced management of acute abdomen, genitourinary and reproductive system emergencies;
(8) advanced management of environmental emergencies;
(9) advanced management of geriatric emergencies;

(10) advanced management of pediatric emergencies;
(11) advanced management of obstetrical and gynecological (OB/GYN) emergencies:
(12) management of neonatal emergencies; and
(13) management of behavioral emergencies including pharmacological interventions.

(ii) The department shall maintain and provide for distribution of the approved model curriculum and any publication that directly relates to an approved emergency medical technician services training course curriculum. This material shall be available for public inspection and copying at the New York State Department of Health, Office of Regulatory Reform, Empire State Plaza, Corning Tower Building, Room 2415, Albany, New York 12237.
(iii) Use by course sponsors of the model curriculum developed by the New York State Emergency Medical Services Council (SEMSC) and approved by the Commissioner or her/his designee shall not require further review or approval. All other proposed curricula shall be reviewed by the SEMSC for compliance with the minimum standards described in the paragraph, and its recommendation shall be provided to the Commissioner or her/his designee for approval.

(6) Evaluation. Evaluation of students shall be conducted on a recurring basis and with sufficient frequency to provide the student, course medical director and certified instructor coordinator with valid and timely indicators of the student's progress toward and the achievement of the competencies and objectives stated in the curriculum. In order to ensure effectiveness of student evaluation, the test instruments and evaluation methods shall undergo at least annual review. When appropriate, reviews shall result in the update, revision, or formulation of more effective test instruments or evaluation methods. The reviewers shall include at least a certified instructor coordinator.
(7) Identification. Students at clinical or internship sites shall be clearly identified by name and student status, using nameplate, uniform, or other apparent means to distinguish them from other personnel.
(8) Fair Operational Practices. Announcements and advertising shall accurately reflect the program offered. Student and faculty recruitment, student admission, and faculty employment practices shall be non-discriminatory with respect to race, color, creed, sex, age and national origin. The course sponsor shall have written policies which shall be approved by the department as being consistent with the curriculum, equitable in their treatment of students and in compliance with the requirements of this Part. Such policies shall be issued to all students at the first course session or earlier covering each of the following subjects:

(i) course goals and objectives,
(ii) interim testing requirements and pass/fail criteria,
(iii) interim exam retesting,
(iv) attendance requirements and make-up procedure,
(v) requirements regarding personal conduct and ethics,
(vi) emergency class cancellation procedure,
(vii) course termination/expulsion and appeal procedure,
(viii) textbooks required,
(ix) tuition refund schedule, and

(x) a student-course sponsor learning contract for all refresher courses.

(9) Record keeping.

(i) The course sponsor shall maintain for a period of at least five years, files which contain the following documentation on individual students. There shall be a system for accessing individual information.

(a) individual attendance record,
(b) signed student-course sponsor learning contract if applicable,
(c) interim examination results,
(d) practical skills examination sheets, and
(e) clinical experience documentation and field internship experience documentation which show the student achieved the objectives of the clinical and field internship experiences and who evaluated the student's performance.

(ii) The course sponsor shall maintain on file for a period of at least five (5) years individual course files which shall contain the following documentation:

(a) for state funded courses, financial records showing all sources of funding and all expenditures for each course,
(b) a list of the names of each faculty member,
(c) the certification exam grades and other documentation received from the department pertaining to each individual course,
(d) a copy of each interim examination administered, or a record of where it can be found and
(e) a copy of the course application, schedule and course approval from the department.

(iii) The course sponsor shall maintain the names, last known addresses, business telephone numbers, and qualifications of all faculty. This information shall be maintained on file for the duration of the faculty member's working association with the sponsor plus 5 years.

(10) Sponsor's Medical Director. Each course sponsor shall have a physician medical director, who shall be responsible for assuring the medical accuracy and medical appropriateness of the educational program and supervising all advanced life support course clinical and internship programs. The sponsor's medical director may delegate the medical direction of a specific course to another physician, provided that the department is notified in writing at least thirty days prior to the start of the course.
(11) Practical Skills Examinations. The course sponsor shall follow the administrative procedures issued by the department for conducting the practical skills examination.

(d) The following requirements apply to advanced life support course sponsors and accredited paramedic course sponsors:

(1) Clinical Resources. Clinical affiliations shall be established and confirmed in written affiliation agreements with institutions and agencies that provide clinical experience under appropriate medical direction and clinical supervision. Students shall have access to patients who present common problems encountered in the delivery of

advanced emergency care so that the students may meet the clinical objectives. Supervision in the clinical setting shall be provided by program instructors or hospital personnel, such as nurses or physicians, if they have been approved by the program to function in such roles. The ratio of instructors to students in the clinical facilities shall be no greater than 1:6.

(2) Fair Operational Practices. Each sponsor shall have written policies which shall be approved by the department as being consistent with the curriculum, equitable in their treatment of students and in compliance with the requirements of this Part. Such policies shall be issued to all students at the first course session, or earlier, covering each of the following subjects:

(i) clinical experience requirements and objectives,
(ii) field internship experience requirements and objectives.

(3) Evaluation. The annual review of test instruments and evaluation methods shall be conducted by the sponsor's medical director and one or more certified instructor coordinators.

## Certified Ambulance Services

### 800.21 GENERAL REQUIREMENTS

An ambulance service shall:

(a) have a valid Department of Health certificate of inspection and Department of Motor Vehicles certificate of inspection on each vehicle at all times while it is in service;
(b) withdraw from service any ambulance or emergency ambulance service vehicle which is not in compliance with requirements of this part, or not in compliance with requirements of the Department of Motor Vehicles. Any vehicle with holes (from rust, poor gaskets, etc.) into the patient compartment must also be withdrawn from service;
(c) notify the department in writing when any ambulance or emergency ambulance service vehicle is permanently removed from service. Such vehicles must have removed all departmental certification stickers and logos;
(d) display an out-of-service sticker supplied by the department on any vehicle taken temporarily out of service in accordance with the departmental procedures currently in effect;
(e) display on the exterior of both sides and the back of all ambulance and emergency ambulance service vehicles the name of the service in letters not less than 3 inches in height and clearly legible. The logo provided by the department shall also be displayed on both sides and the back of every ambulance and shall be removed upon sale or transfer of the vehicle;
(f) maintain an ambulance which shall conform to the standards set forth in this Part;
(g) equip any ambulance or emergency ambulance service vehicle placed in service with the minimum equipment set forth in this part.
(h) have on each call at least one attendant who is a certified emergency medical technician in attendance with the patient at all times except for transfers between hospitals. Another licensed health care provider specifically authorized in writing by a physician may serve as the patient care attendant on transfers between hospitals. The ambulance service shall maintain the physician's order for three years. A licensed driver shall drive the ambulance;
(i) transport all patients in the patient compartment except in extenuating circumstances