Where an outside fire department, pursuant to a local mutual aid plan, responds to a call for assistance from a village and, where a private individual, not a member of either fire department is injured through the negligence of a member of the assisting fire department, the village is not responsible for such negligence of the assisting fireman of the other political subdivision. 19 Op.State Compt. 158, 1963.

**3. Benefits coverage**

Where volunteer firemen are covered by a county self-insurance plan, they are entitled to benefits if injured while responding to a call for assistance from outside the fire district notwithstanding that the request for assistance is not a mutual aid call. Op.State Compt. 81–77.

## [§ 209–h. Repealed. L.1954, c. 136, § 1, eff. Mar. 15, 1954]

### Historical and Statutory Notes

The repealed section, added by L.1948, c. 835, § 1; amended by L.1953, c. 437, § 1, related to establishment of mutual aid plans for fire protection in Jefferson County.

## § 209–i. Emergency service by volunteer firemen

1. Whenever a volunteer fireman is within this state, but outside the area regularly served by the fire company or fire department of which he is a member and has knowledge of a fire or other emergency at or near the place where he is for the time being, such volunteer fireman may report to the officer in command of the paid or volunteer fire company or paid or volunteer fire department, or in command of one of the paid or volunteer fire companies or one of the paid or volunteer fire departments, engaged in the handling of any such fire or other emergency and, on an individual basis, offer his services to assist such fire company or fire department. After his services are so accepted, the volunteer fireman shall then be entitled to all powers, rights, privileges and immunities granted by law to volunteer firemen during the time such services are rendered, in the same manner and to the same extent as if he were a volunteer member of the fire company or fire department which he is assisting, including benefits under the volunteer firemen's benefit law.[1] Any such commanding officer shall have power, in his discretion, to so accept the services of a volunteer fireman unless the legislative body of the city or the village, the board of fire commissioners or other governing board of the fire district, or the town board of the town in relation to (a) the fire companies serving territory outside villages and fire districts or (b) a town fire department, as the case may be, by resolution heretofore or hereafter adopted, has forbidden the acceptance of any such services pursuant to this section. Any such resolution shall continue in effect until amended or repealed by the adoption of a subsequent resolution. The officer in charge of any fire



PLAINTIFF'S EXHIBIT NO. 8 FOR IDENTIFICATION
DATE: 4/14/05 RPTR: NS
PENGAD 800-631-6989

Case 1:06-cv-00770-MBH Document 12-77 Filed 02/22/2007 Page 2 of 3



company or fire department shall be notified promptly of the adoption of any such resolution and of any amendment or repeal thereof.

1–a. A volunteer firefighter who, because of his residence or usual occupation, is regularly in the area served by a volunteer fire company or department of which he is not a member may nevertheless volunteer his services on an on-going basis to the officer in command thereof to assist such fire company or fire department for the purpose of assisting such company or department's general or emergency ambulance services, or for the purpose of assisting such fire company or fire department at a fire or other emergency scene. After his services are so accepted, the volunteer firefighter shall then be entitled to all powers, rights, privileges and immunities granted by law to volunteer firefighters during the time such services are rendered, in the same manner and to the same extent as if he were a volunteer member of the fire company or fire department which he is assisting, including benefits under the volunteer firefighters' benefit law. Any such commanding officer when authorized by the legislative body of the city or the village, the board of fire commissioners or other governing board of the fire district, or the town board of the town in relation to (a) the fire companies serving territory outside villages and fire districts or (b) a town fire department, as the case may be, shall have power, in his discretion, to so accept the services of a volunteer firefighter.

2. The municipal corporation or fire district which would be liable for the negligence of any volunteer members of the fire company or fire department which has accepted the services of the volunteer fireman pursuant to this section shall be liable for the negligence of such volunteer fireman while acting, after such acceptance and during the time such services were rendered, in the discharge of his duties as a volunteer fireman in the same manner and to the same extent as if he were a volunteer member of the fire company or fire department which he assisted. If the fire company or fire department which has so accepted the services of a volunteer fireman pursuant to this section is a paid fire company or paid fire department, such paid fire company or paid fire department shall, for the purposes of this subdivision and section two hundred five-b of this chapter, be deemed to be a "duly organized volunteer fire company" within the meaning of such section two hundred five-b.

3. As used in this section, the term "volunteer fireman" means a "volunteer fireman" as such term is defined in section three of the volunteer firemen's benefit law [1]; the term "area regularly served" means the home area of the volunteer fireman as described in subdivisions one, two, three, four or five of section thirty of the

volunteer firemen's benefit law and, in addition, any other area served pursuant to a contract for fire protection and the terms "fire company" and "fire department" shall include emergency rescue and first aid squads or other squads or units of a fire company or fire department.

(Added L.1947, c. 643, § 1; amended L.1956, c. 699, § 6; L.1959, c. 866, § 1; L.1964, c. 495, § 1; L.1965, c. 967, § 1; L.1984, c. 639, § 1; L.1985, c. 894, § 1; L.1993, c. 387, § 1.)

[1] Now Volunteer Firefighters' Benefit Law.

## Cross References

Blanket accident and health insurance, volunteer firemen, see Insurance Law § 4237.

Coverage and benefits to volunteer firemen injured while assisting other fire departments, see Volunteer Firefighters' Benefit Law §§ 5, 30.

## Library References

**American Digest System**

Municipal Corporations ⟹202.

**Encyclopedias**

C.J.S. Municipal Corporations §§ 594, 601.

**Texts and Treatises**

27 NY Jur 2d, Counties, Towns, and Municipal Corporations § 1093.

111 NY Jur 2d, Workers' Compensation §§ 224, 318.

23 Carmody-Wait 2d, Actions By and Against Public Bodies and Public Officers § 144:11.

**WESTLAW Research**

In a caselaw database, run TO(268) or 268k[add key number] to retrieve cases related to Municipal Corporations.

## Notes of Decisions

**Acceptance of services** 2
**Emergency service** 3
**Hearing, removal or suspension** 6
**Liability for damages** 4
**Offer of services** 1
**Propriety of sanctions, removal or suspension** 7
**Removal or suspension** 5-7
  **In general** 5
  **Hearing** 6
  **Propriety of sanctions** 7

**1. Offer of services**

A person who regularly serves as the chief engineer of a fire department and who is a volunteer fireman may not, while temporarily absent from his residence on summer vacation, serve as a "temporary" member of a volunteer fire company not part of his regular fire department, although he may render emergency service as a volunteer fireman to assist the fire department of the place in which he is temporarily present. 15 Op. State Compt. 292, 1959.

**2. Acceptance of services**

Under this section providing that a volunteer fireman outside his own district whose services are accepted by another fire district shall be entitled to all rights to the same extent as if he were a member of fire department which he was assisting, including compensation benefits, visiting fireman who was injured answer-