STATE OF NEW YORK

---

3764

2005-006 Regular Sessions

IN SENATE

March 30, 2005

---

Introduced by Sen. MARCELLINO -- read twice and ordered printed, and when printed to be committed to the Committee on Local Government.

AN ACT in relation to granting active duty status in the Jericho volunteer fire department to Glenn J. Winuk.

The People of the State of New York, represented in Senate and Assembly, do enact as follows:

Section 1. Notwithstanding any other provision of law, Glenn J. Winuk, who served as a firefighter and emergency medical technician with the Jericho volunteer fire department for a period of 19 years, and who died on September 11, 2001 while participating in the rescue efforts in the south tower of the World Trade Center, and who, at the time of his death, was an associate member of the Jericho volunteer fire department, shall be deemed to have been an active member of the Jericho volunteer fire department at the time of his death with full active employment status, and the family of Glenn J. Winuk shall be eligible for all benefits, commendations, awards, or any other right or privilege as any other active member of the Jericho volunteer fire department with full active employment status.

Section 2. This act shall take effect immediately.

PENGAD 800-631-6989 PLAINTIFF'S EXHIBIT NO. 10 FOR IDENTIFICATION DATE: 4/14/05 RPTR: NS