PETER T. KING
Member of Congress
Third District, New York

436 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-3203
(202) 225-7896

1003 PARK BOULEVARD
MASSAPEQUA PARK, NY 11762
(516) 541-4225

For Suffolk County:
(631) 541-4225

pete.king@mail.house.gov
www.house.gov/peteking

Congress of the United States
House of Representatives
Washington, DC 20515-3203

INTERNATIONAL RELATIONS COMMITTEE
SUBCOMMITTEE:
INTERNATIONAL TERRORISM

SELECT COMMITTEE ON
HOMELAND SECURITY

FINANCIAL SERVICES COMMITTEE

March 25, 2005

The Honorable Alberto Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Dear Judge Gonzales:

I am writing today in strong support of Glenn Winuk and his eligibility for the Public Safety Officer's Benefit based on the bravery, heroism and dedication he demonstrated on September 11, 2001.

In addition to his career as an attorney, Glenn had served as a volunteer firefighter and EMT with the Jericho Fire Department on Long Island. Under this capacity he provided a high level of emergency service to the community and helped save many lives within the 3rd District of New York for nineteen years. On September 11th, Glenn proved his valor once again when he volunteered as a rescue worker in the South Tower. He stood side by side with other firefighters, those both on and off duty, in a selfless attempt to help those he could.

I request that Glenn be recognized as a public safety officer for his efforts in assisting the FDNY on September 11th. In my opinion, the courage he demonstrated qualifies him for the Public Safety Officer's Benefit and I believe he should be awarded the same status as other rescue workers who gave their lives to help others on that fateful day.

Accordingly, I thank you for your time and attention to this matter.

Sincerely,

PETER T. KING
Member of Congress

PRINTED ON RECYCLED PAPER

PLAINTIFF'S EXHIBIT NO. 11
FOR IDENTIFICATION
DATE: 4/14/05 RPTR: NS
PENGAD 800-631-6989

PETER T. KING
Member of Congress
Third District, New York

436 Cannon House Office Building
Washington, DC 20515-3203
(202) 225-7896

1003 Park Boulevard
Massapequa Park, NY 11762
(516) 541-4225

For Suffolk County:
(631) 541-4225

pete.king@mail.house.gov
www.house.gov/peteking

Congress of the United States
House of Representatives
Washington, DC 20515-3203

March 25, 2005

International Relations Committee
Subcommittee:
International Terrorism

Select Committee on
Homeland Security

Financial Services Committee

Jericho Fire Department
Board of Commissioners
424 North Broadway
Jericho, New York 11753

To Whom It May Concern,

Based on the bravery, heroism and dedication Glenn Winuk demonstrated on September 11th, I am writing today to request that you certify him as representing the Jericho Fire District.

As you are aware, in addition to his career as an attorney, Glenn had served as a volunteer firefighter and EMT with the Jericho Fire Department. Under this capacity he provided a high level of emergency service to the community and helped save many lives within the 3rd District of New York for nineteen years. On September 11th, Glen proved his valor once again when he volunteered as a rescue worker in the South Tower. He stood side by side with other firefighters, those both on and off duty, in a selfless attempt to help those he could.

I request that Glenn be recognized for his efforts in assisting the FDNY on September 11th. A formal certification by the Town of Jericho is needed so that Glenn may be eligible for the Public Safety Officer's Benefit. In my opinion, the courage he demonstrated qualifies him for such recognition. I believe Glenn should be awarded the same status as other rescue workers who gave their lives to help others on that fateful day.

Accordingly, I thank your for your time and attention to this matter.

Sincerely,

PETER T. KING
Member of Congress