THOMAS S. GULOTTA
COUNTY EXECUTIVE

NASSAU COUNTY · STATE OF NEW YORK

OFFICE OF THE EXECUTIVE
NASSAU COUNTY EXECUTIVE BUILDING
ONE WEST STREET
MINEOLA, N.Y. 11501-4895

March 19, 1990

Mr. Glenn Winuk
Jericho Fire Department
North Broadway
Jericho, New York 11753

Dear Glenn,

For years our volunteer fire services, in conjunction with the Nassau County Police Department and Emergency Medical Services, trained for an eventuality which we all hoped would never occur. On the evening of January 25th that eventuality became a reality when the Avianca Boeing 707 crashed in Cove Neck, Long Island.

The incident demonstrated an incredible commitment and dedication on the part of our volunteers and paid personnel alike, each of whom worked in a coordinated fashion with the sole objective of evacuating the survivors and providing them with the emergency aid and hospitalization they needed. I credit them, along with the Red Cross, the Salvation Army and the professional and support staff of ten area hospitals with the fact that there are so many survivors who are currently on the road to recovery.

We are deeply proud of all who assisted in the Avianca air disaster. Our County will officially express our appreciation to each participating organization at a special Avianca Awards Ceremony to be held on March 26, 1990 beginning at 7:30 in the evening. The event will be held at the Nassau Community College Physical Fitness Center located on Stewart Avenue in Garden City.

As a member of one of the responding units to the Avianca disaster, I hope you will be able to attend the ceremony as we present a representative from each organization with a small token of our County's grateful appreciation.

I sincerely hope that you will be able to join us on March 26th as we honor those who served so diligently during this recent ordeal.

Warmest regards,

Tom Gulotta

THOMAS S. GULOTTA
County Executive

TSG:wag
Enclosure

PLAINTIFF'S EXHIBIT NO. 12 FOR IDENTIFICATION
DATE: 4/14/05 RPTR: NS
PENGAD 800-631-6989