Section 2. Any member not attending the annual, regular, or special meeting of the Department unless he sends a written excuse within 48 hours to the Departmental Secretary shall be fined fifty cents; however, excuse cards cannot be used to cover more than three consecutive meetings.

Section 3. Any member not attending a special meeting, drill or parade of the Department, unless he sends a written excuse to the Departmental Secretary within forty-eight hours of the event, shall be fined fifty-cents.

Section 4. Any member not attending an Annual Inspection of the Department, unless he sends a written excuse to the Departmental Secretary within forty-eight hours of the event, shall be fined $1.00.

Section 5. Any member owing the Department a maximum of $2.00 shall be immediately notified of his delinquency. If at the end of thirty days he shall not have paid the sum owed, he shall be immediately referred to the Board of Officers for their consideration.

Section 6. Any member penalized with a suspension for any offense, shall immediately surrender his badge to the Departmental Secretary. His term of suspension shall begin immediately but shall run the full number of days commencing with the day he surrenders his badge.

Section 7. Any member brought before the trial board for any of the above offenses shall, if he so desires, call upon any member of the Department other than members of the trial board to act as council.

PENGAD 800-631-6989 PLAINTIFF'S EXHIBIT NO. 13 FOR IDENTIFICATION DATE: 4/14/05 RPTR: NS

## ARTICLE IX

## ASSOCIATE MEMBERSHIP

Any member may, after completing twenty years* of service in the Jericho Fire Department, apply for Associate Membership.

Associate members will be entitled to attend all meetings but will not be entitled to a vote. They will be invited to all social functions of the Department. They will have use of the Ernie Page Room.

Associate members will not be allowed to take part in any Firemanic activity, riding Fire apparatus, attend Fire Schools or parades.

Associate members will be presented with a suitable pin denoting their Associate membership.

* Amended 5/12/75 to require only 15 yrs of service

## ARTICLE X

## CEREMONY OF INITIATION

Section 1. Chief: My friend you have been duly elected to become a member of the Jericho Fire Department of Jericho, Long Island. I now ask you in the presence of the Officers and Members of this Department if you will faithfully abide by the

laws and rules of this Department, of which I hereby hand you a copy. Further, that you will perform your duties to the best of your ability and to the credit of the Department? If so answer, I will.

Candidate Responds:

Chief: Officers and members of the Jericho Fire Department, I now have the honor of introducing you to Mr. -------------- who is now a probationary member for one year and is entitled to all benefits and privileges as such.

Candidate is instructed to be seated.

## ARTICLE XI

## AMENDMENTS TO THE CONSTITUTION

Section 1. This Constitution and By-Laws may be amended by a written resolution signed by at least five members in good standing and presented to the members at any Department Meeting. It shall be read as New Business at the same meeting and then posted on the Bulletin Board until the next regular meeting (or Special Meeting called for that purpose) when it shall be voted on. If it is approved by at least three-quarters of the members present it shall then be presented to the Board of Fire Commissioners and if approved by them shall immediately become effective.

# ORDER OF BUSINESS

## Section 1. Regular Meetings.

1. Call to order
2. Pledge to Flag
3. Roll Call
4. Reading of Minutes of previous regular or special meetings
5. Treasurer's Report
6. Reports of Officer's and Committee
7. Proposals and elections of Members
8. Reading of Communications and actions on same
9. Unfinished Business
10. Elections of Officers
11. New Business
12. Appointment of Committees
13. Collections of Fines
14. Roll Call
15. Good and Welfare of Department
16. Adjournment

## Section 2. Special Meetings

1. Call to order
2. Pledge to Flag
3. Roll Call
4. Transaction of Special Meeting
5. Roll Call

No other business shall be transacted at a special meeting.

Company Rules and Regulations as adopted - March 13th, 1961

The following Rules and Regulations were adopted. Members to review and vote on same at oncoming special meeting.

