GIULIANI VON ESSEN

Giuliani Von Essen LLC
5 Times Square
New York, NY 10036

Tel: 212-931-7351
Fax: 212-931-7310

October 21, 2004

Mr. Daniel L. Skoler
Hearing Officer
Public Safety Officers' Benefits Program
7036 Buxton Terrace
Bethesda, MD 20817

Dear Mr. Skoler:

I am the former Fire Commissioner of New York City, having served in that capacity from April 1996 through December 2001. As such, I was the senior-most fire official in the City of New York on September 11, 2001, serving directly at the Mayor's side through every step of the tragedy, and had direct responsibility for all fire and rescue activity throughout that emergency. I am also the former president of the Uniformed Firefighters Association, the largest firefighters union in the United States, and served the FDNY in various capacities, including as a fireman, over the course of a 31-year career.

I write to you now about the case of Glenn Winuk, an attorney and career volunteer firefighter and EMT from Long Island who perished on 9-11. I have carefully reviewed many documents about Mr. Winuk's actions on 9-11, his career in firefighting and rescue, and materials specifically relevant to his parents' pursuit of recognition from the Department of Justice for their lost son. In my view Mr. Winuk should absolutely qualify for the Public Safety Officers' Benefit and I urge you to rule in his favor.

There is no question that Mr. Winuk was qualified to participate in the fire and rescue operation of 9-11, and there is no question that the City of New York needed and welcomed such assistance. Whether he was an active or non-active member of his fire department on that tragic morning is irrelevant to me. In the face of the worst emergency situation our nation had ever seen, we needed all the qualified help we could get. There was no time, nor the inclination, to differentiate whether firefighters and rescuers were on duty or off, "active" or "inactive."

PENGAD 800-631-6989 PLAINTIFF'S EXHIBIT NO. 15 FOR IDENTIFICATION DATE: 4/14/05 RPTR: NS

I agree with the National EMS Memorial organization, the Jericho Fire Chief, the Twin Towers Fund and many others that Glenn Winuk should be considered lost in the line of duty. He had both the training and the guts to step forward in the face of great danger when it was needed most. That's what firemen do. I can assure you that true firemen don't care about their "membership status" when life is at stake, and every indication is that Glenn Winuk was a true fireman. Where would we be if during dire emergencies highly trained rescuers like him ran the other way as people are dying and buildings are crumbling? With all due respect, is it the Department of Justice's intention to discourage such needed and welcome public service?

We are forever grateful to people such as Glenn Winuk and others who assisted the FDNY and NYPD on 9-11, and they should be formally recognized by the DOJ and others for their valor and ultimate sacrifice.

Seymour and Elaine Winuk lost their youngest son because his firematic and rescue training were needed and bravely provided at Ground Zero. As the Fire Commissioner of New York City on September 11, 2001, my position is that Glenn Winuk was acting as a public safety officer supporting the emergency operation of the FDNY that day. Had I encountered Mr. Winuk at Ground Zero that tragic morning and if asked, knowing what I do now about his qualifications, I would have deputized him on the spot. He was not just a brave do-gooder. Mr. Winuk was a fireman who died in great and meaningful and dangerous public service. It would be a great disservice to his family, all firemen and all Americans if the U.S. Department of Justice did not grant Glenn Winuk and his family the PSOB recognition.

If merited, I am prepared to state my position in person and in greater detail at the pending appeal hearing you are scheduling with the Winuk family. My hope, though, is that that step is not necessary and that you will rule in Glenn Winuk's favor at your earliest opportunity. Thank you for considering my point of view.

Sincerely,

Thomas Von Essen

CC: Governor George E. Pataki
State of New York

Senator Charles Schumer
State of New York

U.S. Congressman Peter King

Family of Glenn J. Winuk