LEGISLATIVE OFFICE BUILDING
ALBANY, NEW YORK 12247
(518) 455-2390
FAX (518) 426-6975

250 TOWNSEND SQUARE
OYSTER BAY, NEW YORK 11771
(516) 922-1811
FAX (516) 922-1154

386 NEW YORK AVENUE
HUNTINGTON, NEW YORK 11743
(631) 549-0729
FAX (631) 549-5018

WWW.SENATORMARCELLINO.COM
MARCELLI@SENATE.STATE.NY.US

THE SENATE
STATE OF NEW YORK
**SENATOR CARL L. MARCELLINO**
5TH DISTRICT

CHAIRMAN
ENVIRONMENTAL CONSERVATION COMMITTEE

COMMITTEE MEMBER
CIVIL SERVICE & PENSIONS
CONSUMER PROTECTION
EDUCATION
LABOR
MENTAL HEALTH & DEVELOPMENTAL DISABILITIES
SOCIAL SERVICES, CHILDREN & FAMILIES

April 12, 2005

Mr. Daniel L. Skoler
United States Department of Justice
PSOB Hearing Officer
7036 Buxton Terrace
W. Bethesda, MD 20817

Dear Mr. Skoler:

I am writing in reference to legislation I have introduced on behalf of the late Glenn J. Winuk and his family's application for Public Safety Officers Recognition.

As you are aware, Glenn died on September 11, 2001, participating in rescue efforts at the World Trade Center. Glenn served the Jericho Volunteer Fire Department and the community for over 19 years as a firefighter, Emergency Medical Technician and District Commissioner. At the time of his death, he was an associate member of the Jericho Volunteer Fire Department and had maintained elements of his EMT certification.

I join those who consider Glenn as having been lost in the line of duty as a public safety officer representing the Jericho Fire District and community. Glenn deserves proper recognition for his commitment, sacrifice and bravery and, as such, I have introduced legislation, Senate Bill 3764, which would deem Glenn Winuk to have been an active member of the Jericho Volunteer Fire Department at the time of his death. Under the provisions of the bill, Glenn would be eligible for all benefits, commendations, awards or any other right or privilege as any other active member of the Jericho Volunteer Fire Department.

This week the bill was advanced to the active Senate Calendar by the Senate Local Government Committee. Assemblyman Charles D. Lavine will be introducing the bill in the State Assembly. I am a strong believer that Glenn Winuk's actions, valor and rescue qualifications warrant this designation of active status. I am confident that this legislation will pass the Senate and am hopeful that it will go on to become law this session.

I appeal to you to correct the injustice of Glenn Winuk having not yet been recognized by the Department of Justice in the matter of the Public Safety Officers Benefit application in his name. If I can be of any assistance or provide any further information, please do not hesitate to call upon me.

Sincerely,

Carl L. Marcellino

PLAINTIFF'S EXHIBIT NO. 16
FOR IDENTIFICATION
DATE: 4/14/05 RPTR: NS

CLM:ki