


PLAINTIFF'S EXHIBIT NO. 17
FOR IDENTIFICATION
DATE: 4/14/05 RPTR: NS
PENGAD 800-63