

PLAINTIFF'S
EXHIBIT NO. 18
FOR IDENTIFICATION
DATE: 4/14/05 RPTR: NS
PENGAD 800-631-6989