# Nassau County Legislature

# Citation

***"True leaders act with courage, stand tall in the face of adversity, and go where few have gone before...because they know that example is the greatest school of humanity."***

*In recognition of his heroic commitment to protect the lives of others in the rescue effort at the World Trade Center,*

***I, Judith A. Jacobs, Presiding Officer of the Nassau County Legislator, on behalf of the Nassau County Legislature,***

*do hereby admire and honor*

## *GLENN J. WINUK*

***Parklet J-6 on North Marginal Road in Jericho will be renamed in Honor of Glenn by the Town of Oyster Bay!***

*Glenn J. Winuk, an attorney who lived in New York City and a Career Volunteer Firefighter from Long Island lost his life on September 11, 2001, as part of the rescue effort at the World Trade Center.*

*Thank you for the Ultimate Sacrifice!*

*June 22, 2002*

Judith A. Jacobs

Judith A. Jacobs
Presiding Officer
Nassau County Legislature