# Office of the Town Board

## Town of Oyster Bay

TOWN OF OYSTER BAY 1653 NEW YORK

# Citation

## Whereas:

They say "there but for the grace of God," but e like to think that it was also God's grace, in his mysterious way, that selected Glenn J. nuk from our midst and prematurely elevated him to a glorious state; and

WHEREAS: we are gathered here, on the occasion of the dedication ceremony of "Glenn J. Winuk Memorial Park," to honor an outstanding individual who lost his life while attempting to rescue others at the World Trade Center on September 11; and

WHEREAS: On September 11, 2001, Glenn, a career volunteer firefighter with the Jericho Fire District, raced from his office at Holland & Knight LLP, the large international law firm at which he was an accomplished partner, to the WTC to render aid and lost his life as the South Tower tragically fell minutes later; and

WHEREAS: the Town of Oyster Bay takes this opportunity to recognize the outstanding and noteworthy accomplishments of Glenn, who served the community for 19 years as a volunteer firefighter and EMT with the Jericho Fire District and will always be remembered for his hard work and unselfish devotion to the community,

NOW, THEREFORE, WE, the Oyster Bay Town Board, do hereby join with those here present in honoring the memory of Glenn J. Winuk, and we can take comfort in the thought that Glenn's spirit will live on in the lives of all those who knew him.

SUPERVISOR JOHN VENDITTO

COUNCILMAN ANGELO A. DELLIGATTI

COUNCILMAN JOSEPH D. MUSCARELLA

COUNCILWOMAN BONNIE A. EISLER

COUNCILMAN ANTHONY D. MACAGNONE

COUNCILMAN CHRIS J. COSCHIGNANO

COUNCILWOMAN MARY A. McCAFFERY

N CLERK MARTHA S. OFFERMAN

RECEIVER OF TAXES JAMES J. STEFANICH