# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**SEYMOUR AND JAY WINUK,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 06-770**
**Filed: February 28, 2007**

**O R D E R**

The court is in receipt of plaintiff's first amended complaint dated February 27, 2007. The above referenced document shall be **FILED** by the clerk's office by leave of the court.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**