IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEYMOUR WINUK, individually<br>as the father of<br>GLENN WINUK, deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-770C<br>(Judge Horn) |

DEFENDANT'S RESPONSE TO THE COURT'S FEBRUARY 22, 2007 ORDER

Pursuant to the Court's order dated February 22, 2007, defendant, the United States, respectfully submits a list of all the Department of Justice, Office of Justice Programs, Bureau of Justice Assistance ("BJA"), cases whose decisional documents have been sought by the plaintiff. Below is a the requested list of cases that includes not only the case names but also a list of any decisional documents, at any level, related to those cases. This list is supported by a declaration, executed by the undersigned counsel (Attachment A) and by an affidavit executed by the director of the Public Safety Officer's Benefits Office (Attachment B).

In the event that no decisional documents were withheld from the plaintiff, the Court also ordered the parties to submit a joint filing indicating as much. As we state in the attached declaration, all but two of the decisional documents below have been provided to the plaintiff. With respect to the remaining two, plaintiff's counsel has represented he does not wish to see them. Nevertheless, it is our understanding that plaintiff does not wish to sign a joint statement at this time because he believes our list of documents is somehow deficient. As we have stated and as we state in the attached declaration, the decisional documents listed below are the only decisional documents contained in the relevant cases.

A. William Wren, Cl. No. 01-911-0402
   1. Claim Determination, 7/26/02

B. James T. Corrigan, Cl. No. 01-911-0405
   1. Claim Determination, 7/26/02

C. Philip T. Hayes, Cl. No. 01-911-0407
   1. Claim Determination, 7/26/02

D. Joseph Amatuccio, Cl. No. 01-911-0424
   1. Claim Determination, 06/30/06
   2. Claim Determination, 11/17/06 (superseding 06/30/06 claim determination)

E. James Barbella, Cl. No. 01-911-0425
   1. Claim Determination, 06/30/06
   2. Claim Determination, 10/23/06 (superseding 06/30/06 claim determination)

F. Edward Calderon, Cl. No. 01-911-0426
   1. Claim Determination, 06/30/06

G. Carlos Dacosta, Cl. No. 01-911-0427
   1. Claim Determination, 06/30/06

H. Francis Demartini, Cl. No. 01-911-0428
   1. Claim Determination, 06/30/06

I. Kenneth Grouzalis, Cl. No. 01-911-0429
   1. Claim Determination, 06/30/06

J. Douglas Karpiloff, Cl. No. 01-911-0430
   1. Claim Determination, 06/30/06

K. Robert Lynch, Cl. No. 01-911-0431
   1. Claim Determination, 06/30/06

L. Robert Negron, Cl. No. 01-911-0432
   1. Claim Determination, 06/30/06

M. David Ortiz, Cl. No. 01-911-0433
   1. Claim Determination, 06/30/06

N. Francis Riccardelli, Cl. No. 01-911-0434
   1. Claim Determination, 06/30/06

O. Edward Strauss, Cl. No. 01-911-0435
   1. Claim Determination, 06/30/06

P. Eugene Raggio, Cl. No. 01-911-0415
   1. Letter from Eileen Garry to Joseph Morris, 01/27/03, containing advisory opinion on certification issues[1]
   2. Claim Determination 6/23/04
   2. Hearing Officer's Decision, 05/14/05, Eugene Raggio, Cl. No. 01-911-0415
   3. Final Agency Determination, 03/24/06, Eugene Raggio, Cl. No. 01-911-041

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

---

[1] During the Court's February 22, 2007 status conference, Mr. Winuk's counsel characterized this document as "decisional." However, this document does not decide any claim. Therefore, it is not decisional, it is merely advisory and represents the BJA's confirmation of telephonic communications with the Port Authority's regarding possible certification of individuals. I have included it in this list out of an abundance of caution because Mr. Winuk specifically raised its existence and, therefore, we were not certain whether the Court intended that I include the document on this list. In any event, Mr. Winuk's counsel possesses a copy of the document.

Of Counsel:
RAFAEL A. MADAN
General Counsel

JASON P. COOLEY
Attorney Advisor
Office of the General Counsel
Office of Justice Programs
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531

February 28, 2007

s/ Claudia Burke
CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 353-9063
Fax: (202) 514-7965

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 28th day of February, 2007, a copy of the foregoing "DEFENDANT'S RESPONSE TO THE COURT'S FEBRUARY 22, 2007 ORDER," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke