**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SEYMOUR WINUK, individually as the father of GLENN WINUK, deceased,** | ) | |
| **Plaintiff,** | ) | **No. 06-770** |
| **v.** | ) | **Judge Horn** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

AFFIDAVIT OF HOPE D. JANKE

I, Hope D. Janke, do hereby state the following:

1. I am the Director of the Public Safety Officers' Benefits Office, Bureau of Justice Assistance, Office of Justice Programs, United States Department of Justice ("BJA"), and, as such, I am responsible for the files maintained by BJA of claims filed under the Public Safety Officers' Benefits ("PSOB") Act and Public Law 107-37.

2. Further to the Court's Order that, on or before February 28, 2007, Defendant's counsel submit a list of the decisional documents in the claims that Plaintiff's counsel previously has asked for,[1] I state that I have caused to be provided to Claudia Burke, counsel for the United

---

[1] Plaintiff's counsel's first request for documents pertaining to claims other than the Winuks' came on September 12, 2006, when he asked for "the July 26, 2002 BJA decision" in the cases of Messrs. Corrigan, Wren, and Hayes; on September 14, 2006, BJA provided the Final Agency Determination for each to him. On October 3, 2006, Plaintiff's counsel made a new request for documents, this time for the "written decisions and analysis" in the cases of Mssrs. Amatuccio, Barbella, Calderon, DaCosta, DeMartini, Grouzalis, Karpiloff, Lynch, Negron, Ortiz, Riccardelli, Strauss, and Raggio; on November 17, 2006 (following an exchange of correspondence dated October 25, 2006, and November 9, 2006), BJA provided counsel with the three determinations rendered in the Raggio case, and the Final Agency Determination for each

States, the complete file, containing all the information and evidence relied upon by BJA in making its determination in each of the claims that Plaintiff's counsel previously has identified:

William Wren (01-911-0402)
James Corrigan (01-911-0405)
Philip Hayes (01-911-0407)
Joseph Amatuccio (01-911-0424)
James Barbella (01-911-0425)
Edward Calderon (01-911-0426)
Carlos DaCosta (01-911-0427)
Francis DeMartini (01-911-0428)
Kenneth Grouzalis (01-911-0429)
Douglas Karpiloff (01-911-0430)
Robert Lynch (01-911-0431)
Pete Negron (01-911-0432)
David Ortiz (01-911-0433)
Francis Riccardelli (01-911-0434)
Edward Strauss (01-911-0435)
Eugene Raggio (01-911-0415)

3. In those claims that are made to BJA for PSOB Act death benefits (as opposed to Public Law 107-37 death benefits), BJA typically obtains a completed claim form; a form reporting the decedent's death completed by an official of the appropriate public agency; and detailed information and evidence related to the decedent's status (to inform consideration of whether the decedent was a "public safety officer" (and of what kind)), related to the circumstances of his death (for example, a police report, if the event leading to the death was investigated, or a statement from an official of the public agency describing the events that lead to the death), related to the medical cause of the decedent's death (for example, an autopsy or other medical information that would inform consideration of whether the decedent died as a "direct and proximate result of a personal injury"), and related to the eligibility of the potential

---

of the other twelve cases.

claimants (for example, copies of marriage certificates, birth certificates, and divorce decrees).

4. In those claims that are made to BJA for death benefits under Public Law 107-37 (as opposed to PSOB Act death benefits), in which the public agency submits a certification, not nearly so much information and evidence is obtained. Generally, the certification, upon which the Public Law authorizes BJA to rely, substitutes for the need for detailed information, evidence, and fact-finding related to whether the decedent was a public safety officer (and of what kind), and whether the decedent died as a direct and proximate result of a personal injury sustained in the line of duty. Those individuals seeking a death benefit under Public Law 107-37 still must file a claim with BJA as well as such further information and evidence as may be necessary to determine who may be an eligible beneficiary, if the same is not contained within the certification.

Further affiant sayeth naught.

_______________(L.S.)
Affiant

Sworn and subscribed to before me, a Notary Public in and for the District of Columbia.

_______________(Notarial Seal)
Notary Public

2/28/2007
Date

ROSA M. WASHINGTON
Notary Public of District of Columbia
My Commission expires: My Commission Expires on August 14, 2008