IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEYMOUR WINUK, individually<br>as the father of<br>GLENN WINUK, deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-770C<br>(Judge Horn) |

JOINT STIPULATION OF ISSUES OF LAW

Pursuant to this Court's order, dated February 22, 2007, defendant, the United States, and plaintiff, Seymour Winuk, respectfully submit this joint stipulation of issues of law.

1. Whether the United States Department of Justice, Office of Justice Programs, Bureau of Justice Assistance ("BJA's") determination that no public agency certified that Mr. Glenn Winuk was a public safety officer who died in the line of duty, substantially complied with Public Law 107-37, was not arbitrary and capricious, and was supported by substantial evidence.

2. Whether the BJA's determination that Mr. Winuk's claim did not satisfy the requirements of 42 U.S.C. § 3796 et seq., and its implementing regulations substantially complied with the statute and regulations, was not arbitrary and capricious, and was supported by substantial evidence.

A. Whether the BJA's holding that Mr. Winuk was not a public safety officer substantially complied with the statute and regulations, was not arbitrary and capricious, and was supported by substantial evidence.

B. Whether the BJA's holding that Mr. Winuk did not die in the line of duty

substantially complied with the statute and regulations, was not arbitrary and capricious, and was supported by substantial evidence.

C. Whether the BJA's determination that a 2005 New York law was not entitled to any special evidentiary weight, substantially complied with 42 U.S.C. 3796 and its implementing regulations.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Claudia Burke
CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 353-9063
Fax: (202) 514-7965

Of Counsel:
RAFAEL A. MADAN
General Counsel

JASON P. COOLEY
Attorney Advisor
Office of the General Counsel
Office of Justice Programs
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531

Attorneys for Defendant

March 1, 2007

s/Andrew J. Maloney
ANDREW J. MALONEY
Kreindler & Kreindler, LLP
100 Park Ave.
New York, NY, 10017-5590
(212) 687-8181

Attorney for Plaintiffs

March 1, 2007