# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**SEYMOUR WINUK, individually as the Father of GLENN WINUK, Deceased,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-770**
**Filed: March 5, 2007**

## O R D E R

The parties raised several issues with chambers personnel on March 5, 2007. Based on that discussion, on **Monday, March 5, 2007**, plaintiff will provide to defendant documents proposed as supplements to the administrative record. On or before **Wednesday, March 7, 2007**, defendant shall supplement the administrative record, as deemed appropriate. If the administrative record is not supplemented with all of the documents identified by plaintiff, plaintiff may include and cite to those documents in an appendix to his brief, and/or may file a motion to compel supplementation of the administrative record on or before **Wednesday, March 14, 2007**, to include the documents in question. Also on or before **Wednesday, March 14, 2007**, plaintiff may file a motion to compel discovery of three documents on defendant's privilege log. Defendant shall respond to any motion to compel supplementation of the administrative record, and to the discovery of documents on its privilege log, on or before **Friday, March 16, 2007**. Also on or before **Friday, March 16, 2007**, defendant shall provide to the court for in camera review paper copies of the withheld documents on its privilege log sought by plaintiff.

The remainder of the schedule in the court's order of February 22, 2007 remains unchanged. On or before **Monday, March 26, 2007**, plaintiff shall file his combined cross-motion and response to the defendant's motion for judgment upon the administrative record. On or before **Thursday, April 12, 2007**, defendant shall file its reply. On or before **Monday, April 30, 2007**, plaintiff shall file his reply.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**