IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEYMOUR WINUK, individually as the father of GLENN WINUK, deceased, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-770C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING
<u>OF SUPPLEMENTAL ADMINISTRATIVE RECORD MATERIAL</u>

Pursuant to this Court's order dated March 5, 2007, defendant, the United States, respectfully submits for filing three documents considered by the agency, the Department of Justice, Office of Justice Programs, Bureau of Justice Assistance, in rendering its final agency determination. These documents should be considered part of the administrative record and are numbered as such. The documents are listed below with the accompanying record page numbers:

1. Public Safety Officers' Benefits Claim Determination, 7/26/02, William Wren, pages 357-58
2. Public Safety Officers' Benefits Claim Determination, 7/26/02, Philip T. Hayes, pages 359-60
3. Public Safety Officers' Benefits Claim Determination, 7/26/02, James J. Corrigan, pages 361-62

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Claudia Burke
CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L St. N.W.
Washington, D.C.
Tel: (202) 353-9063
Fax: (202) 514-7965

Attorneys for Defendant

OF COUNSEL:
RAFAEL MADAN
General Counsel

JASON COOLEY
Attorney-Advisor
Office of the General Counsel
Office of Justice Programs
Department of Justice
810 7th St. N.W.
Washington, D.C. 20531

March 7, 2007

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 7th day of March 2007, a copy of the foregoing “DEFENDANT'S NOTICE OF FILING OF SUPPLEMENTAL ADMINISTRATIVE RECORD” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Claudia Burke