U.S. Department of Justice

Office of Justice Programs

*Bureau of Justice Assistance*

*Washington, D.C. 20531*

**PUBLIC SAFETY OFFICERS' BENEFITS ACT CLAIM DETERMINATION**

**Case Number**: 01-911-0402

**Decedent**: William Wren, Fire Safety Director, OCS Group
New York, New York 10016

**Case Summary**: On Tuesday, September 11, 2001, shortly before 9:00 a.m., American Airline Flight 11 crashed into the north tower of the World Trade Center, and burst into flames. Fifteen minutes later, a second plane, United Flight 175, crashed into the south tower. The impact of both crashes caused the World Trade Centers to collapse. It is estimated that approximately four hundred emergency personnel were killed during rescue attempts. Fire Safety Director William Wren died of injuries sustained in the line of duty.

**Beneficiary**: Fire Safety Director William Wren is survived by his widow, He is also survived by his sons, . Both sons are emancipated and submitted letters of self support. No other beneficiaries were identified.

**Determination**: This claim was certified as ready for a determination on July 24, 2002. Based on the Report of Public Safety Officer's Death submitted by the New York Fire Department, the Claim for Death Benefits submitted by , and an analysis of the facts of the case, it is determined that the death of Fire Safety Director William Wren **is covered** under the Omnibus Crime Control and Safe Streets Act of 1968 (42 U.S.C. 3796), as amended, and 28 C.F.R. Part 32. Fire Safety Director William Wren died as a direct and proximate result of a personal injury sustained in the line of duty.

Under the PSOB regulations, a "personal injury" is defined as "any traumatic injury, as well as diseases which are caused by or result from such an injury, but not occupational diseases." 28 C.F.R. 32.2(e). Traumatic injury is defined as "a wound or other condition of the body caused by external forces, including injuries inflicted by bullets, explosives, sharp instruments, blunt objects or other physical blows, chemicals, electricity, climatic conditions, infectious diseases, radiation, and bacteria, but excluding stress and strain." 28 C.F.R. 32.2(g).

Based on the evidence presented in this case we have concluded that Fire Safety Director Wren's widow, , will be awarded the total benefit amount of $250,000.00.

**PSOB Claim No. 01-911-0402**

**Fire Safety Director William Wren**

Prepared by:

Eileen M. Garry

Eileen M. Garry, Special Assistant to Director

7/24/02
Date

Concurrence:

[signature]
Office of General Counsel

7/26/02
Date

Valerie C. Neal
Valerie C. Neal, Chief
Public Safety Officers' Benefits Program

7/26/02
Date

U.S. Department of Justice

Office of Justice Programs

*Bureau of Justice Assistance*

*Washington, D.C. 20531*

# PUBLIC SAFETY OFFICERS' BENEFITS ACT CLAIM DETERMINATION

**Case Number**: 01-911-0407

**Decedent**: Philip T. Hayes, Deputy Fire Safety Director, OCS Group
New York, New York 10016

**Case Summary**: On Tuesday, September 11, 2001, shortly before 9:00 a.m., American Airline Flight 11 crashed into the north tower of the World Trade Center, and burst into flames. Fifteen minutes later, a second plane, United Flight 175, crashed into the south tower. The impact of both crashes caused the World Trade Centers to collapse. It is estimated that approximately four hundred emergency personnel were killed during rescue attempts. Deputy Fire Safety Director Philip T. Hayes died of injuries sustained in the line of duty.

**Beneficiary**: Deputy Fire Safety Director Philip T. Hayes by his widow, He is also survived by his children,
All the children are emancipated and submitted letters of self support. No other beneficiaries were identified.

