**EXHIBIT A**

**U.S. Department of Justice**

Civil Division

JED:FEW:CBurke
DJ No. 154-06-770

Tel:(202)353-9063
Fax:(202)514-7965

*Washington, D.C. 20530*

BY EMAIL, AND FEDERAL EXPRESS

February 27, 2007

Andrew Maloney
Kreindler & Kreindler, LLP
100 Park Ave.
New York, NY, 10017-5590
(212) 687-8181

RE: Seymour Winuk v. United States,
Fed. Cl. No. 06-770C

Dear Mr. Maloney:

As you are aware, the administrative record filed in this case on February 21, 2007, does not include three documents that are privileged. Although you have not requested a log of these documents, as a courtesy, please find attached to this letter a privilege log identifying those documents and explaining the basis of the privilege assertion.

Very truly yours,

CLAUDIA BURKE
Trial Attorney
Commercial Litigation

Encl:

# PRIVILEGE LOG FOR THE DOJ CASE FILES IN SEYMOUR WINUK v. UNITED STATES, NO. 154-06-770



| Admin Record # | Date | From | To | CC | Privilege | Description |
|---|---|---|---|---|---|---|
| Tab No. 35 | 12/23/03 | E. Martin | M. Guerriere | R. Carradini, Esq. | Attorney/Client and Deliberative Process | E-mail re: the Glenn Winuk claim, includes statements from an attorney-advisor. |
| Tab No. 58 | 12/7/05 | G. Brady, Esq. | D. Herraiz | H. Janke | Attorney/Client and Deliberative Process | Internal memorandum re: Glenn Winuk claim, including internal recommendations made by the Deputy General Counsel. |
| Tab. No. 64 | 11/18/05 | G. Brady, Esq. | D. Herraiz | | Attorney/Client and Deliberative Process | Internal memorandum re: Glenn Winuk claim, including internal recommendations made by the Deputy General Counsel. |