NATIONAL FALLEN FIREFIGHTERS FOUNDATION ™

**Board of Directors**

**Hal Bruno, Chairman**
ABC News-Retired

**Gerard Scannell, V. Chair**
National Safety Council
President Emeritus

**Seth Statler**
Treasurer

**Vina Drennan**
Fire Service Survivor

**Art Glatfelter**
Glatfelter Insurance Group

**DC William Goldfeder**
Loveland-Symmes
Fire Department

**Chief Leonard King**
Maryland Fire Service

**Steve Robinson**
State of Nevada

**Harold Schaitberger**
International Association
of Fire Fighters

**Chief Philip C. Stittleburg**
National Volunteer
Fire Council

**Susan Watkins**
State Farm Fire and
Casualty Company

**William M. Webb**
Congressional Fire
Services Institute

**Advisory Committee**

**Chief Mike Chiaramonte**
Volunteer and Combination
Officer Section-IAFC

**Mary Ann Gibbons**
Maryland State
Firemen's Association

**Helen King**
Fire Service Survivor

**Chief Robert Ojeda**
Metro Fire Chiefs
Section-IAFC/NFPA

March 31, 2006

Mr. Jay Winuk
25 Brian Court
Carmel, NY 10512

Dear Mr. Winuk:

On behalf of the National Fallen Firefighters Foundation, I invite you to participate in the National Fallen Firefighters Memorial Weekend on October 6-8, 2006, on the campus of the National Emergency Training Center in Emmitsburg, Maryland. This special Weekend will honor the service and sacrifice of your loved one and the other firefighters who died in 2005. It will also allow you to meet fire service survivors from across the country so that you can share experiences, make lasting friendships, and begin to look ahead.

Since 1981, a grateful Nation has honored its fire heroes during the annual National Memorial Weekend. Members of the fire service from across the country participate in the Honor Guard processions, serve as family escorts, and provide assistance with all activities. It is a Weekend that reinforces the special bond shared by the fire service family. We have enclosed detailed information and forms to register for the Memorial Weekend activities. Many of you have already heard from members of the Foundation's Fire Service Survivors Network who may have told you about the Weekend.

The Weekend begins with your personal welcome as you arrive at the airport or as you check in at your hotel on Friday, October 6. Saturday, October 7, is Family Day. The day includes opportunities for you and your family to meet other fire service survivors and concludes with a family Candlelight Service. Sunday, October 8, is the National Fallen Firefighters Memorial Service, a formal national tribute rich in fire service traditions.

If you would like to talk with a member of our staff or a member of our Fire Service Survivors Network about the Weekend, please call the Foundation at (301) 447-1365 or e-mail us at firehero@firehero.org. You can also visit our Web site at www.firehero.org for more information about the Foundation's many programs and for Memorial Weekend updates.

We look forward to hearing from you and hope you can join us in October.

Sincerely,

Chief Ronald J. Siarnicki
Executive Director

Enclosures

16825 South Seton Avenue ♦ P.O. Drawer 498 ♦ Emmitsburg ♦ Maryland ♦ 21727
(301) 447-1365 *phone* ♦ (301) 447-1645 *fax* ♦ www.firehero.org ♦ firehero@firehero.org

*Remembering*

# Glenn J. Winuk

## Jericho Fire Department– New York

Classification: Volunteer
Rank: Firefighter/EMT
Date of Death: September 11, 2001
Age: 40

Glenn Winuk, a lawyer who worked one block from the World Trade Center, led the evacuation of his office during the terrorist attacks of September 11th. He then assisted NYPD and FDNY members in evacuating the South Tower of the World Trade Center. He was killed when the building collapsed. A 19-year veteran with the Jericho Fire Department, he was a decorated former lieutenant and a former fire commissioner in Jericho.

A park in Jericho was renamed in Winuk's honor, and a stone monument was dedicated in his memory. The firm for which he worked, Holland and Knight, has established a humanitarian fund in his honor.

Firefighting was a passion to him, the chance to help someone. He was always sprinting toward danger. He had a calm, firm way that assured you he knew what he was doing.

