IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SEYMOUR WINUK, individually )
as the father of )
GLENN WINUK, deceased, )
)
Plaintiff, )
) No. 06-770C
v. ) (Judge Horn)
)
THE UNITED STATES, )
)
Defendant. )

DEFENDANT'S OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD AND REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

FRANKLIN E. WHITE, JR.
Assistant Director

CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 353-9063
Fax: (202) 514-7965

Attorneys for Defendant

Of Counsel:

RAFAEL A. MADAN
General Counsel

JASON P. COOLEY
Attorney Advisor
Office of the General Counsel
Office of Justice Programs
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531

April 12, 2007

## TABLE OF CONTENTS

I. The BJA Correctly Held That No Agency Certified That Glenn Winuk Was A Public Safety Officer Who Died In The Line Of Duty....................2

II. The BJA Correctly Held That Glenn Winuk Was Not A Public Safety Officer Who Died In The Line Of Duty....................11

A. The BJA Correctly Held That Glenn Winuk Was Not A Public Safety Officer.................... 11

B. The BJA Correctly Held That Glenn Winuk Did Not Die In The Line Of Duty....................15

C. The BJA Correctly Considered The 2005 New York State Law....................17

CONCLUSION....................18

# TABLE OF AUTHORITIES

## CASES

Bannum v. United States,
404 F3d. 1346 (Fed. Cir. 2005)........ 8

Cartwright v. United States,
16 Cl. Ct. 238, 240-41 (1989)........6

Chacon v. United States,
48 F.3d 508 (Fed. Cir. 1995)........ 12

Demutiis v. United States,
48 Fed. Cl. 81 (2000). ........ 8

Demutiis v. United States,
291 F.3d 1373 (Fed. Cir. 2002)........ 12, 13, 14, 17

Florida Power and Light v. Lorion,
470 U.S. 729 (1985)......... 9

Groff v. United States,
72 Fed. Cl. 68 (2006). ........ 8, 10

Hillensbeck v. United States,
69 Fed. Cl. 369 (2006). ........ 14, 15

Howard v. United States,
229 Ct. Cl. 507, 509-10 (1981)........6

Messick ex rel. Estate of Kangas v. United States,
70 Fed. Cl. 319 (2006). ........ 14, 15

Metz v. United States,
466 F.3d 991 (Fed. Cir. 2006)........ 8

Murakami v. United States,
398 F.3d 1342 (Fed. Cir. 2005)........ 9

Tafoya v. United States, 8 Cl. Ct. 256, 263 (1985)........16, 17

## STATUTES AND REGULATIONS

42 U.S.C. § 3782(a)........3

42 U.S.C. § 3796 et seq. .......... passim

28 C.F.R. § 32.2(c)(2). .......... 15

28 C.F.R. § 32.5. .......... 12, 13

28 C.F.R. § 32.24(h). .......... 2

Public Law 107-37, 115 Stat. 219, 219 .......... passim