# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**SEYMOUR WINUK, individually as the father of GLENN WINUK, deceased,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * *

**No. 06-770C**
**Filed: April 18, 2007**

## O R D E R

On April 17, 2007, the United States Court of Appeals for the Federal Circuit issued its opinion in the case of Messick v. United States, Case No. 2006-5087. This order is to amend the current briefing schedule and to ask the parties to address Messick v. United States. On or before **Wednesday, April 25**, **2007** defendant shall file a supplemental brief, addressing both the majority and the dissenting opinions in Messick v. United States. On or before **Wednesday, May 2**, **2007** plaintiff shall file its reply brief and include in it a discussion on the Messick decision, addressing both the majority and the dissent. This order effectively amends the previous filing date for plaintiff's reply brief from Monday, April 30, 2007 to **Wednesday, May 2, 2007**.

**IT IS SO ORDERED.**

**s/Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**