# In the United States Court of Federal Claims

**No. 06-770 C**

**SEYMOUR WINUK, INDIVIDUALLY AS THE FATHER OF GLENN WINUK, DECEASED,**

**v.**

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the Published Opinion, filed June 20, 2007, granting plaintiff's motion for judgment on the administrative record, and denying defendant's cross-motion,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $250,000.00, adjusted in accordance with 42 U.S.C. § 3796(h).

Brian Bishop
Clerk of Court

**June 21, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.