United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

June 25, 2007

Andrew J. Maloney, III, Esquire
Kreindler & Kreindler, Llp
100 Park Avenue
New York, NY 10017

In re: Seymour Wunuk, etc. v. United States,
No. 06-770 C

Dear Mr. Maloney:

I enclose herewith the 28 U.S.C. §2517 certified transcript of judgment, dated June 21, 2007, in the above-entitled case.

As to the procedure for obtaining payment of this judgment, see the enclosed Instruction Sheet.

Sincerely,

Debra L. Samler

Debra L. Samler
Senior Case Manager

Enclosures

cc: Claudia Burke, Esquire
Department of Justice