ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
AUG 17 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEYMOUR WINUK, individually as the father of GLENN WINUK, deceased, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-770C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on June 21, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

FRANKLIN E. WHITE, JR.
Assistant Director

Of Counsel:
RAFAEL A. MADAN
General Counsel

JASON P. COOLEY
Attorney Advisor
Office of the General Counsel
Office of Justice Programs
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531

CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 353-9063
Fax: (202) 514-7965

August 17, 2007

Attorneys for Defendant

Certificate of Service

I hereby certify under penalty of perjury that on this day, August 17, 2007, I caused to be served by mail (first-class, postage prepaid) a copy of the foregoing "Defendant's Notice Of Appeal" upon the following:

ANDREW J, MALONEY
Kreindler & Kreindler, LLP
100 Park Ave.
New York, NY 10017-5590
(212) 687-8181

Estelle M Brown