06-CV-770

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5158

SEYMOUR WINUK (Individually as the father of Glenn Winuk, deceased),

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

ON MOTION

ORDER

Upon consideration of the United States' motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

JAN 10 2008
Date

Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JAN 10 2008
JAN HORBALY
CLERK

cc: Andrew J. Maloney, III, Esq.
Claudia Burke, Esq.

s8

ISSUED AS A MANDATE: JAN 10 2008

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 1/10/08