Meeting: That members attend 75% of all Company and Special meetings. A penalty of fifty cents (50¢) fine will be imposed upon members who fail to forward an excuse card to the Company Secretary within twenty-four (24) hours. However, excuse cards cannot be used to cover more than three (3) consecutive meetings. Any member missing three (3) consecutive meetings shall be automatically dropped from the Company Roster. He then shall appear before the Board of Officers to explain his absence.

Fires: All members are required to attend a minimum of 20% of all annual fires. This rule does not apply to probationary members who must comply with Article III of Departmental By-Laws.

Should any member fail to respond to 20% of the annual fires, the Company Officers will proceed to designate extra firematic duties. For every 1% of fires below the quota a two (2) hour firematic duty will be imposed.

Members failing to respond to requirement of 20% of annual fires and disregarding additional firematic duties as designated will be called before the Board of Officers.

Penalty: The Board of Officers after reviewing members cause shall impose a suspension period of a minimum of three (3) months or a maximum of six (6) months.

Schools and Drills

The Company Officers are to hold a minimum of twelve (12) schools and drills annually not to exceed a maximum of twenty-four (24). All members must attend no less than 50% of all schools and drills.

Members completing scheduled Nassau County Firematic Vocational School will be credited for each session attended.

Probationary members must adhere to Departmental Regulations, also they shall be required to attend 50% of Company schools and drills.

Duty of Secretary: Each Company secretary will maintain a record of all firematic activities attended by members, such as drills, schools, parades and other firematic activities.

No men shall mount trucks until truck has left the building, (except Engineers). Engineer must stop his truck outside the firehouse so men can mount same.

2. No fire truck, in answer to an alarm, shall leave carrying less than two men, (including Engineer).

3. Forty miles per hour shall be the limit of speed for all trucks.

4. When trucks are used for purposes other than response to fire alarms the following rules must be observed:

   A. No truck may be taken out without the permission of a Department Chief.
   B. Sirens must not be used.
   C. Only approved Engineers may drive.
   D. Truck must be returned to the firehouse promptly so as to be ready for fire duty.
   E. Every courtesy must be extended to traffic; you then DO NOT have the right of way.
   F. All movements of trucks from the firehouse for purposes other than response to fire alarms must be entered in the day book provided for this purpose, together with the signature of the Engineer.

5. Extreme caution and good judgment shall be exercised by the Officer in charge in handling Department Apparatus at all times. Should the truck become damaged, however slight, a report shall be made by the Officer in charge. Said Officer shall make a written report of the accident in the Day Book which shall be signed by the Engineer.

6. In the event of a traffic accident, remember the following:

   A. Report the accident at once to the Board of Commissioners or their Secretary.
   B. Make no statement regarding the accident to anyone except police authorities or representatives of the insurance company covering the apparatus involved.
   C. Make no admission or payments or promises to another person.
   D. Get witnesses, their names and addresses.
   E. Fill in the emergency accident blank, which will be furnished.

7. No one except active members of the Department shall be allowed to ride on any truck.

8. No cars other than fire apparatus will be allowed to enter the firehouse.

9. Each member will be held responsible for the actions and conduct of himself and his guests in and on the firehouse grounds.

10. No member shall be allowed to lounge on trucks in the firehouse.

11. It shall be the duty of each member to report to his superior officer any violation of these rules.

12. The above Rules and Regulations are approved by the Board of Commissioners of the Jericho Fire District and MUST BE OBSERVED.

file

# JERICHO FIRE DEPARTMENT

## CONSTITUTION, BY-LAWS

## AND RULES

Adopted January 9, 1934

Amended Dec. 6th, 1955

Amended January, 1961

Amended November, 1962

Amended August, 1963

Effective Nov. 26, 1963

# CONSTITUTION AND BY-LAWS
# JERICHO FIRE DEPARTMENT

---

## PREAMBLE

WHEREAS, Discipline and Cooperation constitute the prime factors in steady and healthy development and improvement, and it is the duty of each of us to respect and obey our superior Officers while on duty and to conduct ourselves and perform our tasks to the full satisfaction of our conscience, therefore be it,