**Determination**: This claim was certified as ready for a determination on July 24, 2002. Based on the Report of Public Safety Officer's Death submitted by the New York Fire Department, the Claim for Death Benefits submitted by and an analysis of the facts of the case, it is determined that the death of Deputy Fire Safety Director Philip T. Hayes **is covered** under the Omnibus Crime Control and Safe Streets Act of 1968 (42 U.S.C. 3796), as amended, and 28 C.F.R. Part 32. Deputy Fire Safety Director Philip T. Hayes died as a direct and proximate result of a personal injury sustained in the line of duty.

Under the PSOB regulations, a "personal injury" is defined as "any traumatic injury, as well as diseases which are caused by or result from such an injury, but not occupational diseases." 28 C.F.R. 32.2(e). Traumatic injury is defined as "a wound or other condition of the body caused by external forces, including injuries inflicted by bullets, explosives, sharp instruments, blunt objects or other physical blows, chemicals, electricity, climatic conditions, infectious diseases, radiation, and bacteria, but excluding stress and strain." 28 C.F.R. 32.2(g).

Based on the evidence presented in this case we have concluded that Deputy Fire Safety Director Hayes' widow, will be awarded the total benefit amount of $250,000.00.

**PSOB Claim No. 01-911-0407** **Deputy Fire Safety Director Philip T. Hayes**

Prepared by:

Eileen M. Garry 7/24/02

Eileen M. Garry, Acting Director, Benefits Office Date

Concurrence:

7/25/02

Office of General Counsel Date

Valerie C. Neal 7/26/02

Valerie C. Neal, Chief Date
Public Safety Officers' Benefits Program

U.S. Department of Justice

Office of Justice Programs

*Bureau of Justice Assistance*

---

*Washington, D.C. 20531*

## PUBLIC SAFETY OFFICERS' BENEFITS ACT CLAIM DETERMINATION

**Case Number**: 01-911-0405

**Decedent**: James J. Corrigan, Fire Safety Director, OCS Group
New York, New York 10016

**Case Summary**: On Tuesday, September 11, 2001, shortly before 9:00 a.m., American Airline Flight 11 crashed into the north tower of the World Trade Center, and burst into flames. Fifteen minutes later, a second plane, United Flight 175, crashed into the south tower. The impact of both crashes caused the World Trade Centers to collapse. It is estimated that approximately four hundred emergency personnel were killed during rescue attempts. Fire Safety Director James J. Corrigan died of injuries sustained in the line of duty.

**Beneficiary**: Fire Safety Director James J. Corrigan is survived by his widow, He is also survived by his sons , . Both and are emancipated and submitted letters of self support. No other beneficiaries were identified.

**Determination**: This claim was certified as ready for a determination on July 24, 2002. Based on the Report of Public Safety Officer's Death submitted by the New York Fire Department, the Claim for Death Benefits submitted by , and an analysis of the facts of the case, it is determined that the death of Fire Safety Director James J. Corrigan **is covered** under the Omnibus Crime Control and Safe Streets Act of 1968 (42 U.S.C. 3796), as amended, and 28 C.F.R. Part 32. Fire Safety Director James J. Corrigan died as a direct and proximate result of a personal injury sustained in the line of duty.

Under the PSOB regulations, a "personal injury" is defined as "any traumatic injury, as well as diseases which are caused by or result from such an injury, but not occupational diseases." 28 C.F.R. 32.2(e). Traumatic injury is defined as "a wound or other condition of the body caused by external forces, including injuries inflicted by bullets, explosives, sharp instruments, blunt objects or other physical blows, chemicals, electricity, climatic conditions, infectious diseases, radiation, and bacteria, but excluding stress and strain." 28 C.F.R. 32.2(g).

Based on the evidence presented in this case we have concluded that Fire Safety Director Corrigan's widow, , will be awarded the total benefit amount of $250,000.00.

Prepared by:

Eileen M. Garry, Acting Director, Benefits Office — Date 7/24/02

Concurrence:

Office of General Counsel — Date 7/25/02

Valerie C. Neal, Chief
Public Safety Officers' Benefits Program — Date 7/26/02