*"There is a destiny that makes us brothers, none goes his way alone. All that we send into the lives of others comes back into our own."*

— Edwin Markham

FIREFIGHTER GLENN WINUK
JERICHO FIRE DEPARTMENT, NY
FINAL CALL: SEPTEMBER 11, 2001



In Honor of

***Glenn J. Winuk***

This flag was proudly flown
over the Nation's Capitol and the
National Fallen Firefighters Memorial
at Emmitsburg, Maryland.

October 2006

# NEW YORK STATE FALLEN FIREFIGHTERS MEMORIAL COMMITTEE, INC.

August 21, 2006

To the family of Firefighter Glenn J. Winuk
c/o Jay Winuk
25 Brian Court
Carmel, NY 10512

*In honor of Glenn J. Winuk, Firefighter, Jericho Fire Department, September 11, 2001*

Dear family of Firefighter Glenn J. Winuk:

Each year since 1998, the New York State Fallen Firefighters Committee, Inc., has conducted a ceremony honoring the firefighters who have died in the line of duty. The NYS Fallen Firefighters Memorial, located at the Empire State Plaza in Albany, includes a sculpture and memorial wall inscribed with the names of firefighters who have made the ultimate sacrifice.

The 2006 Memorial Ceremony will pay tribute to the 19 firefighters who gave their lives in 2005. It will also pay tribute to an additional six firefighters who have been brought to our attention as names to be added for previous years.

This year's Ceremony will be held on Tuesday, October 10, 11 a.m., at the Memorial site.

On behalf of the New York State fire service we would like to invite you to this year's ceremony. We would be most honored by your presence and hope that it might be possible.

If you plan to attend, a special seating area has been arranged for family, friends and representatives located directly in front of the Memorial. Further information about the Memorial is available on the web at http://www.dos.state.ny.us/fire/memorial/memorial.htm. The favor of a response is requested to the NYS Department of State Office of Fire Prevention and Control at (518) 474-6746.

Please accept our deepest sympathy for the loss of your loved one and know that your family will forever be in our thoughts and prayers.

Sincerely,

Gunnar L. Neilson
Chairperson
NYS Fallen Firefighters Memorial Committee, Inc.

107 WASHINGTON AVENUE • ALBANY, NY 12210-2269 • PHONE: (518) 434-0987 • FAX: (518) 426-0139

# The Names of Those Added to the Memorial Wall in the Year 2006

## 2005 Line of Duty Deaths

| | | | | |
|---|---|---|---|---|
| Michael D. Falkouski | Assistant Chief | Rensselaer Fire Department | Rensselaer County | January 23, 2005 |
| Curtis W. Meyran | Lieutenant | New York City Fire Department | New York | January 23, 2005 |
| John G. Bellew | Firefighter | New York City Fire Department | New York | January 23, 2005 |
| Richard T. Sclafani | Firefighter | New York City Fire Department | New York | January 23, 2005 |
| Todd Smith | Firefighter | New Paltz Fire Department | Ulster County | February 6, 2005 |
| James E. Mero, Jr. | Firefighter | Willsboro Volunteer Fire Department | Essex County | March 9, 2005 |
| Robert G. Brooks, Sr. | Firefighter | Montgomery Volunteer Fire Department | Orange County | March 28, 2005 |
| Christopher W. Dill | Firefighter | Buffalo Fire Department | Erie County | April 4, 2005 |
| Alfred A. Wohrman | Firefighter/Commissioner | Beckman Volunteer Fire Department | Dutchess County | April 17, 2005 |
| Dale A. Monica | Firefighter | Burke Volunteer Fire Department | Franklin County | April 16, 2005 |
| Jeffrey L. Wiener | Firefighter | Lynbrook Fire Department | Nassau County | May 7, 2005 |
| James J. O'Neil | Firefighter | Hempstead Fire Department | Nassau County | June 13, 2005 |
| Peter Lund | Firefighter | Woodmere Fire Department | Nassau County | June 14, 2005 |
| William R. McAnally | Firefighter | Ossining Fire Department | Westchester County | June 22, 2005 |
| John Husser | Firefighter | Rockville Centre Fire Department | Nassau County | June 28, 2005 |
| William Bostian | Fire Police Lieutenant | West Webster Fire Department | Monroe County | August 6, 2005 |
| Peter E. Hotaling | Firefighter | Claverack Fire Department | Columbia County | October 4, 2005 |
| E. Timothy Parsell | Captain | Collins Fire Department | Erie County | November 4, 2005 |
| Jason D. Hasenauer | Firefighter | Hilton Fire Department | Monroe County | December 28, 2005 |