RESOLVED, That we solemnly pledge ourselves to sustain and support our Officers in the discharge of their duties, uphold discipline, promote the objects for which we are organized, and hold ourselves bound in honor to conform to, abide by, and protect in every respect, the Constitution and By-Laws contained herein, which we, the personnel of the JERICHO FIRE DEPARTMENT, have moulded and adopted, and which have been approved by the Board of Fire Commissioners on this the ninth day of January in the year of our Lord, nineteen hundred and thirty-four.

## ARTICLE I

This Department shall be known as and designated by the title, JERICHO FIRE DEPARTMENT of the JERICHO FIRE DISTRICT. It shall consist of two Fire Companies known as Company #1 and Company #2, and such other companies as may be required and approved by the Board of Fire Commissioners. The object of this Department shall be the extinguishing and prevention of fires and the salvage and protection of life and property.

## ARTICLE II

Section 1. The Jericho Fire Department shall be composed of Department and Company Officers.

Section 2. Department Officers shall consist of a Chief, First Assistant Chief, Second Assistant Chief, Secretary, Treasurer and Sergeant-at-Arms.

Section 2a. Company Officers shall consist of a Captain, First Lieutenant, Second Lieutenant, Secretary Treasurer and Sergeant-at-Arms.

Section 2b. The Chief and Assistant Chiefs, Company Captains and Lieutenants shall constitute the Board of Officers of the Department and shall sit as Trial Board. The Recording Secretary shall be the Clerk of the Board of Officers and of the Trial Board.

## DUTIES OF OFFICERS

Section 3. It shall be the duty of the Chief to have command and entire control of the apparatus and the personnel of the Department while at all fires, drills, parades and upon all other proper occasions. He shall have general supervision of the Fire House and all its contents at all times; he shall see that all apparatus and equipment and everything pertaining thereto is kept in order, and he shall immediately report to the Board of Fire Commissioners all need of repairs and replacements. He shall transmit to the personnel of the Department all rules and regulations set forth by the Board of Fire Commissioners at a regular or special meeting and cause them to be executed. He shall appoint all Engineers and all Departmental Committees. He shall preside at all meetings of the Department and of the Board of Officers; call special meetings of the Board of Officers at the written request of at least five members, or whenever he may deem it necessary. He shall sign all vouchers jointly with the recording Secretary. He shall keep a record of all fires and file required reports with the Nassau County Fire Commission, and District Fire Commission. (See Chiefs Handbook.)

Section 4. It shall be the duty of the Officers to aid the Chief in the performance of his duties, to obey his orders and in his absence to perform the duties of the Chief. Officers in order of their rank shall take command until such time as a Superior Officer arrives. The Officer in charge shall make a complete report to the Chief as soon as possible thereafter.

Section 5. Duties of the Secretary: The Secretary shall keep the minutes of all meetings of the Department and of the Board of Officers. He shall keep a roll of all active members of the Department and shall call such at each meeting. He shall notify the members of all regular and special meetings. He shall receive all correspondence and acknowledge same. Should he be unable to attend any meeting he shall have his minute book and current correspondence conveyed to the place of the meeting. He shall keep a record of all equipment issued each member. He shall collect all fines and turn over to the Treasurer at the next regular meeting all monies received. He shall post on the Bulletin Board in the Fire House any action taken against any member. He shall prepare vouchers for payment of all claims that have been approved by the Department and to sign the vouchers jointly with the Chief. It shall be his duty to preserve all records of the Department and to turn same over to his successor.