## Line of Duty Deaths for Previous Years

| | | | | |
|---|---|---|---|---|
| Francis J. Hehar | Firefighter | Binghamton Fire Department | Broome County | September 26, 1898 |
| Earnest Starrett | Firefighter | Hudson Falls Fire Department | Washington County | January 16, 1910 |
| William J. Ford | Captain | Binghamton Fire Department | Broome County | October 29, 1915 |
| William Ewing | Hoseman | Cohoes Fire Department | Albany County | March 24, 1930 |
| Lewis D. McManus | Firefighter | New Woodstock Fire Department | Madison County | May 6, 1973 |
| Glenn J. Winuk | Firefighter | Jericho Fire Department | Nassau County | September 11, 2001 |

## New York State Fallen Firefighters Memorial Schedule of Events for Family Attendees

9:00 a.m. - 11:00 a.m. Continental breakfast in one of Empire State Plaza Concourse Meeting Rooms.

11:00 a.m. - 12:00 p.m. Ceremony on the Plaza level of the NYS Empire Plaza.

12:00 p.m. - 4:00 p.m. Lunch at the Polish-American Citizens Club, 110 Commerce Avenue, Albany.

## Notes of Interest

- Parking is available at the Empire State Plaza at the VISITOR LEVEL.
- Accommodations and dining information is available on the web at the Memorial site listed below. Or, contact the Abany County Chamber of Commerce at 1-800-258-3582 or http://www.albany.org
- Additional questions can be directed to the NYS Department of State Office of Fire Pevention and Control at (518) 474-6746.

## For additional information:

- View the official list of Memorial names and additional information at: http://www.dos.state.ny.us/fire/memorial/memorial.htm
- The NYS Dept. of State Office of Fire Prevention and Control: http://www.dos.state.ny.us/fire/firewww.html

Line of Duty Deaths for Previous Years

| | | | | |
|---|---|---|---|---|
| Francis J. Hehar | Firefighter | Binghamton Fire Department | Broome County | September 26, 1898 |
| Ernest Starrett | Firefighter | Hudson Falls Fire Department | Washington County | January 16, 1910 |
| William J. Ford | Captain | Binghamton Fire Department | Broome County | October 29, 1915 |
| William Ewing | Hoseman | Cohoes Fire Department | Albany County | March 24, 1930 |
| Lewis D. McManus | Firefighter | New Woodstock Fire Department | Madison County | May 5, 1973 |
| Glenn J. Winuk | Firefighter | Jericho Volunteer Fire Department | Nassau County | September 11, 2001 |

## New York State Fallen Firefighters Memorial 2006 Facts

- The New York State Fallen Firefighters Memorial was dedicated by Governor George E. Pataki in 1998.
- In 1999, the New York State Fallen Firefighters Memorial Wall was engraved with 1,805 names and unveiled by Governor Pataki in a dedication ceremony.
- The memory and the valor of our fallen firefighters is commemorated at the Memorial during Fire Prevention Week each year.
- As of the October 10, 2006 ceremony, there will be 2,337 names on the wall.
- The 2006 New York State Fallen Firefighters Memorial ceremony will honor the 16 Empire State firefighters who gave their lives in the line of duty in 2005.
- 22 names will be added to the wall for the 2006 ceremony. Of these, 16 are 2005 deaths. The other 6 names are from previous years.
- The earliest name on the wall is from the year 1811.