Section 6. It shall be the duty of the Treasurer to receive all monies coming into the Department. Pay all bills after approval by the Department and upon receipt of a voucher signed by the Chief and Recording Secretary. To keep an accurate record of all receipts and disbursements and submit a report of the current financial condition of the Department at each regular meeting. He shall deposit all monies in the bank designated by the Board of Officers. Should he be unable to attend any meeting he shall have a report of the current financial condition of the Department conveyed to the place of meeting.

Section 7. It shall be the duty of the Board of Officers to enforce the Constitution and By-Laws and to see that they are properly upheld and respected. The Board shall summon before them any and all members charged with neglect of duty, insubordination, or any other offense, and any witnesses they may find necessary. Any member summoned before the Board of Officers on charges shall have the privilege of bringing any witness or witnesses to support his defense. They shall impose sentence in accordance with the By-Laws and the execution thereof at their own discretion, and report the whole case and the disposition thereof to the members of the Department and the Board of Fire Commissioners. They shall meet monthly to transact any necessary business and shall report to the next regular Departmental Meeting all business transactions.

Section 7a. Duties of the Sergeant-At-Arms: The Sergeant-At-Arms shall display the National Colors at places of assembly for all Department functions. He shall enforce the house rules and regulations and keep order during meetings under direction of the Chief. He shall cause all members to remove head dress at any place of assembly when indoors.

Section 8. It shall be the duty of each Captain to have command and entire control of his Company while at all fires, drills, parades and upon other proper occasions. He shall see that the apparatus of his Company and everything pertaining thereto is kept in good order and repair. He shall preside at all meetings of his Company, and call special meetings at the written request of at least five members, or whenever he may deem it necessary. He shall render to the Chief a report of the condition and efficiency of his Company and of the apparatus in his charge whenever the Chief shall request it.

Section 9. It shall be the duty of the First and Second Lieutenants to aid their Captains in the performance of their duties, to obey their orders and in their absence to perform their duties. They shall make a complete report of all actions taken while acting as Captain, to their Captain as soon as possible thereafter.

Section 10. Duties of the Secretary Treasurer: The Secretary Treasurer of each Company shall keep the minutes of all meetings of his Company. He shall also keep a current and correct roll of his Company and call same at each meeting. He shall collect all Company fines, and shall notify the members of all regular and special Company meetings; he shall receive all monies coming into the Company, pay all bills approved at a Company meeting and to keep an accurate record of all receipts and disbursements. He shall deposit all monies in the bank designated by his Company, and sign and issue all checks. Should he be unable to attend any meeting he shall have a report of the current financial condition and his minute book with current correspondence conveyed to the place of meeting.

## ARTICLE III

## MEMBERSHIP

Section 1. All candidates for membership shall be a citizen of the United States and shall have resided in the Jericho Fire District for at least ninety (90) days. He shall be at least eighteen (18) years of age and not over forty-five (45) years of age. From age eighteen (18) to twenty-one (21) he shall submit written consent from one of his parents or guardian. In case of transferee, the age limit shall be fifty (50) years of age and his resident period shall be waived. The transferee shall put in a formal application and serve the usual probationary

period. To qualify as a transferee, the applicant must have served a minimum of two years as a fireman in good standing. Application shall be accompanied by a letter of recommendation.

He shall submit to a physical examination. He shall be proposed by a member in good standing, and such proposal shall be seconded by one other member in good standing, and his application shall be presented at any regular meeting. The proposing and seconding members shall rise and give all reasons why they believe the candidate would qualify as a competent fireman. The application shall then go to the investigating committee. Neither the Proposer nor the Seconder of the nominee shall be a member of this committee. If approved by the Investigating Committee the application shall be presented at the next regular meeting where the active members shall vote on it by ballot, and if the majority of the votes are favorable the application shall be presented to the Board of Fire Commissioners for their approval. Should the Board of Fire Commissioners approve of such elections they will notify the Recording Secretary of the Department and he in turn shall notify the candidate to present himself at the next meeting of the Department, where he shall take oath to perform his duties, obey his superior officers and abide by the Constitution and By-Laws. Should the applicant fail to appear at the next two regular Departmental meetings, his right to membership shall be declared forfeited. All new members shall serve a probationary period of one year during which time they shall be required to attend one-third of all fires and drills and shall familiarize themselves with all firemanic equipment within the Firehouse. During his probationary period the member shall have passed a test given by the Nassau County Firemen's School or its equivalent as set up by the Board of Officers. At the termination of the probationary period the Board of Officers and the Commissioners shall decide whether he has qualified to continue as a member or whether he shall be removed.