VIEW THE OFFICIAL LIST OF MEMORIAL NAMES: http://www.dos.state.ny.us/fire/imo.html
VIEW THE FINANCIAL REPORT OF THE COMMITTEE: http://www.fasny.com/
THE NYS DOS OFFICE OF FIRE PREVENTION AND CONTROL: http://www.dos.state.ny.us/fire/firewww.html
THE OFFICIAL ANTHEM OF THE NYS FALLEN FIREIGHTERS MEMORIAL: http://www.dos.state.ny.us/fire/ffcreed.htm

# The Story of the New York State Fallen Firefighters Memorial

The creation of a permanent, official New York State memorial to honor the memory and heroism of all NYS firefighters who died in the line of duty, was a vision shared by three men in 1997: Governor George E. Pataki, son of a volunteer firefighter; James A. McGowan, a retired FDNY Lieutenant and President of the NYS Professional Firefighters Association, Inc.; and Gunnar Neilson, President of the Firemen's Association of the State of New York.

They enlisted the support of the Legislature's leadership, Senator Joseph Bruno and Assemblyman Sheldon Silver, for an appropriation which would make the vision a reality. Funding was allocated in equal amounts by the Legislature and the Governor's office. Governor Pataki announced the project on August 21, 1997.

The NYS Office of General Services (OGS), directed by Commissioner Joseph J. Seymour, was charged with the responsibility for planning, designing and overseeing construction of the Memorial.

A prominent location on the Empire State Plaza, adjacent to The Egg, was selected. Office of General Services architect James Jamieson, AIA, designed the 106' x 120' site as a park-like area of repose. The grass is bordered by tall, box trimmed Norway maple trees. The 38' diameter central paved plaza of charcoal and red brick pavers, forming a Maltese Cross, is the surface on which the podium base of the sculpture is mounted. Brick walkways lead from the east and west sides into the Cross and a curved granite bench faces the sculpture.

Robert Eccleston, then 33, of Schuyler Falls, NY, was selected from among several sculptors, who submitted concepts, drawings and models, to receive the commission. The cast bronze sculpture depicts two firefighters rescuing an injured firefighter-brother and dragging him away from the wall of death where the names of the fallen are inscribed. The stirring work of art is patinaed in black, with burnished highlights on the faces and the detail of the 1960's turn-out gear. Every inch of Eccleston's first major commission is charged with emotion, energy and motion. It was cast at the Tallix Foundry in Beacon, NY.

The sculpture was unveiled and dedicated by Governor Pataki on October 5, 1998. The second phase of the project got underway immediately — building a 54' x 15' Barre granite wall at the rear of the site that will forever bear the names of the noble men and women of the fire service who gave their lives to save others. On October 5, 1999, when Governor Pataki dedicated the wall, 1,805 names had been sandblasted into the marble, with the earliest dating from a line of duty death in 1811. As of October 10, 2006, the number has risen to 2,337.

The NYS Fallen Firefighters Memorial is the collaborative effort of many in the public and private sectors. It stands as an enduring tribute to the fire service of New York State to whom we all owe immeasurable thanks and prayers. The Memorial will remain forever as a symbol of the gratitude of New York's citizens — a tribute to valor and courage that exemplifies the finest of New York's bravest.




JAMES GLASGLOW
GLENN J WINUK
ROBERT KING, JR
SAMUEL P. OITICE
JOHN BUCKLOH

The City of New York

FIRE DEPARTMENT
9 METROTECH CENTER, 5th FLOOR BROOKLYN N.Y. 11201-3857

NICHOLAS SCOPPETTA
FIRE COMMISSIONER

June 10, 2006



Dear Families and Friends,

Four years ago today, the FDNY concluded operations at the 16 acre World Trade Center site; nine months after the worst attacks on United States soil.

September 11th, 2001 was also the FDNY's finest hour. We led the largest rescue operation in the history of the United States - over 25,000 lives were saved. The magnificent bas-relief presented to us today by our friends at Holland & Knight memorializes both Fire Operations on September 11th and the extraordinary courage New York City Firefighters exhibit every day.

The bas-relief is also a "Silent Roll Call" for the 343 Fire Department members who gave their lives in the performance of their duty at Manhattan Box 5-5-8087. Each name is carefully listed to be read and remembered by thousands of people from around the world.