Section 2. Should any member move out of the Fire District, permanently, he shall be immediately dropped from the rolls. Should a member move out of the Fire District with the intentions of returning, he shall be granted a leave of absence not to exceed one year. Should he not return within that period he shall be dropped from the rolls. Should any member move out of the Fire District for educational or military service, they shall be granted a leave of absence for the duration of their military service or schooling. These leaves of absences shall be granted only upon the receipt of a letter requesting such leave of absence. However, only time spent in military service shall be credited to his firemanic record. Former members who left the Department in good standing may return by submitting a new application provided they are not over fifty years of age.

Section 3. No member shall be eligible to become a Line Officer either Departmental or Company unless he has been an active member of the Jericho Fire Department for a period of at least two years. He must also be at least twenty-one years of age. Effective January 1, 1965 a member running for office shall have received a certification of completion, within the last five (5) years, of either a State or County advanced school prior to the date of election.

Section 3a. The number of active members of all Companies shall not exceed the number of members set by Board of Fire Commissioners; vacancies shall be filled upon nomination of the Company subject to the approval and confirmation of the Board of Officers accepted by the Commissioners. No new appointment shall be made to a Company unless the number of members thereof shall be less than the number hereby limited.

Section 4. All members of the Jericho Fire Department who are accepted prior to the date of the acceptance of the Constitution and By-Laws shall be known as "Charter Members". All subsequent candidates must accompany their applications with the initiation fee of five dollars ($5.00), this money deposited in the Departmental Treasury. However, in the event of his application being rejected, the initiation fee shall be returned to the candidate.

Section 5. Upon request exempt membership shall be granted to any member who has served five years and is in good standing with the Department. Exempt members can be active and shall be subject to all laws and rules of the Department. Should a member choose to become an inactive exempt fireman he shall be immediately dropped from the rolls.

Section 6. The resignation of a member shall not be accepted until he has paid all delinquencies on the Departmental and Company books and has returned his uniform, badges and any other Departmental property he may have in his possession.

Section 7. A written notice of consent signed by a parent or guardian must accompany the application of any candidate who has not reached the age of twenty-one.

## ARTICLE IV

## DUTIES OF MEMBERS

Section 1. It shall be the duty of every member of this Department on an alarm of fire, to report immediately to the Fire House and assist in conveying the apparatus to the scene of the fire, and to remain there under command of the Officer in charge, unless he shall command otherwise. If the apparatus has already left the Fire House when a member arrives, he shall follow to the scene of the fire as soon as possible. When the fire has been extinguished and/or upon the orders of the Officers in charge, it shall be the duty of every member to assist in returning the apparatus and equipment to the Fire House. After the roll has been called and upon dismissal by the Officer in charge, members shall be at liberty to depart.

Section 2. It shall be the duty of all members to attend all drills, parades, inspections, and meetings.

Section 3. Members shall at all times show complete respect to their superior Officers and shall respond promptly to all their commands.

Section 4. The first member arriving at the Fire House in response to an alarm of fire (excepting Engineer, probationary members and members under twenty-one years of age) shall assume full charge and shall have the full authority of an Officer until such time as an Officer shall arrive upon the scene.

Section 5. It shall be the duty of all members of the Department to see that the firehouse provided by the District is kept in a clean sanitary condition, and any member who willfully or through negligence on his part defaces the premises or in any way commits a nuisance on the premises, will be subject to suspension or removal.