In the aftermath of September 11, 2001 the Fire Department was deeply moved by the support from across the country and around the world. Today's tribute however is particularly poignant: it is in honor of a New Yorker, Glenn Winuk, who perished when he left his office to run towards the World Trade Center site to help.

On behalf of the 15,000 members of the FDNY, thank you to everyone who participated in making this bas-relief a reality.

Sincerely,

Nicholas Scoppetta

## Holland & Knight Presentation of Memorial Wall to Fire Department of New York June 11, 2006

| | |
|---|---|
| Pipes and Drums | FDNY Emerald Society |
| *The Star Spangled Banner* | FDNY Firefighter Frank Pizarro |
| Welcome and Master of Ceremony | Howell W. Melton, Jr., Managing Partner of Holland & Knight LLP |
| Presidential Video Presentation | George W. Bush, President of the United States |
| Remarks | Brian D. Starer, Chair of the Holland & Knight 9-11 Memorial Committee |
| | Milton Fischberger, FDNY Deputy Fire Commissioner, |
| | Assistant Chief Harold Meyers, FDNY Manhattan Borough Commander |
| *The Beatitudes* | Setting, Arvo Pärt, 1991, Performed by Choir of Trinity Church, Princeton |
| Video Presentation | George E. Pataki, Governor of New York |
| | U.S. Congressman Peter T. King |
| Winuk Family Response | Jay S. Winuk, Brother of Glenn Winuk |
| *The Bravest* | Written and Performed by Tom Paxton |
| Presentation of Memorial By Holland & Knight, in honor Of Glenn J. Winuk | Brian D. Starer, Chair of the Holland & Knight 9-11 Memorial Committee |

*Unveiling of Memorial*

| | |
|---|---|
| Acceptance of Memorial by Fire Department of New York | Milton Fischberger, FDNY Deputy Fire Commissioner |
| | Assistant Chief Harold Meyers, FDNY Manhattan Borough Commander |
| Blessing | Rabbi Joseph Potasnik, FDNY Chaplain |
| Closing | Howell W. Melton, Jr. |
| My Country, Tis of Thee | Choir of Trinity Church, Princeton |


June 2006
Commemorative Brochure

## Local News



Posted: Sunday, 11 June 2006 8:42AM

# HERO'S MEMORIAL

**NEW YORK (1010 WINS)** -- With a view of the mammoth gap in the ground where the World Trade Center once stood, Rudy Giuliani helped dedicate the first major memorial to the 343 members of the New York City Fire Department who died in the terror attack.

On Saturday morning, families of dead firefighters joined the former mayor and other officials to unveil the $1 million bronze sculpture affixed to the wall of a firehouse.

**AUDIO: 1010 WINS Reporter Steve Kastenbaum was there.**

Saturday marked the fourth anniversary of "the conclusion of recovery work" at ground zero, Fire Commissioner Nicholas Scopetta noted.

"These men walked into the fire as other people walked out," said Giuliani, who became known as "America's Mayor" for his take-charge demeanor after the Sept. 11, 2001, attack on the World Trade Center.

### Featured Audio

**More Restaurants Closed After Rats Fiasco**
The city's food inspectors have been on a rat rampage since the debacle in Greenwich Village but owners of shuttered restaurants are saying it's a witchunt.

ADVERTISEMENT

Destination: Any
Length of Cruise: Any
Month: Any
Day: Any

### News Watch

**Elderly Tenants: 'We Want to Go Home'**
**AccuWeather: Flood Watch In Effect Until Friday**
**Man Accused of MySpace Sex Assault of Pre-Teens**
**PHOTO: New Call for Help to Find Missing Woman**
**Rabbi: Dominatrix' House Needs Spiritual Cleansing**
**Corzine: Combat Global Warming to For N.J.'s Sake**
**Accused Killer of N.J. Teacher to Take the Stand**
**Woman Sues NJ Abortion Clinic After Month in Coma**
**Bill to Send Sex Offenders to Psych Wards After Jail**
**Students, L.I. College Make Up Over 'Hostage' Video**

Giuliani spoke to an audience of more than 500, flanked by fire engines under a row of U.S. flags that veiled the 6-foot tall, 56-foot wide bronze memorial, which Giuliani said symbolically was "forged in fire."