Section 6. Qualifications and Duties of Engineers must have a basic certificate issued by the Nassau County Fireman's School and must pass a pump operators course or its equivalent as set up by the Board of Officers. He must also be approved and pass a driving and pumping test given by the Chief. He must also receive final approval from the Board of Fire Commissioners. All Engineers must report at once to the firehouse upon the sounding of the alarm. Upon returning to the firehouse Engineers shall cooperate with the Officer in charge to see that the truck is ready for the next emergency.

Section 7. It shall be the duty of all members to attend all drills, parades, inspections and meetings. To assure the efficiency of the Department, it is further provided as follows:

Any member who fails to attend in any calendar year the minimum percentage of firemanic activities as hereinafter defined applicable to him, as shown in the following schedule, shall be regarded as delinquent in his duties to the Department and be subject to loss of his membership in the Fire Department, or other such disiplinary action as the Board of Officers may deem applicable.

Schedule of Minimum Required Activities at Firemanic Activities:

| Years of Membership | Percentage of Activities |
|---|---|
| Date sworn in to one (1) year | Governed by Article 3 Sect. 1 |
| one year and a day to five (5) years | 30% |
| six (6) years to 10 (10) years | 25% |
| eleven (11) years to fifteen (15) years | 20% |
| sixteen (16) years to twenty (20) years | 15% |
| twenty-one (21) years or over | 10% |

Firemanic Activities as in this Section 7 intended shall include drills, inspections, schools, fires, meetings, parades and such other activities as the Board of Fire Commissioners may by resolution include.

## ARTICLE V

## MEETINGS

Section 1. The annual meeting of the Jericho Fire Department shall be held according to State Law, and will start at 8:30 P.M. The regular meeting of the Fire Department shall be held on the first Tuesday of each month, starting at 8:30 P.M. The regular monthly meeting of the Board of Officers of the Fire Department shall be held on the last Tuesday of each month starting at 8:00 P.M. If for any reason it is necessary to posppone a meeting, it shall be held the Thursday immediately following the date of the original meeting.

Section 2. Twenty active members shall constitute a quorum for the transaction of business at any meeting of the Department.

Section 2a. The Chief in company with four other members of the Board of Officers, or in the absence of the Chief, five members shall constitute a quorum at any meeting of the Board of Officers or for the trial of a member.

Section 3. Special meeting of the Department may be called upon the request of the Board of Officers or upon the written request of twenty-five per cent of the active members.

Section 4. Rules of Order

1. The presiding Officer shall preserve order and decorum.

2. Every member, when he speaks, shall, standing in his place, address the presiding Officer.

3. When two or more members shall rise at once, the presiding Officer shall decide who shall speak.

4. Any member declared out of order shall immediately be seated, unless allowed by the presiding Officer to explain.

5. Every member shall be entitled to one vote, and must vote unless excused by the presiding Officer.

6. The presiding Officer may vote on any question.

7. If any member shall demand it upon an Aye and Nay vote, the vote shall be taken in some manner by which the decision may be more accurately determined.

8. In all questions of parliamentary procedure not covered by these By-Laws, Roberts Rules of Order shall govern.

## ARTICLE VI

## ELECTIONS

Section 1. The nomination of all candidates for Departmental Office, both those named by the nominating committee and those named by motion from the floor must be made at the regular meeting held just prior to the Annual Meeting. The names of these candidates will appear on the printed ballot and will be posted on the Bulletin Board at least fifteen days prior to the Annual Meeting. (The Nominating Committee shall consist of all recent active ex-Chiefs not to exceed seven members; if necessary, the Chief shall appoint active ex-assistant Chiefs to complete the required number.)

Section 1a. The company Officers shall be elected at the annual meeting of their respective companies.