The terrorists' aim was to kill as many people as possible, he said, while proving "that we were weak. ... But they were only able to partially achieve their first agenda," he said at the ceremony under the memorial wall of Engine Co. 10/Ladder Co. 10 — the closest firehouse to ground zero.

More than 25,000 people streaming out of the trade center were saved and more than 2,700 died.

"It's stirring," said Jay Winuk as he stood by the unveiled memorial after the ceremony. "It reflects my brother perfectly."

A volunteer firefighter from Jericho, Glenn Winuk was a lawyer who raced from his office blocks away to help in the rescue effort. His remains were later discovered at the base of the south tower.

After realizing that Winuk, a 40-year-old partner in the Holland & Knight firm, had been killed, "we wanted to do something more lasting and fitting. We looked for a project," said his law partner, Brian Starer.

The result is the grand bas-relief that shows firefighters approaching the burning buildings with shovels and trucks. One is shown with his helmet removed, sitting down to rest, burying his face in his hand.

"I come to ground zero because it's the last streets he walked, it's the last thing he did," said Winuk's brother as he and other family members pressed into the memorial, some of them tracing their loved ones' etched name onto pieces of paper — similar to what thousands have done at the Vietnam Memorial in Washington.

President Bush, Gov. George Pataki, and Mayor Michael Bloomberg all made statements at the ceremony via videotape.

*(TM & © 2006 CBS Radio Inc. and its relevant subsidiaries. CBS RADIO & EYE Logo TM & © 2006 CBS Broadcasting Inc. Used under license. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed. The Associated Press contributed to this report. In the interest of timeliness, this story is fed directly from the newswire and may contain occasional typographical errors. )*

**Print Page** **Email To A Friend**

**Sponsored Links:**

**$145,000 Loan for $484 Monthly**
$310K loan for under $999/mo. Think you pay too much? See new payment.
LowerMyBills.com

**Refinance Today 3.9%**
$250,000 for $833/month. Get 4 free quotes. Bad credit OK!
www.RefinanceSave.com

**Mortgage Rates as Low as 2.9% - New York**
Up to 4 free quotes. Compare and choose the best rate. No obligation!
www.homeloantrust.com

**Find a Career School in New York**
Find the perfect career school near you. Search our listings for programs.
www.collegesurfing.com

SearchMercedes.com

| MODEL | YEAR | PRICE | MILEAGE | COLOR | DEALERSHIP |
|---|---|---|---|---|---|
| C230WZ | 2003 | $24,995 | 31418 | Pewter | Friendly Motorcars Wappingers Falls, NY |
| C240W4 | 2004 | $27,995 | 22192 | Black | Friendly Motorcars Wappingers Falls, NY |
| CLK430A | 2002 | $35,995 | 30962 | Firemist Red | Friendly Motorcars Wappingers Falls, NY |
| E320S | 2004 | $51,900 | 100 | Tecüte Grey | Estate Motors, Inc. Goldens Bridge, NY |
| SL500R | 2003 | $61,990 | 35413 | Black | Lakeview Auto Sales & Service, Inc. Rockville Centre, NY |

CLICK HERE




O'HARAS


343
THIS CITY'S
BRAVEST
IN MEMORY
OF THOSE WHO FELL
ACROSS ALL CITIES AND TOWNS
ACROSS ALL GENERATIONS
TO OUR FALLEN FRIEND & PARTNER
VOLUNTEER FIREFIGHTER

# The Honor Legion

## Fire Department City of New York

## Certificate of Membership

This is to Certify that

**Firefighter Glenn Winuk**

is a Member of The Honor Legion of the Fire Department of the City of New York.

In Testimony Whereof we have caused this Certificate to be signed by the Presiding Officer of this Legion and the Seal of the Honor Legion to be affixed this 22nd day of October 2006

Philip Gaetani
PRESIDENT


SERVIMUS
N.Y.
F.D.
CUM HONORE
HONOR