Section 2. The members of the Fire Department of the fire district shall meet at a time and place designated by the Board of Fire Commissioners on the Thursday following the first Tuesday in April of each year and nominate persons for the offices of the Department as may be provided for in rules and regulations adopted by the Board of Fire Commissioners. Each nominee shall be a member of the Fire Department and an elector of the Fire District. All nominations shall be made by ballot. The Board of Fire Commissioners at its next meeting succeeding the making of such nominations shall consider the same and appoint such persons to the offices to which they are respectively nominated or, if a nomination is not approved, the Board shall call another meeting of the members of the Fire Department at which a new nomination shall be made to take the place of any nomination not approved, which procedure shall continue until a full set of Officers is approved.

Section 3. All voting for Officers at the Annual Meeting shall be by printed ballot and shall be determined by a majority vote.

Section 3a. Two tellers shall be appointed by the Chair.

Section 3b. The names of all voters shall be recorded by the tellers.

Section 4. Any vacancies occuring among the Officers of the Department or of a Company shall be filled by nominations at a regular meeting and when such nominations have been approved by the Board of Fire Commissioners, the voting on the nominations shall take place at the next regular monthly meeting.

Section 5. No member shall be nominated for the Office of Secretary or Treasurer unless he has completed at least two years active and satisfactory service as a member of the Department. He must also be under no indebtedness or obligation to the Department. (For line Officers refer to Article III - Section 3.)

Section 6. No member shall vote at any meeting unless he is qualified as an active member and is clear of all indebtedness to the Department and his Company.

Section 7. Department Officers shall be installed and assume their duties immediately following the balloting.

Section 7a. Company Officers shall assume their duties immediately at the adjournment of the meeting at which they were elected and shall serve until the close of the meeting at which their successors are elected.

Section 8. Any member selected whose name has not been previously approved by the Board of Fire Commissioners shall not be installed until such approval is received.

Section 9. No member shall hold more than one office at any time.

Section 10. The Department Secretary will provide an absentee ballot for any member who requests same at least one week prior to the election. Absentee ballots are to be returned to the Department Secretary in the following manner: The ballot is to be placed in an envelope (that will be provided) which has no identification. The envelope is sealed and placed in another sealed envelope which bears the voters signature.

The Department Secretary will make a list of the names of the absentee voters, which he will turn over to the tellers with the inner envelopes. The inner envelopes will be opened by the tellers and the ballots counted with the rest of the printed ballots cast that night.
In the case of Company elections the same procedure shall be followed with the exception that the Company Secretary will be used in place of the Department Secretary.

## ARTICLE VII

## INSPECTION AND DRILLS

Section 1. The entire Department shall stand inspection of uniforms and complete equipment once each year and at such other times as may be required by the Chief. The Chief, Assistant Chiefs and Fire Commissioners shall be the inspecting Officers.

Section 2. The Department shall hold at least four drills each year.

## ARTICLE VIII

## FINES AND PENALTIES

Section 1. It shall be the duty of the Commanding Officer and/or Officers to report to the Board of Officers any and all of the following offenses on the part of any member:

1. Failure or refusal to obey Officer's command.
2. Intoxication while on duty.
3. Conduct unbecoming an Officer or Fireman.
4. Leaving the scene of duty without permission of the Officer in Command.
5. For altering, defacing, or damaging any Department or District property.
6. For taking or retaining any Department or District property without permission from the commanding Officer, or the property of any member without said member's permission or for willful abuse of any such property.
7. Willfully violates any rule set forth by the Fire Department or Board of Fire Commissioners.
8. For wearing uniforms or any part thereof except while on duty.
9. For any specific neglect of duty, or any violation of the above regulations shall be cause for immediate suspension until trial.

The Board of Officers will then summon such member to appear before them and answer such charges; should he be found guilty he shall be suspended for a period of thirty to ninety days or fined not more than five dollars ($5.00) or both, or immediate dismissal from the Department.